UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY SNOW,<br><br>            Plaintiff,<br><br>     v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>            Defendant. | Case No. 21-cv-03269-VC<br><br>**ORDER REQUESTING OPERATING AGREEMENT FROM DEFENDANT**<br><br>Re: Dkt. No. 37 |

Align Technology has asked the Court to consider the Supply Agreement between Align Technology Inc. and SmileDirectClub. However, it has not provided the Court with the entire agreement; namely, it has not provided the Court with the Operating Agreement referenced in the complaint. Align Technology is therefore requested to file (provisionally under seal, if necessary) the Operating Agreement by close of business today, September 29, 2021.

     **IT IS SO ORDERED.**

Dated: September 29, 2021

                                                                                                           VINCE CHHABRIA<br>
                                                                                                           United States District Judge