UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY SNOW,<br><br>        Plaintiff,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>        Defendant. | Case No. 21-cv-03269-VC<br><br>**ORDER RE: HEARING ON MOTION TO DISMISS**<br><br>Re: Dkt. No. 37 |

    The Sherman Act claims will be dismissed without prejudice for failure to adequately allege standing to seek injunctive relief. The plaintiffs have adequately alleged antitrust standing under the federal test, so even if *AGC* applies in some of the repealer states, dismissal of the state law claims on that basis would not be warranted. The Court will not hear argument on these issues. Instead, the parties should be prepared to focus on the following issues:

    1. Have the plaintiffs adequately alleged concerted action?

    2. If the plaintiffs have adequately alleged concerted action, the Cartwright Act claim on behalf of the Statutory Right of Action Class would survive (at least for now, subject to a choice-of-law analysis that the parties have not properly presented in these motions). Assuming that the Cartwright Act claim survives this motion, is there any reason for the Court to reach the remaining arguments related to the individual state claims? In other words, are the individual state claims properly understood as having been pled in the alternative, requiring adjudication only if the Cartwright Act claim on behalf of the Statutory Right of Action Class were to fall away?

    **IT IS SO ORDERED.**

Dated: September 29, 2021

_____
VINCE CHHABRIA
United States District Judge