UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY SNOW,<br><br>           Plaintiff,<br><br>    v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>           Defendant. | Case No. 21-cv-03269-VC<br><br>**ORDER RE: MOTION TO SEAL**<br><br>Re: Dkt. No. 40 |

Align Tech's motion to seal the Supply Agreement in its entirety is overbroad. Align must file a revised motion to seal within 7 days of this order, in which it seals only portions of the Agreement that actually risk harming Align's "competitive standing." *Nixon v. Warner Communications*, 435 U.S. 589, 598 (1978).

**IT IS SO ORDERED.**

Dated: October 6, 2021

_____
VINCE CHHABRIA
United States District Judge