UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY SNOW, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>            Defendant. | Case No.  21-cv-03269-VC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 60, 73 |

It appears that none of the references in the complaint or briefs to the Supply and Operating Agreements should be sealed. Nor is it clear why any portion of the agreements themselves should be sealed. Any party who objects to the unsealing of the complaint, briefs, and the Supply and Operating Agreements shall file any objection by Friday, January 28, 2022. Align Tech is ordered to serve this order on all relevant parties, including all parties to the Supply and Operating Agreements.

**IT IS SO ORDERED.**

Dated: January 3, 2022

_____
VINCE CHHABRIA
United States District Judge