UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY SNOW, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>       Defendant. | Case No. 21-cv-03269-VC<br><br>**ORDER DENYING MOTION TO JOIN A NECESSARY PARTY**<br><br>Re: Dkt. No. 124 |

      Align's motion to join SmileDirectClub is denied. The plaintiffs are clear that they are not seeking injunctive relief on their Section 1 claim. While the complaint could have been drafted more carefully in this respect, the fairest reading is that the Section 1 claim seeks damages only. And absent the possibility of an injunction on that claim, Align's argument that the various agreements make SmileDirectClub a necessary party to this case would swallow the general rule that it is not necessary to sue every alleged antitrust conspirator. *See Ward v. Apple, Inc.*, 791 F.3d 1041, 1052 (9th Cir. 2015). SmileDirectClub remains free to move to intervene.

      **IT IS SO ORDERED.**

Dated: August 26, 2022

                                              VINCE CHHABRIA
                                              United States District Judge