UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MISTY SNOW, et al.,

           Plaintiffs,

   v.

ALIGN TECHNOLOGY, INC.,

           Defendant.

Case No. 21-cv-03269-VC (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 315

In ECF No. 315, Align filed a motion to consider whether another party's material should be sealed, specifically, information contained in a joint discovery letter brief, which information was designated as confidential by non-party SmileDirectClub ("SDC"). SDC filed a statement in support of the request to seal. ECF No. 337. Good cause appearing, the Court **GRANTS** the request to file the highlighted portions of the joint discovery letter brief under seal.

**IT IS SO ORDERED.**

Dated: May 1, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge