UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MISTY SNOW, et al.,

          Plaintiffs,

    v.

ALIGN TECHNOLOGY, INC.,

          Defendant.

Case No. 21-cv-03269-VC   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 352

In ECF No. 339, the Court ruled that certain categories of redactions made by SDC to materials from the multiple Align-SDC arbitrations were improper. Because the Court ruled on categories of documents, it ordered the parties to meet and confer regarding the application of the order to specific documents. If they were not able to reach an agreement, the Court ordered them to file a joint discovery letter brief by today. They have done so. ECF No. 352. Happily, there is only one document in dispute, and in it only five disputed redactions. The Court agrees with SDC's suggestion for *in camera* review. Accordingly, the Court **ORDERS** Align to email SDC_SNOW_00009573, with the challenged redacted material highlighted to facilitate review, to TSHpo@cand.uscourts.gov no later than 12:00 p.m. on May 2, 2023.

**IT IS SO ORDERED.**

Dated: May 1, 2023

THOMAS S. HIXSON
United States Magistrate Judge