UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>           Defendant. | CASE NO. 3:21-CV-03269-VC<br><br>**[PROPOSED] ORDER REGARDING ALIGN'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |

This matter comes before the Court on Align's Administrative Motion for Leave to File Under Seal Portions of Align's Answer to Plaintiffs' Fifth Amended Class Action Complaint.

Upon consideration of the administrative motion, the papers submitted in support and in response thereto, and good cause appearing,

IT IS HEREBY ORDERED:

1.   ~~The limited portions of the Answer listed below shall be sealed.~~

2.   ~~The unredacted version of the Answer lodged under seal on July 20, 2023, shall remain sealed and is hereby deemed filed with the Clerk of the Court. The Clerk is instructed to maintain these documents in a sealed envelope bearing the notation "Filed Under Seal" or other similar designation, and to keep the contents of these documents sealed from public viewing as part of the record in this case.~~

3.   ~~Align's publicly filed redacted version is accepted as filed.~~

| Confidential Information | Designating Party | Ruling |
|---|---|---|
| Paragraph 145, 6th bullet: text beginning after "to the extent it inaccurately characterizes" | Align/SDC | Granted |
| Paragraph 145, 10th bullet: First sentence, ending before "but otherwise either denies" | Align/SDC | Granted |
| Paragraph 156: text beginning after "Answering Paragraph 156 of the 5AC" | Align | Granted |
| Paragraph 157: text beginning after "Answering Paragraph 157 of the 5AC" | Align | Granted |
| Page 38, Footnote 13: text beginning after "Align admits that it" | Align | Denied |
| Paragraph 164, second sentence | Align | Denied |
| Paragraph 170: text beginning after "Align admits that Align and SDC representatives" | Align | Granted |

| Confidential Information | Designating Party | Ruling |
|---|---|---|
| Paragraph 171: text beginning after "truth of the allegation regarding" and ending before "because that phase is ambiguous" | Align | Granted |
| Paragraph 172: text beginning after "Answering Paragraph 172 of the 5AC" through the end of the second sentence | Align | Granted before "Align admits that" but denied otherwise |
| Paragraph 173: text beginning after "Answering Paragraph 173 of the 5AC" | Align | Granted |
| Paragraph 184: text beginning after "Answering Paragraph 184 of the 5AC" | Align/SDC | Granted |
| Paragraph 188: text beginning after "Answering Paragraph 188 of the 5AC" | Align/SDC | Granted |
| Paragraph 189: text beginning after "Answering Paragraph 189 of the 5AC" | Align/SDC | Granted |
| Paragraph 195: text beginning after "Answering Paragraph 195 of the 5AC" | Align | Granted |
| Paragraph 226: text beginning after "Align denies the allegations in this paragraph, and" | Align/SDC | Granted |
| Paragraph 227: text beginning after "Answering Paragraph 227 of the 5AC" | Align/SDC | Granted |
| Paragraph 233: text beginning after "Answering Paragraph 233 of the 5AC" | Align | Granted |

SO ORDERED this 25 day of ___July___, 2023

By: _____

The Honorable
United States District Court Judge

APPROVED

Judge Vince Chhabria

2