**BERGER MONTAGUE PC**
Eric L. Cramer (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4604
Fax: (215) 875-4604
Email: ecramer@bm.net

**RADICE LAW FIRM, P.C.**
John Radice (*pro hac vice*)
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Fax: (609) 385-0745
Email: jradice@radicelawfirm.com

Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class in *Simon and Simon, PC d/b/a City Smiles and VIP Dental Spas v. Align Tech., Inc.*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Rio S. Pierce (SBN 298297)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

Interim Lead Counsel for Plaintiffs
and the Proposed Class in *Snow, et al. v. Align Tech., Inc.*

**PAUL HASTINGS LLP**
James Pearl (SBN. 198481)
1999 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 553-6700
Fax: (310) 620-5899
Email: jamespearl@paulhastings.com

*Attorneys for Defendant Align Technology, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES and VIP DENTAL SPAS, individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs,*<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>       *Defendant.* | Case No. 3:20-CV-03754-VC |
| MISTY SNOW et al., individually and on behalf of others similarly situated,<br><br>       *Plaintiffs*,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>       *Defendant*. | Case No. 3:21-CV-03269-VC |

**STIPULATION AND PROPOSED ORDER REGARDING AUTHENTICITY AND ADMISSIBILITY OF CERTAIN NON-PARTY DISCOVERY**

The Stipulated Request Regarding Authenticity and Admissibility of Certain Non-Party Discovery Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12 ("Stipulated Request"), agreed to by plaintiffs Simon and Simon, PC d/b/a City Smiles and VIP Dental Spas ("Simon and Simon Plaintiffs") and Misty Snow et al. ("Snow Plaintiffs") (collectively, "Plaintiffs") and defendant Align Technology, Inc. ("Align," and together with Plaintiffs, the "Parties"), was submitted for Court approval on August 8, 2023. Having considered the Stipulated Request, and all other pleadings and papers on file in this Action, the Court rules as follows:

WHEREAS, the Simon and Simon Plaintiffs filed their action on June 5, 2020, and the Snow Plaintiffs filed their action on May 5, 2021;

WHEREAS, the Simon and Simon Plaintiffs filed their operative Amended Complaint on August 14, 2020, and the Snow Plaintiffs filed their operative Fifth Amended Complaint on May 22, 2023;

WHEREAS, the Parties collectively served document subpoenas on more than fifty (50) non-parties and received productions comprising a significant number of documents from such non-parties;

WHEREAS, the Parties have coordinated to reduce the burden on many non-parties consistent with their need to develop evidence to adjudicate key issues in the cases;

WHEREAS, the Parties have agreed to cancel depositions of certain non-party witnesses contingent upon stipulating to the authenticity and/or admissibility of certain non-party documents, as set forth herein;

WHEREAS, pursuant to Local Rule 7-12, and Federal Rules of Evidence 901 and 803, the Parties submit a stipulated request for this Order providing for the authenticity and/or admissibility of certain evidence set forth herein.

Good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. For nonparty 3Shape, 30 communications (emails, memos, etc.) chosen by each Plaintiffs and Align, and to be identified by the Parties (and exchanged on a date to be agreed upon), shall be deemed AUTHENTIC pursuant to FRE 901 and as BUSINESS RECORDS pursuant to FRE 803(6). All other objections, including hearsay within hearsay, are expressly reserved as to these documents.

2. For non-parties other than 3Shape, their documents and data produced in the *Snow* and *Simon & Simon* litigation will be treated as AUTHENTIC pursuant to FRE 901. All other objections as to admissibility are expressly reserved as to these documents.

3. The data of non-parties, the BATES numbers of which appear below, will be treated as AUTHENTIC pursuant to FRE 901 and as BUSINESS RECORDS pursuant to FRE 803(6). All other objections as to admissibility are expressly reserved as to these documents.

3M_SSA_00000021
3M_SSA_00000213
3M_SSA_00000435
3M_SSA_00000436
3M_SSA_00000437
3M_SSA_00000438
3SHAPE_ANTITRUST_SIMON_00230951
3SHAPE_ANTITRUST_SIMON_00230952
3SHAPE_ANTITRUST_SIMON_00230953
3SHAPE_ANTITRUST_SIMON_00230954
ADMI_0000128
ADMI_0000248
ADMI_0000264
ADMI_0000448
BENCO-00000001
BENCO-00000002
BENCO-00000003
Benco Data, Benco – Request 13
CAUDILL-00000001
CAUDILL-00000003
CAUDILL-00000005
CDB0000001
D4C_SNOW-ALIGN_00000001
DD-ALIGN-000001
DECA 000001
DECA 000002
DECA 000003

DECA 000004
DECA 000006
DECA 000007
DS000025
DS000026
DS000030
DS000034
DS000035
DS000197
DS000199
DS000994
DS000995
DYNA-ALN 0001
DYNA-ALN 0002
DYNA-ALN 0003
DYNA-ALN 0005
DYNA-ALN 0006
DYNA-ALN 0007
EHC-000196
EHC-000199
EHC-000281
EHC-000282
EHC-000283
EHC-000284
EHC-000285
EHC-000286
EHC-000287
EHC-000288

| | |
|---|---|
| EHC-000289 | HS_001417 |
| EHC-DPP-0001 | HS_001604-HS_001606 |
| HD_00000018 | HS_001634-HS_001634 |
| HD00794 | HS_001703-HS_001720 |
| HS (3754)__000001 | HS_002326-HS_002326 |
| HS (3754)__000017 | HS_002732 |
| HS (3754)__000018 | HS_002733 |
| HS (3754)__000019 | InvisalignTreatment_WDS |
| HS (3754)__000022 | KDC_1 |
| HS (3754)__000056 | LO0000001 |
| HS (3754)__000057 | LO0000002 |
| HS (3754)__000058 | LO0000003 |
| HS (3754)__000060 | LO0000004 |
| HS (3754)__000081 | LO0000005 |
| HS (3754)__000094 | LO0000006 |
| HS (3754)__000112 | LO0000007 |
| HS (3754)__000128 | LO0000008 |
| HS (3754)__000171 | LO0000009 |
| HS (3754)__000184 | LO0000010 |
| HS (3754)__000220 | LO0000011 |
| HS (3754)__000222 | LO0000012 |
| HS (3754)__000224 | LO0000013 |
| HS (3754)__000226 | LO0000014 |
| HS (3754)__000257 | LO0000015 |
| HS (3754)__000265 | LO0000016 |
| HS (3754)__000294 | LO0000017 |
| HS (3754)__000809 | LO0000018 |
| HS (3754)__000810 | LO0000019 |
| HS (3754)__000811 | LO0000020 |
| HS (3754)__000812 | LO0000021 |
| HS (3754)__000813 | LO0000022 |
| HS (3754)__000814 | LO0000023 |
| HS (3754)__000815 | LO0000024 |
| HS (3754)__000816 | LO0000025 |
| HS (3754)__000817 | LO0000026 |
| HS_000170 | LSE00000879 |
| HS_000393 | MIDMARK-0016 |
| HS_000482 | MIDMARK-0020 |
| HS_000483 | MIDMARK-0021 |
| HS_000579 | MIDMARK-0023 |
| HS_000760 | MIDMARK-0024 |
| HS_001022 | MIDMARK-0067 |
| HS_001164 | MIDMARK-0068 |
| HS_001305 | MIDMARK-0069 |
| HS_001416 | MIDMARK-0070 |

MIDMARK-0118
MIDMARK-0119
MIDMARK-0120
MIDMARK-0121
MIDMARK-0122
MIDMARK-0123
MIDMARK-0124
MIDMARK-0125
ORTHOFI 0043
ORTHOFI 0044
PCI-00001
PCI-00002
PCI-00003
PCI-00437
PCI-00438
PCI-00439
PDS000016
PDS000017
PDS000024
PDS000025
PDS000026
PDS000032
PDS000033
PEPPERPOINTE_0000001
PLANMECA 000078
ROSS-00000001
ROSS-00000002
ROSS-00000003
ROSS-00000004
ROSS-00000005
ROSS-00000006
SD0000001
SD0000014
SD0000022
SD0000027
SD0000029
SD0000042
SD0000065
SD0000116
SD0000454
SD0000512
SDC_SNOW_00000001
SDC_SNOW_00000021
SDC_SNOW_00000065
SmileBrands_0000001

STRAUMANN00000001
STRAUMANN00000140
STRAUMANN00000152
STRAUMANN00000153
STRAUMANN00000155
STRAUMANN00000168
STRAUMANN00000535
STRAUMANN00000536
STRAUMANN00000548
STRAUMANN00000579
STRAUMANN00000731
STRAUMANN00000785
STRAUMANN00000786
STRAUMANN00000799
STRAUMANN00000821
STRAUMANN00000822
STRAUMANN00000823
STRAUMANN00000824
STRAUMANN00000825
STRAUMANN00000826
STRAUMANN00000832
STRAUMANN00000862
STRAUMANN00000869
STRAUMANN00000870
STRAUMANN00000871
STRAUMANN00000887
STRAUMANN00000905
STRAUMANN00001054
STRAUMANN00001127
STRAUMANN00001135
STRAUMANN00001136
STRAUMANN00001311
STRAUMANN00001406
STRAUMANN00001739
TP 000012

- 6 -

SO ORDERED this __23__ day of __August__, 2023.

By: