UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 3:21-CV-03269-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING SECOND JOINT STIPULATED REQUEST PURSUANT TO CIVIL LOCAL RULES 6-1(B), 6-2, AND 7-12 FOR EXTENSION OF TIME** |

WHEREAS, on July 31, 2023, Plaintiffs filed a Motion to Certify Class (ECF No. 389) and Administrative Motion to File Under Seal (ECF No. 390);

WHEREAS, Local Rule 79-5(f) states that a Designating Party must file a statement and/or declaration in support of the motion to seal within 7 days, making the declaration currently due on August 7, 2023;

WHEREAS, Plaintiffs' administrative motion to seal (ECF No. 390) covers exhibits submitted with the class certification motion, including Plaintiffs' opening and rebuttal expert reports, that include information designated as confidential or highly confidential by non-parties

to this litigation.

WHEREAS, Plaintiffs and non-party Smile Brands Group, Inc. ("Smile Brands") previously filed a joint request to extend the filing deadline to August 25, 2023 (ECF No. 400) and that request was granted by the Court (ECF No. 406);

WHEREAS, the parties mutually agree that non-party Smile Brands may have an additional week to file a declaration in support, extending the deadline to September 1, 2023;

WHEREAS, the limited extended deadline jointly sought is requested in advance of the expiration of any related deadline;

WHEREAS, one previous extension for this filing has been requested;

WHEREAS, the stipulated extension does not affect any other date set by the Court;

WHEREAS, the time modification sought herein does not prejudice the parties or the Court;

Good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The proposed amended deadline for filing a Declaration in Support of Plaintiff's Administrative Motion to file Under Seal is hereby approved.

2. The deadline for non-party Smile Brands to file a Declaration in Support is now September 1, 2023.

3. No other deadlines set forth in the Current Case Schedule are otherwise modified.

SO ORDERED this  29   day of August, 2023

By: _____
The Honorable Vince Chhabria
United States District Court Judge