**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
      tedw@hbsslaw.com

Rio S. Pierce (SBN 298297)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

*Attorneys for Plaintiffs*

Additional Counsel on Signature Page

**BARTLIT BECK LLP**
Karma M. Giulianelli (SB# 184175)
John M. Hughes (*pro hac vice*)
Joseph W. Doman (*pro hac vice*)
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
Email: john.hughes@bartlitbeck.com
      karma.giulianelli@bartlitbeck.com
      joe.doman@bartlitbeck.com

*Attorneys for Defendant Align Technology, Inc.*

Additional Counsel on Signature Page

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MISTY SNOW et al., individually and on behalf of others similarly situated,<br><br>          *Plaintiffs,*<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>          *Defendant.* | Case No. 3:21-cv-03269-VC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR MODIFICATION OF CURRENT CASE SCHEDULE RELATING TO PLAINTIFF'S SECTION 1 CLAIM**<br><br>Hon. Vince Chhabria |

WHEREAS, plaintiffs Misty Snow et al. ("Snow Plaintiffs") filed their action on May 5, 2021;

WHEREAS, the Snow Plaintiffs filed their operative Fifth Amended Complaint on May 22, 2023;

WHEREAS, Align filed an Answer to the Snow Plaintiffs' Fifth Amended Complaint on July 20, 2023;

WHEREAS, the Court entered an Order setting forth the currently operative case schedule on June 1, 2023;

WHEREAS, the Parties agree that adjusting expert discovery, class certification, and summary judgment deadlines would allow for additional time to prepare for and complete other critical case proceedings, such as preparation for trial after the Court's summary judgment ruling, and agree that adjusting these deadlines is the most practical path forward, subject to the Court's approval;

WHEREAS, the Parties agree that adjusting the class certification briefing to follow the same schedule the Court entered in the Section 2 actions, with class certification and Daubert briefing consolidated, would be consistent with the Court's instructions;

WHEREAS, the Parties jointly request a modification to the Section 1 deadlines to ensure sufficient time to prepare for and complete all critical stages of litigation;

WHEREAS, the Parties submit this Stipulated Request with the following revised deadlines for all Section 1 issues:

| | **JOINTLY PROPOSED SCHEDULE** | |
|---|---|---|
| **Current Date** | **Proposed Amended Date[1]** | **Event** |
| 2/2/2023 | No change | Deadline to complete expert discovery |
| 2/23/2024 | 2/9/2024 | Deadline to file motion for class certification, including within motion any Plaintiff *Daubert* motion related to class certification |
| 4/12/2024 | 3/29/2024 | Deadline to file opposition to motion for class certification, including within opposition any Defendant *Daubert* motion related to class certification |
| 5/17/2024 | 5/3/2024 | Deadline to file reply in support of motion for class certification; Plaintiff reply in support of any *Daubert* motion related to class certification; and Plaintiff opposition to any Defendant *Daubert* motion related to class certification |
| | 5/10/2024 | Deadline to file Defendant reply in support of any *Daubert* motion related to class certification |
| 6/7/2024 | 5/30/2024 | Hearing on motion for class certification |
| 4 weeks after decision on class certification | No Change | Close of residual post- certification discovery period |
| 8/9/2024 | 7/12/2024 | Deadline to file motion for summary judgment and any *Daubert* motions |
| 9/14/2024 | 8/16/2024 | Deadline to file opposition to motion for summary judgment and opposition to any *Daubert* motions |
| 10/18/2024 | 9/20/2024 | Deadline to file reply in support of motion for summary judgment and in support of any *Daubert* motions |
| (At the Court's convenience) | 10/10/2024 | Hearing on motion(s) for summary judgment and *Daubert* motions |

---

[1] The Parties discussed proposing even earlier interim deadlines for class certification and summary judgment, but decided against doing so to avoid overlap between Section 1 summary judgment briefing and the Section 2 trial date. The Parties agree to revisit the Section 1 summary judgment schedule if the Section 2 trial does not proceed as scheduled.

| JOINTLY PROPOSED SCHEDULE | | |
|---|---|---|
| **Current Date** | **Proposed Amended Date[1]** | **Event** |
| (At the Court's convenience) | No Change | Final pretrial conference |
| 1/21/2025 | No Change | Trial Begins |

WHEREAS, good cause for this modification exists given the progress of the case to date, including the substantial completion of fact discovery and plaintiffs' service of initial expert reports;

WHEREAS, the extended jointly sought deadlines are requested in advance of the expiration of any related deadline;

WHEREAS, the Parties' jointly requested modifications to the Section 1 deadlines will not affect the trial date set by the currently operative case schedule;

WHEREAS, none of the extensions sought by the Stipulated Request prejudice the Parties or the Court.

NOW, THEREFORE, pursuant to Local Rules 6-1(b), 6-2, and 7-12, the Parties hereby submit this Stipulated Request for an order from the Court rescheduling the case deadlines above.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____ , 2023

_____
HON. VINCE CHHABRIA
DISTRICT COURT JUDGE

Dated: September 14, 2023                    Respectfully submitted,

                                             /s/ Rio S. Pierce
                                             Rio S. Pierce (State Bar No. 298297)
                                             HAGENS BERMAN SOBOL SHAPIRO LLP
                                             715 Hearst Avenue, Suite 300
                                             Berkeley, CA 94710
                                             Telephone: (510) 725-3000
                                             Email: riop@hbsslaw.com

                                             Steve W. Berman (*pro hac vice*)
                                             Theodore Wojcik (*pro hac vice*)
                                             HAGENS BERMAN SOBOL SHAPIRO LLP
                                             1301 Second Avenue, Suite 2000
                                             Seattle, WA 98101
                                             Telephone: (206) 623-7292
                                             Email: steve@hbsslaw.com
                                                    tedw@hbsslaw.com

                                             *Counsel for Snow Plaintiffs*


Dated: September 14, 2023                    /s/ Joseph W. Doman

                                             **BARTLIT BECK LLP**
                                             Karma M. Giulianelli (SB# 184175)
                                             John M. Hughes (*pro hac vice*)
                                             Joseph W. Doman (*pro hac vice*)
                                             john.hughes@bartlitbeck.com
                                             karma.giulianelli@bartlitbeck.com
                                             joe.doman@bartlitbeck.com
                                             1801 Wewatta Street, Suite 1200
                                             Denver, CO 80202
                                             Telephone: (303) 592-3100

                                             Mark L. Levine (*pro hac vice*)
                                             Robert B. Tannenbaum (*pro hac vice*)
                                             Luke C. Beasley (*pro hac vice*)
                                             mark.levine@bartlitbeck.com
                                             robert.tannenbaum@bartlitbeck.com
                                             luke.beasley@bartlitbeck.com
                                             54 West Hubbard St., Suite 300
                                             Chicago, IL 60654
                                             Telephone: (312) 494-4400

                                             *Counsel for Defendant Align Technology, Inc.*

3:21-cv-03269-VC                                   5
STIPULATED REQUEST AND [PROPOSED] ORDER FOR MODIFICATION OF CURRENT CASE
SCHEDULE RELATING TO PLS.' SECTION 1 CLAIM

**FILER'S ATTESTATION**

I, Rio S. Pierce, am the ECF user whose identification and password are being used to file this Joint Motion for Extension of Current Case Schedule. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Motion has been obtained from each of the other signatories.

September 14, 2023                                   */s/ Rio S. Pierce*