**BERGER MONTAGUE PC**
Eric L. Cramer (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4604
Fax: (215) 875-4604
Email: ecramer@bm.net

**RADICE LAW FIRM, P.C.**
John Radice (*pro hac vice*)
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Fax: (609) 385-0745
Email: jradice@radicelawfirm.com

Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class in *Simon and Simon, PC d/b/a City Smiles and VIP Dental Spas v. Align Tech., Inc.*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice)*
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Rio S. Pierce (SBN 298297)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

Interim Lead Counsel for Plaintiffs
and the Proposed Class in *Snow, et al. v. Align Tech., Inc.*

Additional Counsel on Signature Page

**PAUL HASTINGS LLP**
James Pearl (SBN. 198481)
1999 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 553-6700
Fax: (310) 620-5899
Email: jamespearl@paulhastings.com

*Attorneys for Defendant Align Technology, Inc.*

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES and VIP DENTAL SPAS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>*Defendant.* | Case No. 3:20-CV-03754-VC |
| MISTY SNOW et al., individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>*Defendant*. | Case No. 3:21-CV-03269-VC |

## JOINT CASE MANAGEMENT STATEMENT

Simon and Simon, PC d/b/a City Smiles ("Simon and Simon"), VIP Dental Spas ("VIP"), and Misty Snow (collectively, solely for purposes of this Case Management Conference Statement, "Plaintiffs"[1]) and Align Technology, Inc. ("Align" or "Defendant") (Plaintiffs and Align are collectively "the Parties") jointly submit this Joint Case Management Statement pursuant to the Court's Order on July 21, 2023. ECF No. 312 (*Simon and Simon*).

---

[1] Simon and Simon and VIP, plaintiffs in Case No. 3:20-CV-03754 (the "*Simon and Simon* action"), are collectively referred to as the "*Simon and Simon* Plaintiffs", while Misty Snow and the other individual named plaintiffs in Case No. 3:21-CV-03269 (the "*Snow* action") are collectively referred to as the "*Snow* Plaintiffs."

1. **DISCOVERY**

On May 12, 2021, the Court referred all discovery disputes in the *Simon and Simon* action to Magistrate Judge Hixson. On June 22, 2022, the Court referred all discovery disputes in the *Snow* action to Magistrate Judge Hixson. ECF No. 135 (*Simon and Simon*); ECF No. 129 (*Snow*).

*Simon and Simon* **action**

Fact and expert discovery are complete in the *Simon and Simon* action. There are no current or anticipated issues relating to discovery in the *Simon and Simon* action for which the Parties seek any guidance from the Court.

*Snow* **action**

Fact and expert discovery are complete on *Snow* Plaintiffs' Section 2 and related state law claims. Fact discovery is complete on *Snow* Plaintiffs' Section 1 claim, save for two third-party depositions postponed by the parties' mutual agreement. One deposition had to be rescheduled due to the witness's illness, and the other had to be rescheduled to accommodate scheduling conflicts. Expert discovery closes on February 2, 2024. There are no current or anticipated issues related to discovery in the *Snow* case for which the Parties seek any guidance from the court.

2. **PENDING MOTIONS**

The *Simon and Simon* Plaintiffs filed a Motion for Class Certification (ECF No. 316), on July 31, 2023. Pursuant to the Court's Orders dated June 22, 2022, July 5, 2023, and July 25, 2023 (ECF Nos. 134, 302, & 314), Align must file in one brief its opposition to Plaintiffs' Motion for Class Certification and its *Daubert* motion(s) related to class certification on September 19, 2023; *Simon and Simon* Plaintiffs' must then file in one brief their reply in support of their Motion for Class Certification and their opposition to Align's *Daubert* motion(s) on October 24, 2023; and Align's reply in support of its *Daubert* motion(s) is due on October 31, 2023.

On August 8, 2023, the parties filed a Stipulation Regarding Authenticity and Admissibility of Certain Non-Party Discovery (ECF No. 319), which has not been signed by the Court.

*Snow* Plaintiffs also filed a Motion for Class Certification on the Section 2 and related state law claims on July 31, 2023 (*Snow* ECF No. 389). Additional briefing related to that motion is subject to the same schedule above.

3. **OTHER**

On September 14, 2023, *Snow* Plaintiffs and Align submitted a joint stipulated request and proposed order for modification of the current case schedule related to Plaintiffs' Section 1 claim. The proposed modification would adjust certain interim deadlines forward in time to allow the parties additional time to prepare for and complete other critical case proceedings, such as preparation for trial after the Court's summary judgment ruling. Specifically, the schedule moves forward summary judgment briefing by approximately a month. The proposed modification does not affect the Section 1 trial date.

The parties agree that adjusting these deadlines is the most practical path forward, subject to the Court's approval.

Dated: September 15, 2023         Respectfully submitted,

By:     */s/ Eric Cramer*
          Eric L. Cramer

Eric L Cramer (*pro hac vice*)
Michael Kane (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4604
Facsimile: (215) 875-5707
ecramer@bm.net
mkane@bm.net

Joshua P. Davis (State Bar No. 193254)
**BERGER MONTAGUE PC**
59A Montford Avenue
Mill Valley, CA 94941
Telephone: (415) 215-0962
Facsimile: (215) 875-5707
jdavis@bm.net

Daniel J. Walker (*pro hac vice*)
Hope E. Brinn (State Bar No. 338508)
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
Facsimile: (215) 875-5707
dwalker@bm.net
hbrinn@bm.net

John Radice (*pro hac vice*)
April D. Lambert (*pro hac vice*)
Daniel Rubenstein (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, New Jersey 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
jradice@radicelawfirm.com
drubenstein@radicelawfirm.com
alambert@radicelawfirm.com

Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class in *Simon and Simon, PC
d/b/a City Smiles and VIP Dental Spas v. Align Tech., Inc.*


Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Kevin E. Rayhill (State Bar No. 267496)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
krayhill@saverilawfirm.com

Daniel J. Mogin (State Bar No. 95624)
Jennifer M. Oliver (State Bar No. 311196)
Timothy Z. LaComb (State Bar No. 314244)
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
dmogin@moginrubin.com
joliver@moginrubin.com
tlacomb@moginrubin.com

Kevin Landau (*pro hac vice*)
Miles Greaves (*pro hac vice* forthcoming)
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, New York 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703

klandau@tcllaw.com
mgreaves@tcllaw.com

Additional Counsel for Plaintiffs
in *Simon and Simon, PC d/b/a City Smiles
and VIP Dental Spas v. Align Tech., Inc.*

By     */s/ Steve Berman*

Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com

Rio S. Pierce (State Bar No. 298297)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

Interim Lead Counsel for Plaintiffs
and the Proposed Class in *Snow, et al. v. Align Tech., Inc.*

By:     */s/James Pearl*
        James M. Pearl

James M. Pearl (SBN. 198481)
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 553-6700
Fax: (310) 620-5899
Email: jamespearl@paulhastings.com

Thomas A. Counts (SBN. 148051)
Abigail Heather Wald (SBN. 309110)
**PAUL HASTINGS LLP**
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100
Email:  tomcounts@paulhastings.com
       abigailwald@paulhastings.com

Adam M. Reich (SBN. 274235)
Michael C. Whalen (*pro hac vice*)
**PAUL HASTINGS LLP**
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: adamreich@paulhastings.com
       michaelcwhalen@paulhastings.com

Michael F. Murray (*pro hac vice*)
Noah Pinegar (*pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1960
Fax: (202) 551-1705
Email:  noahpinegar@paulhastings.com

*Attorneys for Defendant Align Technology, Inc.*

**FILER'S ATTESTATION**

I, Rio S. Pierce, am the ECF user whose identification and password are being used to file this Joint Case Management Conference Statement. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Joint Case Management Conference Statement has been obtained from each of the other signatories.


September 15, 2023                          */s/ Rio S. Pierce*