**BERGER MONTAGUE PC**
Eric L. Cramer (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4604
Fax: (215) 875-4604
Email: ecramer@bm.net

**RADICE LAW FIRM, P.C.**
John Radice (*pro hac vice*)
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Fax: (609) 385-0745
Email: jradice@radicelawfirm.com

Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class in *Simon and Simon,
PC d/b/a City Smiles and VIP Dental Spas v.
Align Tech., Inc.*

**HAGENS BERMAN SOBOL SHAPIRO
LLP**
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO
LLP**
Rio S. Pierce (SBN 298297)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

Interim Lead Counsel for Plaintiffs
and the Proposed Class in *Snow, et al. v.
Align Tech., Inc.*

Additional Counsel on Signature Page

**PAUL HASTINGS LLP**
James M. Pearl (SBN 198481)
1999 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 553-6700
Fax: (310) 620-5899
Email:  jamespearl@paulhastings.com

*Attorneys for Defendant Align Technology,
Inc.*

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES and VIP DENTAL SPAS, individually and on behalf of all others similarly situated, | Case No. 3:20-CV-03754-VC |
| *Plaintiffs* | |
| v. | |
| ALIGN TECHNOLOGY, INC., | |
| *Defendant.* | Case No. 3:21-CV-03269-VC |
| MISTY SNOW et al., individually and on behalf of others similarly situated, | |
| *Plaintiffs*, | |
| v. | |
| ALIGN TECHNOLOGY, INC., | |
| *Defendant.* | |

## REVISED JOINT PROPOSAL RE:
## NEW SCHEDULE IN RESPONSE TO COURT DIRECTIVE

COMES NOW Simon and Simon, PC d/b/a City Smiles ("Simon and Simon"), VIP Dental Spas ("VIP"), and Misty Snow (collectively, solely for purposes of this Joint Proposal re: New Schedule ("Joint Proposal"), "Plaintiffs") and Align Technology, Inc. ("Align" or "Defendant") (Plaintiffs and Align are collectively "the Parties"), and jointly submit this Joint Proposal in response to the Court's order on September 22, 2023 (*see* ECF No. 327), directing the Parties to propose a schedule that includes a hearing date for the Motion for Summary Judgment and which culminates in a trial beginning May 13, 2024. This proposal has also been revised pursuant to the Court's order on October 3, 2023 (*see* ECF No. 332).

WHEREAS, during a case management conference on September 22, 2023, the Court instructed the parties to meet and confer to develop a revised case schedule to accommodate a trial beginning May 13, 2024;

WHEREAS, the parties met and conferred regarding a revised schedule consistent with the Court's order;

WHEREAS, Align waives any One Way Intervention objections or arguments;

WHEREAS, the Plaintiffs estimate that the trial is likely to take three weeks, and Align estimates that the trial is likely to take three to four weeks;

WHEREAS, Plaintiffs estimate an approximately 90-day period for notice and opportunity to opt out for any certified classes;

WHEREAS, Plaintiffs' proposed opt-out deadline is based on the proposed date for the Court's Ruling on a Motion Regarding Class Notice and Notice Administration;

WHEREAS, the Parties shall file summary judgment motions and related *Daubert* motions in one consolidated brief, per the Court's direction;

WHEREAS, in light of the foregoing, the parties have agreed to the following revised schedule and deadlines, except as otherwise noted:

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Plaintiffs' Motions for Summary Judgment and Related *Daubert* Motions | N/A | October 23, 2023 |
| Hearing on Motions for Class Certification and Related *Daubert* Motions | November 16, 2023 | November 16, 2023 |
| Ruling on Motions for Class Certification and Related *Daubert* Motions | N/A | TBD |

| Align's Motions for Summary Judgment, Opposition to Plaintiffs' Motions for Summary Judgment, and Related *Daubert* Motions and Oppositions | N/A | November 20, 2023 |
|---|---|---|
| Motion Regarding Class Notice and Notice Administration<br><br>(*if Motions for Class Certification are granted) | N/A | The later of December 8, 2023 or seven days after the Court's ruling on the motion for class certification |
| Ruling on Motion Regarding Class Notice and Notice Administration<br><br>(*if Motions for Class Certification are granted) | N/A | TBD |
| Plaintiffs' Oppositions to Align's Motions for Summary Judgment and Related *Daubert* Motions, and Replies in Support of Plaintiffs' Summary Judgment Motions and Related *Daubert* Motions | N/A | December 22, 2023 |
| Align's Replies in Support of Motions for Summary Judgment and Related *Daubert* Motions | N/A | January 11, 2024 |
| Hearing on Motions for Summary Judgment and Related *Daubert* Motions | N/A | January 25, 2024 |
| Deadline for Class Members to Opt Out<br><br>(*if Motions for Class Certification are granted) | N/A | The later of March 15, 2024 or 90 days after the Court's ruling on the motions regarding class notice and notice administration |
| Trial | July 1, 2024 | May 13, 2024 |

Dated: October 5, 2023

Respectfully submitted,

By:      *Steve W. Berman*



October 6, 2023
GRANTED
Judge Vince Chhabria
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)

**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
        tedw@hbsslaw.com

Rio S. Pierce (State Bar No. 298297)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

Interim Lead Counsel for Plaintiffs
and the Proposed Class in *Snow, et al. v. Align Tech., Inc.*

By:  _____*Eric L. Cramer*_____

Eric L Cramer (*pro hac vice*)
Michael Kane (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:  (215) 875-4604
Facsimile:  (215) 875-5707
Email:  ecramer@bm.net
        mkane@bm.net

Joshua P. Davis (State Bar No. 193254)
**BERGER MONTAGUE PC**
505 Montgomery Street Suite 625
San Francsico, CA 94111
Telephone:  (415) 215-0962
Facsimile:  (215) 875-5707
Email:  jdavis@bm.net

Daniel J. Walker (*pro hac vice*)
Hope E. Brinn (State Bar No. 338508)
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone:  (202) 559-9745
Facsimile:  (215) 875-5707
Email:  dwalker@bm.net
        hbrinn@bm.net

John Radice (*pro hac vice*)
April D. Lambert (*pro hac vice*)
Daniel Rubenstein (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
Email:  jradice@radicelawfirm.com
         drubenstein@radicelawfirm.com
         alambert@radicelawfirm.com

Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class in *Simon and Simon, PC
d/b/a City Smiles and VIP Dental Spas v. Align Tech., Inc.*


Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Kevin E. Rayhill (State Bar No. 267496)
Abraham Maggard (State Bar No. 339949)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:  (415) 500-6800
Facsimile:    (415) 395-9940
Email:  jsaveri@saverilawfirm.com
         swilliams@saverilawfirm.com
         krayhill@saverilawfirm.com

Daniel J. Mogin (State Bar No. 95624)
Jennifer M. Oliver (State Bar No. 311196)
Timothy Z. LaComb (State Bar No. 314244)
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
Email:  dmogin@moginrubin.com
         joliver@moginrubin.com
         tlacomb@moginrubin.com

Gary M. Klinger (*pro hac vice*)
**MASON LIETZ & KLINGER, LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60630
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

Email:  gklinger@masonllp.com

David K. Lietz (*pro hac vice*)
**MASON LIETZ & KLINGER, LLP**
5101 Wisconsin Ave., NW, Ste. 305
Washington, DC 20016
Telephone: (202) 640-1160
Facsimile: (202) 429-2294
Email:  dlietz@masonllp.com

*Counsel for Plaintiffs*

Kevin Landau (*pro hac vice*)
Miles Greaves (*pro hac vice* forthcoming)
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
Email:  klandau@tcllaw.com
            mgreaves@tcllaw.com

Additional Counsel for Plaintiffs in *Simon and Simon, PC d/b/a City Smiles and VIP Dental Spas v. Align Tech., Inc.*

By:  _____*/s/ James M. Pearl*_____
              James M. Pearl

James M. Pearl (State Bar No. 198481)
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 553-6700
Fax: (310) 620-5899
Email:  jamespearl@paulhastings.com

Thomas A. Counts (State Bar No. 148051)
Abigail Heather Wald (State Bar No. 309110)
**PAUL HASTINGS LLP**
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100
Email:  tomcounts@paulhastings.com

abigailwald@paulhastings.com

Adam M. Reich (State Bar No. 274235)
Michael C. Whalen (*pro hac vice*)
**PAUL HASTINGS LLP**
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: adamreich@paulhastings.com
          michaelcwhalen@paulhastings.com

Michael F. Murray (*pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1960
Fax: (202) 551-1705
Email:  michaelmurray@paulhastings.com

Michael F. Murray (*pro hac vice*)
Noah Pinegar (*pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Fax: (212) 303-7057
Email:  noahpinegar@paulhastings.com

*Attorneys for Defendant Align Technology, Inc.*