**PAUL HASTINGS LLP**
James M. Pearl (SB# 198481)
Emma Farrow (SB# 347126)
jamespearl@paulhastings.com
emmafarrow@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone:  1(310) 620-5700
Facsimile:  1(310) 620-5899

Thomas A. Counts (SB# 148051)
Abigail H. Wald (SB# 309110)
tomcounts@paulhastings.com
abigailwald@paulhastings.com
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  1(415) 856-7000
Facsimile:  1(415) 856-7100

Adam M. Reich (SB# 274235)
Michael C. Whalen (*pro hac vice*)
adamreich@paulhastings.com
michaelcwhalen@paulhastings.com
71 South Wacker Drive, 45th Floor
Chicago, Illinois 60606
Telephone:  1(312) 499-6000
Facsimile:  1(312) 499-6100

Michael F. Murray (*pro hac vice*)
michaelmurray@paulhastings.com
2050 M Street, N.W.
Washington, DC 20036
Telephone:  1(202) 551-1700
Facsimile:  1(202) 551-1705

Noah B. Pinegar (*pro hac vice*)
noahpinegar@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090

*Attorneys for Defendant Align Technology, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | CASE NO. 3:21-cv-03269-VC<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that effective immediately, Emma Farrow, SB# 347126 (emmafarrow@paulhastings.com) of Paul Hastings LLP, 1999 Avenue of the Stars, 27th Floor, Los Angeles, CA 90067, Telephone 1(310) 620-5700, Facsimile 1(310) 620-5899, hereby enters her appearance in the above-captioned action as counsel of record for Defendant Align Technology, Inc. Any pleadings and papers filed or served in this action should be served upon the attorneys at Paul Hastings LLP listed in the caption.

DATED: November 7, 2023                             PAUL HASTINGS LLP

                                                    By:  _____/s/ Emma Farrow_____
                                                              EMMA FARROW

                                                    Attorney for Defendant
                                                    Align Technology, Inc.