**BERGER MONTAGUE PC**
Eric L. Cramer (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4604
Fax: (215) 875-4604
Email: ecramer@bm.net

**RADICE LAW FIRM, P.C.**
John Radice (*pro hac vice*)
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Fax: (609) 385-0745
Email: jradice@radicelawfirm.com

Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class in *Simon and
Simon, PC d/b/a City Smiles and VIP
Dental Spas v. Align Tech., Inc.*

**HAGENS BERMAN SOBOL SHAPIRO
LLP**
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO
LLP**
Rio S. Pierce (SBN 298297)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

Interim Lead Counsel for Plaintiffs
and the Proposed Class in *Snow, et al. v.
Align Tech., Inc.*

Additional Counsel on Signature Page

**PAUL HASTINGS LLP**
James M. Pearl (State Bar No. 198481)
Emma C. Farrow (State Bar No. 347126)
1999 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 553-6700
Fax: (310) 620-5899
Email:  jamespearl@paulhastings.com
        emmafarrow@paulhastings.com

*Attorneys for Defendant Align Technology,
Inc.*

Additional Counsel on Signature Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES and VIP DENTAL SPAS, individually and on behalf of all others similarly situated, | Case No. 3:20-CV-03754-VC |
| *Plaintiffs* | |
| v. | |
| ALIGN TECHNOLOGY, INC., | |
| *Defendant.* | Case No. 3:21-CV-03269-VC |
| MISTY SNOW et al., individually and on behalf of others similarly situated, | |
| *Plaintiffs*, | |
| v. | |
| ALIGN TECHNOLOGY, INC., | |
| *Defendant.* | |

**JOINT WITNESS LIST RE:**
**NOVEMBER 13-14, 2023 EVIDENTIARY HEARING**

COMES NOW Simon and Simon, PC d/b/a City Smiles, VIP Dental Spas (together, the "*Simon* Plaintiffs"), and Misty Snow, et al. (the "*Snow* Plaintiffs," and, collectively with the *Simon* Plaintiffs, "Plaintiffs") and Align Technology, Inc. ("Align") (Plaintiffs and Align are collectively the "Parties"), and jointly submit this Joint Witness List in response to the Court's order on November 8, 2023 (*see Simon* ECF No. 343; *Snow* ECF No. 457) scheduling an evidentiary hearing for November 13 & 14, 2023 regarding the expert testimony of Dr. Singer and Dr. Vogt (the "Hearing").

## **WITNESSES**

The Parties will call the following witnesses at the Hearing:

1.      Dr. Hal Singer, Economic Expert for *Simon* Plaintiffs;

2.      Dr. William Vogt, Economic Expert for *Snow* Plaintiffs.


Dated: November 9, 2023           Respectfully submitted,

By:         */s/ Steve W. Berman*

Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
       tedw@hbsslaw.com

Rio S. Pierce (State Bar No. 298297)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

Interim Lead Counsel for Plaintiffs
and the Proposed Class in *Snow, et al. v. Align Tech., Inc.*


By:         */s/ Eric L.Cramer*

Eric L Cramer (*pro hac vice*)
Michael Kane (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:  (215) 875-4604
Facsimile:  (215) 875-5707
Email:  ecramer@bm.net
       mkane@bm.net

Joshua P. Davis (State Bar No. 193254)
**BERGER MONTAGUE PC**
505 Montgomery Street Suite 625
San Francsico, CA 94111
Telephone:  (415) 215-0962
Facsimile:   (215) 875-5707
Email:  jdavis@bm.net

Daniel J. Walker (*pro hac vice*)
Hope E. Brinn (State Bar No. 338508)
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone:  (202) 559-9745
Facsimile:   (215) 875-5707
Email:  dwalker@bm.net
            hbrinn@bm.net

John Radice (*pro hac vice*)
April D. Lambert (*pro hac vice*)
Daniel Rubenstein (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
Email:  jradice@radicelawfirm.com
            drubenstein@radicelawfirm.com
            alambert@radicelawfirm.com

Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class in *Simon and Simon, PC*
*d/b/a City Smiles and VIP Dental Spas v. Align Tech., Inc.*

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Kevin E. Rayhill (State Bar No. 267496)
Abraham Maggard (State Bar No. 339949)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:  jsaveri@saverilawfirm.com

swilliams@saverilawfirm.com
krayhill@saverilawfirm.com

Daniel J. Mogin (State Bar No. 95624)
Jennifer M. Oliver (State Bar No. 311196)
Timothy Z. LaComb (State Bar No. 314244)
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
Email:  dmogin@moginrubin.com
          joliver@moginrubin.com
          tlacomb@moginrubin.com

Gary M. Klinger (*pro hac vice*)
**MASON LIETZ & KLINGER, LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60630
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
Email:  gklinger@masonllp.com

David K. Lietz (*pro hac vice*)
**MASON LIETZ & KLINGER, LLP**
5101 Wisconsin Ave., NW, Ste. 305
Washington, DC 20016
Telephone: (202) 640-1160
Facsimile: (202) 429-2294
Email:  dlietz@masonllp.com

*Counsel for Plaintiffs*

Kevin Landau (*pro hac vice*)
Miles Greaves (*pro hac vice* forthcoming)
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
Email:  klandau@tcllaw.com
          mgreaves@tcllaw.com

Additional Counsel for Plaintiffs in *Simon and Simon, PC d/b/a City Smiles and VIP Dental Spas v. Align Tech., Inc.*

By:      */s/ James M. Pearl*

James M. Pearl (State Bar No. 198481)
Emma C. Farrow (State Bar No. 347126)
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 553-6700
Fax: (310) 620-5899
Email:  jamespearl@paulhastings.com
      emmafarrow@paulhastings.com

Thomas A. Counts (State Bar No. 148051)
Abigail Heather Wald (State Bar No. 309110)
**PAUL HASTINGS LLP**
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100
Email:  tomcounts@paulhastings.com
      abigailwald@paulhastings.com

Adam M. Reich (State Bar No. 274235)
Michael C. Whalen (*pro hac vice*)
**PAUL HASTINGS LLP**
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: adamreich@paulhastings.com
      michaelcwhalen@paulhastings.com

Michael F. Murray (*pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1960
Fax: (202) 551-1705
Email:  michaelmurray@paulhastings.com

Noah Pinegar (*pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Fax: (212) 303-7057
Email:  noahpinegar@paulhastings.com

*Attorneys for Defendant Align Technology, Inc.*

**FILER'S ATTESTATION**

I, <u>James M. Pearl</u>, am the ECF user whose identification and password are being used to file this Joint Witness List. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Joint Case Management Conference Statement has been obtained from each of the other signatories.

November 9, 2023                                     <u>*/s/ James M. Pearl*</u>