# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** November 14, 2023 | **Time:** 3 hours, 32 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 20-cv-03754-VC, 3:21-cv-03269-VC | **Case Name:** Simon and Simon, PC  v.  Align Technology, Inc., Snow v. Align Technology, Inc. | |

**Attorney for Plaintiff:** John Radice, Joshua Davis, Julie Pollock (Simon), Rio Pierce, Ted Wojcik (Snow)

**Attorney for Defendant:** James Pearl, Michael Murray, Adam Reich, Noah Pinegar, Emma Farrow

**Deputy Clerk:** Bhavna Sharma         **Court Reporter:** Stephen Franklin

# PROCEEDINGS:

Evidentiary Hearing Day 2 – held.

# RULINGS AND ORDERS:

**Witnesses**: Dr. William Vogt.

**Exhibits:** 22, 24, 43, 45, 49, 58, 70