UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## HEARING SHEET, EXHIBIT and WITNESS LIST

20-cv-03754-VC Simon and Simon, PC v. Align Technology, Inc.
21-cv-03269-VC Snow v. Align Technology, Inc.

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | John Radice, Joshua Davis, Julie Pollock (Simon), Rio Pierce, Ted Wojcik (Snow) | James Pearl, Michael Murray, Adam Reich, Noah Pinegar, Emma Farrow |
| **HEARING DATE:** | **REPORTERS:** | **CLERK:** |
| November 14, 2023 | Stephen Franklin | Bhavna Sharma |

| TRIAL EX. NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
|  | 10:02 AM |  |  | Court in session. All parties present. No re-direct of Dr. Singer from 11/13/2023. |  |
|  | 10:04 AM |  |  | Witness **Dr. William Vogt** called to the stand and sworn for testimony. Direct examination conducted by Mr. Pierce on behalf of the plaintiff Snow. |  |
|  | 11:28 AM |  |  | Direct examination concluded. Court asked follow up question. |  |
|  | 11:29 AM |  |  | Court in recess. |  |
|  | 12:19 PM |  |  | Court reconvened. Cross-examination conducted by Mr. Murray on behalf of Align. |  |
| 22 |  | X | X | Transcript from the Videotaped Deposition of Sherwin Matian, DDS (January 8, 2023). |  |
| 24 |  | X | X | Transcript from the Videotaped Deposition of William Simon, DMD (January 20, 2023) |  |
| 43 |  | X | X | Codex Partners Draft Presentation for Align titled Market Study Dental Implants Market. |  |
| 45 |  | X | X | Elite Doctor Promotion, Declaration, Exhibit 65, ECF No. 425-25, Snow, No. 3:21-cv-03269-VC. |  |
| 49 |  | X | X | Bracket Buy Back Promotion, Declaration, Exhibit 64, No. 425-24, Snow, No. 3:21-cv-03269-VC. |  |
| 58 |  | X | X | Align Technology, Inc. 10-K SEC Filing For the fiscal year ended December 31, 2016, https://investor.aligntech.com/sec-filings/sec-filing/10-k/0001097149-17-000009. |  |
| 70 |  | X | X | Non-party spreadsheet. |  |

|  | 1:36 PM |  |  | Cross-examination concluded. Witness thanked and excused. Court will hear oral argument regarding Motion for Class Certification after the break. |  |
|--|--|--|--|--|--|
|  | 1:39 PM |  |  | Court in recess. |  |
|  | 1:54 PM |  |  | Court reconvened. Court asked plaintiff Simon follow up questions. |  |
|  | 2:10 PM |  |  | Oral arguments made and heard re Motion for Class Certification. Court to issue written ruling. |  |
|  | 2:39 PM |  |  | Court adjourned. |  |