**BERGER MONTAGUE PC**
Eric L. Cramer (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4604
Fax: (215) 875-4604
Email: ecramer@bm.net

**RADICE LAW FIRM, P.C.**
John Radice (*pro hac vice*)
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Fax: (609) 385-0745
Email: jradice@radicelawfirm.com

Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class in *Simon and
Simon, PC d/b/a City Smiles and VIP
Dental Spas v. Align Tech., Inc.*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Rio S. Pierce (SBN 298297)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

Interim Lead Counsel for Plaintiffs
and the Proposed Class in *Snow, et al. v.
Align Tech., Inc.*

**PAUL HASTINGS LLP**
James Pearl (SBN. 198481)
Emma Farrow (SBN. 347126)
1999 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 553-6700
Fax: (310) 620-5899
Email: jamespearl@paulhastings.com
        emmafarrow@paulhastings.com

*Attorneys for Defendant Align Technology, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES and VIP DENTAL SPAS, individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs,*<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>       *Defendant.* | Case No. 3:20-CV-03754-VC |
| MISTY SNOW et al., individually and on behalf of others similarly situated,<br><br>       *Plaintiffs*,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>       *Defendant*. | Case No. 3:21-CV-03269-VC |

**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS OF SUMMARY JUDGMENT BRIEFS AND *DAUBERT* MOTIONS**

Plaintiffs Simon and Simon, PC d/b/a City Smiles ("Simon and Simon"), VIP Dental Spas ("VIP"), and Misty Snow, et al. (collectively, "Plaintiffs") and Defendant Align Technology, Inc. (the "Parties") stipulate as follows:

1. Paragraph 40 of the Court's Standing Order for Civil Cases ("Standing Order") specifies that briefs in support of or opposition to summary judgment motions cannot exceed 25 pages, and reply briefs cannot exceed 15 pages.

2. Paragraph 40 further states that motions to increase page limits must be filed no later than 72 hours before the brief is due.

- 1 -

3. The Parties propose the following:

| | |
|---|---|
| Defendant's brief in support of summary judgment and *Daubert* motion related to summary judgment: | Increase page limit from twenty five (25) pages to thirty five (35) pages. |
| Plaintiffs' brief in opposition to summary judgment and *Daubert* motion related to summary judgment | Increase page limit from twenty five (25) pages to thirty five (35) pages. |
| Defendant's reply brief in support of summary judgment and *Daubert* motion related to summary judgment | Maintain fifteen (15) page limit. |

4. The parties agree the extensions as set forth above are appropriate to permit the parties to fully address the arguments in the concurrently-filed summary judgment briefs and *Daubert* motions.

Dated: November 16, 2023

Respectfully submitted,

By: _____*Rio S. Pierce*_____

Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
         tedw@hbsslaw.com

Rio S. Pierce (State Bar No. 298297)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

Interim Lead Counsel for Plaintiffs
and the Proposed Class in *Snow, et al. v. Align Tech., Inc.*

By: _____*Daniel J. Walker*_____

Eric L Cramer (*pro hac vice*)

Michael Kane (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:  (215) 875-4604
Facsimile:   (215) 875-5707
Email:  ecramer@bm.net
             mkane@bm.net

Joshua P. Davis (State Bar No. 193254)
**BERGER MONTAGUE PC**
505 Montgomery Street Suite 625
San Francsico, CA 94111
Telephone:  (415) 215-0962
Facsimile:   (215) 875-5707
Email:  jdavis@bm.net

Daniel J. Walker (*pro hac vice*)
Hope E. Brinn (State Bar No. 338508)
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone:  (202) 559-9745
Facsimile:   (215) 875-5707
Email:  dwalker@bm.net
             hbrinn@bm.net

John Radice (*pro hac vice*)
April D. Lambert (*pro hac vice*)
Daniel Rubenstein (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
Email:  jradice@radicelawfirm.com
             drubenstein@radicelawfirm.com
             alambert@radicelawfirm.com

Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class in *Simon and Simon, PC
d/b/a City Smiles and VIP Dental Spas v. Align Tech., Inc.*


Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)

Kevin E. Rayhill (State Bar No. 267496)
Abraham Maggard (State Bar No. 339949)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:  jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           krayhill@saverilawfirm.com

Daniel J. Mogin (State Bar No. 95624)
Jennifer M. Oliver (State Bar No. 311196)
Timothy Z. LaComb (State Bar No. 314244)
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
Email:  dmogin@moginrubin.com
           joliver@moginrubin.com
           tlacomb@moginrubin.com

Gary M. Klinger (*pro hac vice*)
**MASON LIETZ & KLINGER, LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60630
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
Email:  gklinger@masonllp.com

David K. Lietz (*pro hac vice*)
**MASON LIETZ & KLINGER, LLP**
5101 Wisconsin Ave., NW, Ste. 305
Washington, DC 20016
Telephone: (202) 640-1160
Facsimile: (202) 429-2294
Email:  dlietz@masonllp.com

*Counsel for Plaintiffs*


Kevin Landau (*pro hac vice*)
Miles Greaves (*pro hac vice* forthcoming)
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204

New York, NY 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
Email:  klandau@tcllaw.com
       mgreaves@tcllaw.com

Additional Counsel for Plaintiffs in *Simon and Simon, PC d/b/a City Smiles and VIP Dental Spas v. Align Tech., Inc.*


By:    */s/ James M. Pearl*
       James M. Pearl

James M. Pearl (State Bar No. 198481)
Emma Farrow (State Bar No. 347126)
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 553-6700
Fax: (310) 620-5899
Email:  jamespearl@paulhastings.com
       emmafarrow@paulhasting.com

Thomas A. Counts (State Bar No. 148051)
Abigail Heather Wald (State Bar No. 309110)
**PAUL HASTINGS LLP**
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100
Email:  tomcounts@paulhastings.com
       abigailwald@paulhastings.com

Adam M. Reich (State Bar No. 274235)
Michael C. Whalen (*pro hac vice*)
**PAUL HASTINGS LLP**
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: adamreich@paulhastings.com
       michaelcwhalen@paulhastings.com

Michael F. Murray (*pro hac vice*)
**PAUL HASTINGS LLP**

- 5 -

          2050 M Street, NW
          Washington, DC 20036
          Telephone: (202) 551-1960
          Fax: (202) 551-1705
          Email: michaelmurray@paulhastings.com

Noah Pinegar (*pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Fax: (212) 303-7057
Email: noahpinegar@paulhastings.com

*Attorneys for Defendant Align Technology, Inc.*

\*\*\*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this____day of_____, 2023.

By: _____
The Honorable Vince Chhabria
United States District Judge

- 6 -

## FILER'S ATTESTATION

I, James M. Pearl, am the ECF user whose identification and password are being used to file this Stipulated Request and Proposed Order. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Stipulated Request and Proposed Order has been obtained from each of the other signatories.

Dated: November 16, 2023                                  /s/ *James M. Pearl*
                                                                            James M. Pearl