| | |
|---|---|
| **BERGER MONTAGUE PC**<br>Eric L. Cramer (*pro hac vice*)<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-4604<br>Fax: (215) 875-4604<br>Email: ecramer@bm.net | **PAUL HASTINGS LLP**<br>James M. Pearl (SBN. 198481)<br>Emma Farrow (SBN. 347126)<br>1999 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700<br>Fax: (310) 620-5899<br>Email:  jamespearl@paulhastings.com<br>             emmafarrow@paulhastings.com<br>*Attorneys for Defendant Align Technology, Inc.*<br><br>Additional Counsel on Signature Page |

**RADICE LAW FIRM, P.C.**
John Radice (*pro hac vice*)
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Fax: (609) 385-0745
Email: jradice@radicelawfirm.com

Co-Lead Counsel for Plaintiffs and the Direct Purchaser Plaintiff Class in *Simon and Simon, PC d/b/a City Smiles and VIP Dental Spas v. Align Tech., Inc.*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice)*
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Rio S. Pierce (SBN 298297)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

Lead Counsel for Plaintiffs and the Indirect Purchaser Plaintiff Classes in *Snow, et al. v. Align Tech., Inc.*

Additional Counsel on Signature Page

3:20-cv-03754-VC; 3:21-cv-03269-VC       1
JOINT CASE MANAGEMENT STATEMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES and VIP DENTAL SPAS, individually and on behalf of all others similarly situated,<br>*Plaintiffs*<br>v.<br>ALIGN TECHNOLOGY, INC.,<br>*Defendant.* | Case No. 3:20-CV-03754-VC |
| MISTY SNOW et al., individually and on behalf of others similarly situated,<br>*Plaintiffs*,<br>v.<br>ALIGN TECHNOLOGY, INC.,<br>*Defendant.* | Case No. 3:21-CV-03269-VC |

**JOINT CASE MANAGEMENT STATEMENT**

Simon and Simon, PC d/b/a City Smiles ("Simon and Simon") and VIP Dental Spas ("VIP", individually and as the class representatives of the Direct Purchaser Plaintiff Class), and Misty Snow, *et al.* (individually and as the class representatives of the Indirect Purchaser Plaintiff Classes, and collectively with the Direct Purchaser Plaintiff Class, solely for the purposes of this Joint Case Management Statement, the "Plaintiffs") and Align Technology, Inc. (the Defendant in both actions, or "Align") (Plaintiffs and Align are collectively "the Parties") jointly submit this Joint Case Management Statement concerning the status of this case.

    A.    **Class Certification and Class Notice.**

The Plaintiffs have completed their respective class notice programs, in accordance with the Court order. To date, Plaintiffs' notice administrators have received ten opt-out requests for

the Direct Purchaser Class and 695 opt-out requests for the Indirect Purchaser Class. In accordance with the Court-approved Notice Plan, Direct Purchaser Plaintiffs will submit a declaration from Epiq confirming that the Notice Plan was executed per the Court's Order and setting forth the identities of those Class members who validly and timely opted out of the Class by 14 days after the March 15, 2024 opt-out deadline. ECF 377 at 13, ECF 391. In accordance with the Court-approved Notice Plan, Indirect Purchaser Plaintiffs will file a list with Court with the names and addresses of Every member who has opted out of the Class within 14 days of the Exclusion Deadline. *Snow* ECF 504 at 2.

As the Court is aware, on December 13, 2023, Align filed two Petitions for Permission to File Appeal Pursuant to Federal Rule of Civil Procedure 23(f). Those Petitions remain pending before the Ninth Circuit.

### B.    Summary Judgment.

On November 20, 2023, Align moved for summary judgment in both the Direct Purchaser and Indirect Purchaser cases, along with related *Daubert* motions [*Simon*: ECF No. 360, *Snow*: ECF No. 470]. Each group of Plaintiffs opposed Align's motions on December 22, 2023, and Align replied on January 11, 2024. The Court heard arguments on the motions on January 25, 2024. On January 26, 2024, the Court ordered the parties to file supplemental letter brief about the significance of Ex. 40 to the *Snow* Plaintiffs' Opposition to Align's Motion for Summary Judgment, and what inferences the Court might draw from that exhibit regarding the refusal-to-deal claims [*Simon*: ECF No. 418; *Snow* ECF No. 530]. The parties filed the ordered supplemental letter briefs on January 31, 2024 [*Simon*: ECF Nos. 421-24; *Snow* ECF No. 533-35].

### C.    Pre-Trial Schedule

The Parties met and conferred regarding a proposed pre-trial schedule on February 1, 2024, and reached agreement on several proposed milestone dates, set forth below:

| Event | Agreed Proposal |
|---|---|
| Trial | May 13, 2024 |
| Exs. due to Court | May 8, 2024 |
| File: [Proposed] Oder for Bringing Exhibit Presentation Equipment and Tech. | April 29, 2024 |
| Arrange for real-time feed and daily transcripts | April 29, 2024 |
| Final Pretrial Conference | April 24, 2024 |
| File: (1) Involved Individuals List; (2) Proposed Verdict Forms; (3) Statements of the Case; (4) Joint Final Exhibit List; (5) One-page Objection to Northern District's Unconscious Bias Video for Jurors[1] | April 17 2024 |
| File: (1) Joint Pretrial Conference Statement; (2) Motions in Limine and Oppositions | April 10, 2024 |
| *Meet and Confer Regarding Involved Individuals List and Statements of the Case* | April 5, 2024 |
| File: (1) Jury Instructions; (2) Proposed Supplemental Juror Questionnaire | April 3, 2024 |
| Serve: Oppositions to Motions in Limine[2] | April 3, 2024 |
| *Plaintiffs Serve Draft Pretrial Conference Statement* | March 29, 2024 |
| Serve: Motions in Limine | March 27, 2024 |
| *Meet and Confer About Exhibits* | March 26, 2024 |
| File: Request to file more than Chhabria's standard maximum of motions in limine (5)[3] | March 20, 2024 |
| *Meet and Confer About Undisputed Facts* | March 19, 2024 |
| *Exchange proposed supplemental juror questionnaire* | March 11, 2024 |
| *Plaintiffs Serve Proposed List of Undisputed Facts* | February 26, 2024 |

---

[1] The Parties expressly reserve all rights to oppose or otherwise respond to Objections filed by any other Party.

[2] In the event that the Court grants any Party's request to file more than five motions in limine, then the other Parties reserve all rights to seek a modification of this deadline for filing Oppositions thereto.

[3] The Parties expressly reserve all rights to oppose any such motion filed by any other Party.

The Parties are continuing to meet and confer regarding additional pre-trial milestones, and will endeavor to submit a supplemental proposed pre-trial schedule, reflecting further agreements, on or before the Case Management Conference, scheduled for February 9, 2024.

### D.      Structured Data

Trial on the Direct Purchasers Plaintiffs' claim and the Indirect Purchaser Plaintiffs' Section 2 claims is scheduled for May 13, 2024. The Indirect Purchaser Plaintiffs' certified class for damages runs until December 31, 2023. Align has currently produced structured data through the end of March 2022. Align and the Indirect Purchaser Plaintiffs are discussing a potential structured data refresh, prior to trial, for purposes of preparing an updated damages estimate based on the certified class period to include the period from April 1, 2022 through December 2023.

### E.      Trial.

Trial on the Direct Purchasers Plaintiffs' claim and the Indirect Purchaser Plaintiffs' Section 2 claims is scheduled for May 13, 2024.


Dated: February 2, 2024                                        Respectfully submitted,

By: *Rio S. Pierce*

Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com

Rio S. Pierce (State Bar No. 298297)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

Lead Counsel for Plaintiffs and the Indirect Purchaser Plaintiff Classes in *Snow, et al. v. Align Tech., Inc.*


By: *April Lambert*

Eric L Cramer (*pro hac vice*)
Michael Kane (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4604
Facsimile: (215) 875-5707
ecramer@bm.net
mkane@bm.net
hbrinn@bm.net

Joshua P. Davis (State Bar No. 193254)
**BERGER MONTAGUE PC**
59A Montford Avenue
Mill Valley, CA 94941
Telephone: (415) 215-0962
Facsimile: (215) 875-5707
dwalker@bm.net

Daniel J. Walker (*pro hac vice*)
Hope E. Brinn (State Bar No. 338508)
**BERGER MONTAGUE PC**

2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone:  (202) 559-9745
Facsimile:   (215) 875-5707
dwalker@bm.net
hbrinn@bm.net

John Radice (*pro hac vice*)
April D. Lambert (*pro hac vice*)
Daniel Rubenstein (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, New Jersey 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
jradice@radicelawfirm.com
drubenstein@radicelawfirm.com
alambert@radicelawfirm.com

Co-Lead Counsel for Plaintiffs and the Direct Purchaser Plaintiff Class in *Simon and Simon, PC d/b/a City Smiles and VIPDental Spas v. Align Tech., Inc.*

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Kevin E. Rayhill (State Bar No. 267496)
Abraham Maggard (State Bar No. 339949)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 9410
Telephone:  (415) 500-6800
Facsimile:    (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
krayhill@saverilawfirm.com

Daniel J. Mogin (State Bar No. 95624)
Jennifer M. Oliver (State Bar No. 311196)
Timothy Z. LaComb (State Bar No. 314244)
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
dmogin@moginrubin.com
joliver@moginrubin.com
tlacomb@moginrubin.com

Gary M. Klinger (*pro hac vice* forthcoming)
**MASON LIETZ & KLINGER, LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60630
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gklinger@masonllp.com

David K. Lietz (*pro hac vice* forthcoming)
**MASON LIETZ & KLINGER, LLP**
5101 Wisconsin Ave., NW, Ste. 305
Washington, DC 20016
Telephone: (202) 640-1160
Facsimile: (202) 429-2294
dlietz@masonllp.com

*Counsel for Plaintiffs*
Kevin Landau (*pro hac vice*)
Miles Greaves (*pro hac vice* forthcoming)
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, New York 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
klandau@tcllaw.com
mgreaves@tcllaw.com

Additional Counsel for Plaintiffs in *Simon and Simon, PC d/b/a City Smiles and VIP Dental Spas v. Align Tech., Inc.*

|  |  |
|---|---|
| By: | */s/ Adam M. Reich* |
|  | Adam M. Reich |

James M. Pearl (SBN. 198481)
Emma Farrow (SBN. 347126)
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 553-6700
Fax: (310) 620-5899
Email:  jamespearl@paulhastings.com
          emmafarrow@paulhastings.com

Thomas A. Counts (SBN. 148051)
**PAUL HASTINGS LLP**
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Fax: (415) 856-7100
Email:  tomcounts@paulhastings.com

Adam M. Reich (SBN. 274235)
Michael C. Whalen (*pro hac vice*)
**PAUL HASTINGS LLP**
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: adamreich@paulhastings.com
          michaelcwhalen@paulhastings.com

Michael F. Murray (*pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1700
Fax: (202) 551-1705
Email:  michaelmurray@paulhastings.com

Noah Pinegar (*pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue, 26th Floor
New York, NY 10166
Telephone: (212) 318-6000
Fax: (212) 319-4090
Email: noahpinegar@paulhastings.com

*Attorneys for Defendant Align Technology, Inc.*

**FILER'S ATTESTATION**

    I, Adam M. Reich, am the ECF user whose identification and password are being used to file this Joint Case Management Conference Statement. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Joint Case Management Conference Statement has been obtained from each of the other signatories.

February 2, 2024                                         /s/ Adam M. Reich