IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>*Defendant*. | Civil Action No. 3:21-CV-03269-VC |

### DECLARATION OF EDUARDO URENA IN SUPPORT OF SEALING INFORMATION CONTAINED IN PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Pursuant to Civil Local Rule 79-5, I, Eduardo Urena Pérez, declare as follows:

1. I am currently the Global Operations Controller – Manufacturing to Order of ClearCorrect Operating, LLC, a Straumann Group Brand. I have been employed by the Straumann Group ("Straumann") since May 2016 and have held my current position since May 2018. Over the course of my employment at Straumann, I have acquired personal knowledge of Straumann's practices and procedures concerning the maintenance of confidentiality of its strategic, business, and customer information.

2. The facts stated in this declaration are true and correct to the best of my personal knowledge, information, and belief, and if called as a witness, I could and would testify to those facts.

3. I submit this declaration pursuant to subsection (c)(1) of Civil Local Rule 79-5 and in support of sealing information in Plaintiffs' Notice of Motion and Motion for Class

Certification; Memorandum of Points and Authorities in Support Thereof (the "Motion")—specifically, information contained in the Expert Report of William B. Vogt, Ph.D. filed in support of such Motion—in *Snow v. Align Technology, Inc.*, 3:21-CV-03269-VC (N.D. Cal Feb. 16, 2022) (ECF 506) (the "Action").

4. On May 5, 2023, Straumann received a third-party Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action from Align Technology, Inc. in *Snow v. Align Technology, Inc.*, 3:21-CV-03269-VC. In response to this Subpoena, I helped Straumann collect and produce transactional data of sales of its aligners to third-party direct-to-consumer distribution companies. This data contained confidential customer names, unit prices, product types, case costs, and other nonpublic Straumann sales information.

5. Plaintiffs filed an Expert Report of William B. Vogt, Ph.D. in support of their Motion submitted in this Action, which incorporated portions of this confidential information. Straumann, therefore, seeks to seal this information that reveals Straumann's non-public financial and sales data and non-public customer information as such information could be used by competitors to harm Straumann's competitive standing or harm Straumann's relationships with customers.

6. In particular, Straumann seeks to seal and redact the following portions of the Expert Report of William B. Vogt, Ph.D. that Plaintiffs have submitted to the Court:

| Portion of Document to Be Sealed | Reason for Sealing |
| --- | --- |
| Expert Report of William B. Vogt, Ph.D., Page 198, Figure 31 | This portion of the Expert Report should be sealed because it reflects Straumann's non-public and competitively sensitive transaction data, which if made public would |

| | |
|---|---|
| | put Straumann at a competitive disadvantage. |
| Expert Report of William B. Vogt, Ph.D., Page 198, par. 543 | This portion of the Expert Report should be sealed because it reflects Straumann's non-public and competitively sensitive information, which if made public would put Straumann at a competitive disadvantage. |
| Expert Report of William B. Vogt, Ph.D., Pages 245-250 | This portion of the Expert Report should be sealed because it reflects Straumann's non-public and competitively sensitive transaction data, which if made public would put Straumann at a competitive disadvantage. |

7. Plaintiffs have filed their Motion and the Expert Report of William B. Vogt, Ph.D. in support of this Motion in this Action. I understand that Plaintiffs have filed redacted and/or sealed versions of the same with the Court.

8. For the foregoing reasons, Straumann respectfully requests that the Court seal the above-referenced portions of the Expert Report of William B. Vogt, Ph.D. in *Snow v. Align Technology, Inc.*, 3:21-CV-03269-VC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of February 2024 in Round Rock, Texas.

/s/ *Eduardo Urena Pérez*
Eduardo Urena Pérez
Global Operations Controller
Manufacturing to Order
ClearCorrect Operating, LLC,
a Straumann Group Brand