

Molly C. Dwyer
Clerk of Court

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

MAR 25 2024



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-1783 |
| Originating Case Number: | 3:21-cv-03269-VC |
| Short Title: | Snow, et al. v. Align Technology, Inc. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 24-1783
Originating Case Number: 3:21-cv-03269-VC

Case Title: Snow, et al. v. Align Technology, Inc.

**Monday, April 1, 2024**

| | |
|---|---|
| Misty Snow | Mediation Questionnaire due |
| Dana Bozian | Mediation Questionnaire due |
| Emily Vo | Mediation Questionnaire due |
| Katie Campbell | Mediation Questionnaire due |
| Cecelia Garay | Mediation Questionnaire due |
| Celeste Hamilton | Mediation Questionnaire due |
| Stephanie Rickenbaker | Mediation Questionnaire due |
| Angela Carnaghi | Mediation Questionnaire due |
| Jennifer Ezzio | Mediation Questionnaire due |
| Jaime Gooch | Mediation Questionnaire due |
| Tracy Mound | Mediation Questionnaire due |
| Justin Hansen | Mediation Questionnaire due |
| Elisabeth Skibba | Mediation Questionnaire due |

**Friday, April 5, 2024**

| | |
|---|---|
| Misty Snow | Appeal Transcript Order Due |
| Dana Bozian | Appeal Transcript Order Due |
| Emily Vo | Appeal Transcript Order Due |
| Katie Campbell | Appeal Transcript Order Due |

| | |
|---|---|
| Cecelia Garay | Appeal Transcript Order Due |
| Celeste Hamilton | Appeal Transcript Order Due |
| Stephanie Rickenbaker | Appeal Transcript Order Due |
| Angela Carnaghi | Appeal Transcript Order Due |
| Jennifer Ezzio | Appeal Transcript Order Due |
| Jaime Gooch | Appeal Transcript Order Due |
| Tracy Mound | Appeal Transcript Order Due |
| Justin Hansen | Appeal Transcript Order Due |
| Elisabeth Skibba | Appeal Transcript Order Due |

**Monday, May 6, 2024**

| | |
|---|---|
| Misty Snow | Appeal Transcript Due |
| Dana Bozian | Appeal Transcript Due |
| Emily Vo | Appeal Transcript Due |
| Katie Campbell | Appeal Transcript Due |
| Cecelia Garay | Appeal Transcript Due |
| Celeste Hamilton | Appeal Transcript Due |
| Stephanie Rickenbaker | Appeal Transcript Due |
| Angela Carnaghi | Appeal Transcript Due |
| Jennifer Ezzio | Appeal Transcript Due |
| Jaime Gooch | Appeal Transcript Due |
| Tracy Mound | Appeal Transcript Due |
| Justin Hansen | Appeal Transcript Due |
| Elisabeth Skibba | Appeal Transcript Due |

**Friday, June 14, 2024**

| | |
|---|---|
| Misty Snow | Appeal Opening Brief Due |
| Dana Bozian | Appeal Opening Brief Due |
| Emily Vo | Appeal Opening Brief Due |
| Katie Campbell | Appeal Opening Brief Due |
| Cecelia Garay | Appeal Opening Brief Due |
| Celeste Hamilton | Appeal Opening Brief Due |
| Stephanie Rickenbaker | Appeal Opening Brief Due |
| Angela Carnaghi | Appeal Opening Brief Due |
| Jennifer Ezzio | Appeal Opening Brief Due |
| Jaime Gooch | Appeal Opening Brief Due |
| Tracy Mound | Appeal Opening Brief Due |

| | |
|---|---|
| Justin Hansen | Appeal Opening Brief Due |
| Elisabeth Skibba | Appeal Opening Brief Due |

**Monday, July 15, 2024**

| | |
|---|---|
| Align Technology, Inc. | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**