FILED

APR 2 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>      Plaintiff - Respondent,<br><br> v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>      Defendant - Petitioner. | No. 23-4154<br><br>D.C. No. 3:21-cv-03269-VC<br>Northern District of California, San Francisco<br><br>ORDER |

The motion (Docket Entry No. 12) to voluntarily withdraw this petition for permission to appeal is granted.  See Fed. R. App. P. 42(b).

All pending motions are denied as moot.

                                              FOR THE COURT:

                                              MOLLY C. DWYER
                                              CLERK OF COURT