# SCHEDULE E

*Snow v. Align*, No. 3:21-cv-03269-VC
**Schedule E - Witness Fees**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Charges by Category | Total Amount Invoiced | Split 50/50 with Simon 3:20-CV-03754-VC (Y or N) | Total Amount Claimed in Snow | |
|---|---|---|---|---|---|---|---|---|
| 7/7/2023 | 14715 | Elite Medical Experts | Babak Cohanim, 7/10/23 | Deposition Appearance | $2,475.00 | Y | **$1,237.50** | |
| 7/11/2023 | 14729 | Elite Medical Experts | Babak Cohanim, 7/10/23 | Parking | $16.00 | Y | **$8.00** | |
| 9/22/2023 | 1051234 | Analysis Group | Edward Snyder, 6/26/2023 | Deposition Appearance | $33,600.00 | Y | **$3,290.00** | Although the description says prep & dep, the total hours billed are 4.7 yet the deposition lasted 6.7 hours |
| 9/26/2023 | US60934P001 | NERA Economic Consul. | Lauren Stiroh, 6/7/2023 | Deposition Appearance | $1,413,257.50 | Y | **$5,000.00** | |
| 9/19/2023 | 5805797 | Faegre Drinker | Robert Stoll, 6/15/2023 | Deposition Appearance Time $1,182.00 Hotel $287.28 Taxis $145.32 | $22,198.50 | Y | **$807.30** | Deposition lasted 1.2 hours |
| 9/19/2023 | 5805814 | Faegre Drinker | Robert Stoll, 6/15/2023 | Travel to/from Princeton $334.00 | $1,122.00 | Y | **$167.00** | |
| | | | | | | **TOTAL** | **$10,509.80** | |