# EXHIBIT E-1

**Elite Medical Experts, LLC**
Department 2750 PO Box 986500
Boston, MA  02298-6500
(888) 790-1399
accounting@elitemedicalexperts.com
www.EliteMedicalExperts.com



**BILL TO**
Paul Hastings, LLP
71 South Wacker Drive, 45th Floor
Chicago, Illinois  60606
United States

**INVOICE 14715**

**DATE** 07/07/2023    **TERMS** Due on receipt

**CASE NAME**
Align Technologies

**CONTACT NAME**
Adam Reich

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **- Deposition**<br>Deposition Appearance on July 10, 2023, Align Technologies matter - Dr. Babak Robert Cohanim (Orthodontics) | 3 | 825.00 | 2,475.00 |
| **- Deposition Terms**<br>Rates are billed in 15-minute increments.  A minimum 3-hour retainer for deposition time is due at least 30 days in advance of the scheduled date.  A 50% cancellation fee is non-refundable in the event that deposition is canceled or postponed within less than or equal to 10 days of the scheduled date.  Travel time is billed pursuant to the Referral Services Agreement.  All expenses are billed at cost. | 1 | 0.00 | 0.00 |

Given US Postal delays, payment by ACH is preferred.
Click Review and Pay in the invoice email to pay by ACH.

Checks made out to  Elite Medical Experts may be mailed to:

Elite Medical Experts Lockbox
Department 2750
PO Box 986500
Boston, MA 02298-6500

**TOTAL DUE**                                    **$2,475.00**

We are an S Corp exempt from 1099s per IRS rules.
Tax ID: 27-0749383 or request a W-9.

Thank you for denoting the invoice number on the check memo or stub.

Please do not send medical records, paperclips, or staples to the lockbox.

Thank you for not applying tape to checks.

Elite Medical Experts, LLC
Department 2750 PO Box 986500
Boston, MA  02298-6500
(888) 790-1399
accounting@elitemedicalexperts.com
www.EliteMedicalExperts.com



**BILL TO**
Paul Hastings, LLP
71 South Wacker Drive, 45th Floor
Chicago, Illinois  60606
United States

**INVOICE 14729**

**DATE** 07/11/2023    **TERMS** Due on receipt

| CASE NAME | CONTACT NAME |
|---|---|
| Align Technologies | Adam Reich |



| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| - Reimbursable Expenses<br>Parking (Deposition) | 1 | 16.00 | 16.00 |

Given US Postal delays, payment by ACH is preferred.
Click Review and Pay in the invoice email to pay by ACH.

Checks made out to Elite Medical Experts may be mailed to:

Elite Medical Experts Lockbox
Department 2750
PO Box 986500
Boston, MA 02298-6500

| TOTAL DUE | $7,447.25 |
|---|---|

We are an S Corp exempt from 1099s per IRS rules.
Tax ID: 27-0749383 or request a W-9.

Thank you for denoting the invoice number on the check memo or stub.

Please do not send medical records, paperclips, or staples to the lockbox.

Thank you for not applying tape to checks.



**ANALYSIS GROUP**

Main 1 617 425 8000   Fax 1 617 425 8001   AnalysisGroup.com
111 Huntington Avenue  14th Floor  Boston, MA  02199

September 22, 2023

Align Technology, Inc.
2820 Orchard Parkway
San Jose, CA 95134
USA

|  |  |
|---|---|
| AG Case No.: | 036966 |
| Invoice No.: | 1051234 |
| Taxpayer ID: | 04-2727260 |

Re        <u>**Snow v. Align Technology, Inc. - Snyder**</u>

For professional services rendered in connection with the above referenced case for the period ending June 30, 2023.



Page 3

Snow v. Align Technology, Inc. - Snyder

For the period ending June 30, 2023

Invoice 1051234

**Affiliates and Consultants**

**Edward Snyder**

| **Date** | **Narrative** | **Hours** | **Rate** | **P.S. Incurred** |
|---|---|---|---|---|
| ███ | ███████████████ | ██ | ██ | ██ |
| ███ | ██████ | ██ | ██ | ██ |
| ███ | ██████ | ██ | ██ | ██ |
| ███ | ████████████████████ | ██ | ██ | ██ |
| ███ | ███████████████ | ██ | ██ | ██ |
| ███ | ███████████████ | ██ | ██ | ██ |
| ███ | ██████████████████████ | ██ | ██ | ██ |
| ███ | ███████ | ██ | ██ | ██ |
| 06/26/23 | Prep for deposition; Deposition | 4.70 | 1,400.00 | 6,580.00 |
| | **Total Edward Snyder** | **24.00** | | **33,600.00** |
| | **Total Affiliates and Consultants** | **24.00** | $ | **33,600.00** |



National Economic Research Associates, Inc.
Tel: 914-448-4000
www.nera.com

# Invoice

Accounts Payable
Align Technology, Inc.
2820 Orchard Parkway
San Jose, California  95134
USA

Date: Sep 26, 2023
Invoice No: US60934P001
Project No: 119967
Director: Lauren Stiroh

Reference: For professional services for the period 03/01/23 - 06/30/23 in connection with Simon and Simon, PC d/b/a City Smiles; and VIP Dental Spas, individually and on behalf of all others similarly situated v. Align Technology, Inc.

|  | Hours | Currency | Amount |
|---|---|---|---|
| Officers | 899.25 |  | 704,681.25 |
|  |  |  |  |
|  | 3,645.00 | USD | 1,899,893.75 |
| Total |  |  | 1,899,893.75 |
| Agreed Upon Discount |  |  | (486,636.25) |
| **Total Due** |  | USD | 1,413,257.50 |

**Invoice is due upon receipt.  Please include the invoice number(s) with remittance details.**
**Please remit payment to:**

**If by check:**

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

**If by electronic means (preferred method):**

Bank: Citibank NA, New York, NY
ABA/Routing: 021000089
Account Number: 30758277
Account Title: National Economic Research Associates, Inc.
Swift Code: CITIUS33-Citibank NA
Chips Code: 0008

Tax ID: 95-2879539

This invoice is issued by National Economic Research Associates, Inc. on behalf of itself and its affiliates to the extent those affiliates have provided services on your account. Unless National Economic Research Associates, Inc. has advised otherwise, services performed by any of its non-US affiliates have occurred or will occur outside the US.

**Project Diaries**

|  |  |
|---|---|
| Date: | Sep 26, 2023 |
| Invoice No: | US60934P001 |
| Project No: | 119967 |

| Hours | Amount | Description of Services Rendered |
|---|---|---|

Lauren Stiroh (Senior Managing Director)            Billing Rate    1,250.00

| Date | Hours | Amount | Description |
|---|---|---|---|
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ ████████. |
| Jun 07, 2023 | 8.00 | 10,000.00 | Deposition |
|  | 46.25 | 57,812.50 |  |





September 19, 2023

Align Technology, Inc.
2820 Orchard Parkway
San Jose, CA 95134

Invoice Num.  5805797
Tax ID  41-0244008
Email Address:  jamespearl@paulhastings.com

## Invoice Summary

**Client**  Align Technology, Inc.
**Matter**  Expert Advice
**Matter ID**  522790.000001

For professional services rendered through June 30, 2023

Currency: USD

| | |
|---|---:|
| Professional Services | 21,670.00 |
| Disbursements | 528.50 |
| **Total Amount Due** | **$22,198.50** |

This statement is for consulting services rendered to you by Faegre Drinker Consulting, a consulting practice, not a law practice. You do not have an attorney-client relationship with Faegre Drinker Biddle & Reath LLP or any of its legal professionals in this engagement, or otherwise absent independent engagement of the firm's lawyers under a separate legal engagement letter. Faegre Drinker Biddle & Reath LLP operates Faegre Drinker Consulting as a distinct consulting practice pursuant to Rule 5.7 of the Model Rules of Professional Conduct, as enacted in various jurisdictions. As a client of Faegre Drinker Consulting you have the confidentiality, business issue conflict, and other protections set forth in your engagement letter, but do not have the protections of the attorney-client relationship, including for example the attorney-client privilege or protection from certain conflicts of interest, under the Rules of Professional Conduct.

If you have separately engaged Faegre Drinker Biddle & Reath LLP for legal work, that work will be provided under a legal engagement letter by different professionals. If you have any question regarding the nature of your relationship with our firm or what protections apply, please contact the lead professional with whom you work at Faegre Drinker Consulting on this engagement for clarification.

**faegre drinker**

faegredrinker.com

September 19, 2023

Align Technology, Inc.
2820 Orchard Parkway
San Jose, CA 95134

| | |
|---|---|
| Invoice Num. | 5805797 |
| Tax ID | 41-0244008 |
| Email Address: | jamespearl@paulhastings.com |

## Invoice Detail

| | |
|---|---|
| Client | Align Technology, Inc. |
| Matter | Expert Advice |
| Matter ID | 522790.000001 |

For professional services rendered through June 30, 2023

### Professional Services

| Date | Name | Hours | Value | Description |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| 06/15/23 | R. Stoll | 6.50 | 6,402.50 | Continue preparation for Align deposition; participate in deposition and return to DC. |
| Total | | | 21,670.00 | |

### Cost Detail

| Description | Date | Quantity | Amount |
|---|---|---|---|
| Hotel - Robert Stoll - Attended June 14-15 prep & deposition in Princeton, NJ, 06/15/2023 Bank ID: NWACH Check Number: 265156 | 06/20/23 | 1.00 | 287.28 |
| Subtotal | | | 287.28 |

| Description | Date | Quantity | Amount |
|---|---|---|---|
| Taxi - Robert Stoll - Attended June 14-15 prep & deposition in Princeton, NJ, 06/15/2023 Bank ID: NWACH Check Number: 265156 | 06/20/23 | 1.00 | 85.00 |
| Taxi - Robert Stoll - Attended June 14-15 prep & deposition in Princeton, NJ, 06/14/2023 Bank ID: NWACH Check Number: 265156 | ~~06/20/23~~ | ~~1.00~~ | ~~70.90~~ |
| Taxi - Robert Stoll - Attended June 14-15 prep & deposition in Princeton, NJ, 06/15/2023 Bank ID: NWACH Check Number: 265156 | 06/20/23 | 1.00 | 32.32 |
| Taxi - Robert Stoll - Attended June 14-15 prep & deposition in Princeton, NJ, 06/15/2023 Bank ID: NWACH Check Number: 265156 | 06/20/23 | 1.00 | 28.00 |

Align Technology, Inc.  
September 19, 2023  
Page 3  

Faegre Drinker Biddle & Reath LLP  
Invoice Num. 5805797

| Description | Date | Qty | Amount |
|---|---|---|---|
| Taxi - Robert Stoll - Attended June 14-15 prep & deposition in Princeton, NJ, 06/14/2023 Bank ID: NWACH Check Number: 265156 | ~~06/20/23~~ | ~~1.00~~ | ~~25.00~~ |
| Subtotal | | | 241.22 |

**Total Disbursements** $ 528.50

**Invoice Total** $22,198.50

## Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Stoll, Robert L. | Partner | 22.00 | 985.00 | 21,670.00 |
| Total | | 22.00 | | $21,670.00 |

### Inception-to-Date

| | This Invoice | Inception-to-Date |
|---|---|---|
| Fees | $21,670.00 | $38,391.40 |
| Costs | $528.50 | $862.50 |
| Charges/Tax | $0.00 | $0.00 |
| Total | $22,198.50 | $39,253.90 |



**faegre drinker**

faegredrinker.com

September 19, 2023

Align Technology, Inc.
2820 Orchard Parkway
San Jose, CA 95134

Invoice Num.    5805814
Tax ID          41-0244008
Email Address:  jamespearl@paulhastings.com

## Invoice Summary

**Client**     Align Technology, Inc.
**Matter**     Expert Advice
**Matter ID**  522790.000001

For professional services rendered through July 31, 2023

Currency: USD

| | |
|---|---:|
| Professional Services | ~~788.00~~ |
| Disbursements | 334.00 |
| **Total Amount Due** | **$1,122.00** |

This statement is for consulting services rendered to you by Faegre Drinker Consulting, a consulting practice, not a law practice. You do not have an attorney-client relationship with Faegre Drinker Biddle & Reath LLP or any of its legal professionals in this engagement, or otherwise absent independent engagement of the firm's lawyers under a separate legal engagement letter. Faegre Drinker Biddle & Reath LLP operates Faegre Drinker Consulting as a distinct consulting practice pursuant to Rule 5.7 of the Model Rules of Professional Conduct, as enacted in various jurisdictions. As a client of Faegre Drinker Consulting you have the confidentiality, business issue conflict, and other protections set forth in your engagement letter, but do not have the protections of the attorney-client relationship, including for example the attorney-client privilege or protection from certain conflicts of interest, under the Rules of Professional Conduct.

If you have separately engaged Faegre Drinker Biddle & Reath LLP for legal work, that work will be provided under a legal engagement letter by different professionals. If you have any question regarding the nature of your relationship with our firm or what protections apply, please contact the lead professional with whom you work at Faegre Drinker Consulting on this engagement for clarification.

**faegre drinker**

faegredrinker.com

September 19, 2023

Align Technology, Inc.
2820 Orchard Parkway
San Jose, CA 95134

| | |
|---|---|
| Invoice Num. | 5805814 |
| Tax ID | 41-0244008 |
| Email Address: | jamespearl@paulhastings.com |

## Invoice Detail

| | |
|---|---|
| **Client** | Align Technology, Inc. |
| **Matter** | Expert Advice |
| **Matter ID** | 522790.000001 |

For professional services rendered through July 31, 2023

### Professional Services

| Date | Name | Hours | Value | Description |
|---|---|---|---|---|
| ▇ | ▇ | ▇ | | ▇ |
| **Total** | | | 788.00 | |

### Cost Detail

| Description | Date | Quantity | Amount |
|---|---|---|---|
| Frosch International Travel - Ticketing Fee: 0851020117 20256 17461 | 06/14/23 | 1.00 | 167.00 |
| Frosch International Travel - Ticketing Fee: 0851174850 17461 20256 | 06/15/23 | 1.00 | 167.00 |
| Subtotal | | | 334.00 |

**Total Disbursements**                                              $       334.00

**Invoice Total**                                                            $1,122.00

### Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Stoll, Robert L. | Partner | 0.80 | 985.00 | 788.00 |
| **Total** | | **0.80** | | **$788.00** |