Joshua P. Davis (SBN 193254)
**BERGER MONTAGUE PC**
505 Montgomery St., Suite 625
Telephone: (415) 689-9292
Facsimile: (215) 875-5707
Email: jdavis@bm.net

Eric L. Cramer (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4604
Facsimile: (215) 875-5707
Email: ecramer@bm.net

John Radice (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, New Jersey 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
Email: jradice@radicelawfirm.com

*Attorneys for Plaintiffs and the Proposed Class*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES and VIP DENTAL SPAS, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>      *Defendant*. | Case No. 3:20-CV-03754-VC |

| | |
|---|---|
| MISTY SNOW et al., individually and on behalf of others similarly situated,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>      *Defendant*. | Case No. 3:21-CV-03269-VC |

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

Plaintiffs Simon and Simon, PC d/b/a City Smiles and VIP Dental Spas ("Simon'), and Misty Snow ("Snow," and collectively, "Plaintiffs"), and Defendant Align Technology, Inc. ("Align") hereby jointly stipulate and request an order extending the time for Plaintiffs to respond to Align's Bill of Costs to May 20, 2024.

WHEREAS, the Court granted Align's Motion for Summary Judgment in *Simon* on February 21, 2024 (ECF No. 432);

WHEREAS, the Court granted Align's Motion for Summary Judgment in *Snow* on February 21, 2024 (ECF No. 548);

WHEREAS, the Court entered Judgment in *Simon* on March 22, 2024 (ECF No. 444);

WHEREAS, the Court entered Judgment in *Snow* on March 22, 2024 (ECF No. 559);

WHEREAS, Align filed a Bill of Costs in *Simon* on April 5, 2024 (ECF No. 451);

WHEREAS, Align filed a Bill of Costs in *Snow* on April 5, 2024 (ECF No. 573);

WHEREAS, under Local Rule 54-2 and Rule 54 of the Federal Rules of Civil Procedure, Plaintiffs' deadline to respond to Align's Bill of Costs is April 19, 2024;

3:20-cv-03754-VC
3:21-cv-03269-VC

WHEREAS, the Parties met and conferred on April 10, 2024, and agreed, subject to this Court's approval, to jointly request that the deadline for Plaintiffs' response to the Bill of Costs be extended until May 20, 2024;

WHEREAS, the deadlines for filings related to bills of cost are not jurisdictional, *Kona Enterprises, Inc. v. Estate of Bishop*, 229 F.3d 877, 889-90 (9th Cir. 2000), and can be extended by court order. *See, e.g.*, Order granting Motion for Extension of Time, *Boyzo v. FCA US LLC*, No. 3:17-cv-04154 (N.D. Cal. Sept. 24, 2019), ECF. No. 107; Order granting Motion for Extension of Time to File Motion for Attorneys' Fees and Costs, *Lazaro v. Lomarey Inc.*, No. 5:09-cv-02013 (N.D. Cal. March 28, 2012), ECF. No. 44; Order granting Plaintiff's Motion for Extension of Time to File Objections to Bill of Costs, *Branch v. Umphenour*, No. 1:08-cv-01655 (E.D. Cal. February 27, 2017), ECF. No. 324.

NOW ACCORDINGLY, the parties jointly stipulate and request that the Court enter an order extending the deadline for Plaintiffs to respond to the Bill of Costs to May 20, 2024.

DATED:  April 12, 2024

Respectfully submitted,

By: */s/ Joshua P. Davis*
Joshua P. Davis (SBN 193254)
Hope Brinn (SBN 338508)
**BERGER MONTAGUE PC**
505 Montgomery Street, Suite 625
San Francisco, 94111
Telephone: (415) 689-9292
Facsimile: (215) 875-5707
Email: jdavis@bm.net
hbrinn@bm.net

Eric L. Cramer (pro hac vice)
Michael Kane (pro hac vice)
**BERGER MONTAGUE PC**

3:20-cv-03754-VC
3:21-cv-03269-VC

1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4604
Facsimile: (215) 875-5707
Email: ecramer@bm.net
mkane@bm.net

Daniel J. Walker (pro hac vice)
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
Facsimile: (215) 875-5707
Email: dwalker@bm.net

John Radice (pro hac vice)
April Lambert (pro hac vice)
Daniel Rubenstein (pro hac vice)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, New Jersey 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
Email: jradice@radicelawfirm.com
alambert@radicelawfirm.com
drubenstein@radicelawfirm.com

*Interim Co-Lead Counsel*

Joseph R. Saveri (SBN 130064)
Kevin E. Rayhill (SBN 267496)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
krayhill@saverilawfirm.com

Daniel J. Mogin (SBN 95624)
Timothy Z. LaComb (SBN 314244)
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101

Telephone: (619) 687-6611
Facsimile: (619) 687-6610
Email: dmogin@moginrubin.com
tlacomb@moginrubin.com

Kevin Landau (pro hac vice)
Miles Greaves (pro hac vice)
**TAUS, CEBULASH & LANDAU, LLP**
123 William St, Suite 1900A
New York, NY 10038
Telephone: (212) 931-0704
Facsimile: (212) 931-0703
Email: klandau@tcllaw.com
mgreaves@tcllaw.com

*Attorneys for Plaintiffs and the Proposed Direct Purchaser Class*

By:  */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
Joseph M. Kingerski (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: joeyk@hbsslaw.com

Rio S. Pierce (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

*Lead Counsel for Plaintiffs and the Indirect Purchaser Plaintiff Classes in Snow, et al. v. Align Tech., Inc.*

By: */s/ James M. Pearl*
James M. Pearl (SBN. 198481)
Emma Farrow (SBN. 347126)
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 553-6700
Fax: (310) 620-5899
Email: jamespearl@paulhastings.com
emmafarrow@paulhastings.com

*Attorneys for Defendant Align Technology, Inc.*

## **FILER'S ATTESTATION**

I, Rio S. Pierce, am the ECF user whose identification and password are being used to file this Stipulation and [PROPOSED] Order Extending Time. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Stipulation and [PROPOSED] Order Extending Time has been obtained from each of the other signatories.

Dated: April 12, 2024                                                                 By: *Rio S. Pierce*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED this ___ day of _____, 2024.

                                            By: _____
                                                   THE HON. VINCE CHHABRIA
                                                   UNITED STATES DISTRICT JUDGE