# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **MISTY SNOW**, individually and on behalf of all others similarly situated,<br><br>                                Plaintiffs,<br><br>v.<br><br>**ALIGN TECHNOLOGY, INC.**,<br><br>                                Defendant. | Case No. 3:21-cv-03269-VC (TSH)<br><br>Judge Vince Chhabria |

## EXPERT REPORT OF NARASIMHA MUMMALANENI, PH.D.

### JANUARY 5, 2024

**HIGHLY CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER**