Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
Joseph M. Kingerski (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: joeyk@hbsslaw.com

Rio S. Pierce (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>                              Defendant. | No. 3:21-cv-03269-VC (TSH)<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND OPPOSITION TO *DAUBERT* MOTION TO PRECLUDE EXPERT TESTIMONY**<br><br>Hearing Date: May 30, 2024<br>Hearing Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria<br>Location: Courtroom 5 – 17th Floor |

I, Steve W. Berman, declare under penalty of perjury under the laws of the United States as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Washington, and my *pro hac vice* application was approved by this Court. I am the Managing partner of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"). I submit this Declaration in Support of Plaintiffs' Reply in Support of Motion for Class Certification and Opposition to *Daubert* Motion to Preclude Expert Testimony. I have full knowledge of the matters stated herein and could and would testify thereto.

2. Attached are true and correct copies of the following Exhibits[1]:

| Ex. No. | Bates Range / Description | Conf. Desig. | Dep. Ex. No. |
|---|---|---|---|
| 43 | Except from February 9, 2024 deposition of William Vogt, Ph.D. | None | |
| 44 | May 26, 2016 email chain, Bates numbered SDC_SNOW_00044526-27 | HC-AEO | 2445 (D. Hudson) |
| 45 | April 2017 email chain, Bates numbered ALIGNAT-SNOWS1_0007936-37 | HC-AEO | |
| 46 | Data produced by AlignerCo Corp., Bates numbered ALIGNERCO00001 | HC-AEO | |
| 47 | Screenshot of AlignCo website (https://alignerco.com/pages/pricing) taken May 2, 2024 | None | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of May 2024 at Seattle, Washington.

*/s/ Steve W. Berman*
STEVE W. BERMAN

---

[1] Plaintiffs begin the exhibit numbers here at Ex. 43 so that they run consecutively with the exhibits to the Declaration of Steve W. Berman in Support of Plaintiffs' Motion for Class Certification (ECF No. 540-2).