# EXHIBIT 44 SUBMITTED UNDER SEAL