# EXHIBIT 45 SUBMITTED UNDER SEAL