# EXHIBIT 46 SUBMITTED UNDER SEAL