# EXHIBIT 47

  

How it Works  Smile Journey  FAQ  Blog  (877) 840 1561  GET STARTED

# Our Pricing

You're on your way to straighten teeth. That means better oral health, healthier gums and a more confident smile. But more importantly, it means a better you. So go ahead. Smile. You have every reason to.



## All Day Invisible Aligners

Includes: Impression Kit | Smile Projection | Aligners | Retainers | Free Shipping (in the USA)

- Wear-time 20-22 hours a day
- Visible Results in 4 to 6 months

### Only $995 $795
**SmileAdvantage**

Our most affordable, one-time payment option. Includes Impression kit and Invisible Aligners.

BUY NOW

### Only $66/mo
**SmileFlex**

An easy 12 month installment plan with 0% APR. Just 12 monthly installments of $66 Powered by affirm

BUY NOW

### Only $135/mo
**SmileFlex Easy**

Simple installment plan of $135 for 6 months with $335 down payment ($1,145 Total)
All major forms of payment are accepted.

Powered by Partial.ly

BUY NOW

## NightOnly Clear Aligners

Includes: Impression Kit | Smile Projection | Aligners | Retainers | Free Shipping (in the USA)

- Wear-time 8-10 hours at night while you sleep
- Effective Results in 6-8 months

### Only $1,195 $995
**NightAdvantage**

Our most affordable, one-time payment so you can start the journey towards the smile you love.

BUY NOW

### Only $83/mo
**NightFlex**

12 Installments starting as low as $83/month. An easy 12 month installment plan with 0% APR*. Powered by affirm

BUY NOW

### Only $150/mo
**NightFlex Easy**

$150/month for 6 months with a $445 Down payment
An easy installment plan. Split your payment in affordable installments for up to 6 months.
Powered by Partial.ly

BUY NOW