| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Karma M. Giulianelli (SB# 184175) |
| Theodore Wojcik (*pro hac vice*) | John M. Hughes (*pro hac vice*) |
| Joseph M. Kingerski (*pro hac vice*) | Joseph W. Doman (*pro hac vice*) |
| steve@hbsslaw.com | karma.giulianelli@bartlitbeck.com |
| tedw@hbsslaw.com | john.hughes@bartlitbeck.com |
| joeyk@hbsslaw.com | joe.doman@bartlitbeck.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | BARTLIT BECK LLP |
| 1301 Second Avenue, Suite 2000 | 1801 Wewatta Street, Suite 1200 |
| Seattle, WA 98101 | Denver, CO 80202 |
| Telephone: (206) 623-7292 | Telephone: (303) 592-3100 |
| Facsimile: (206) 623-0594 | Facsimile: (303) 592-3140 |
| | |
| Rio S. Pierce (SBN 298297) | Mark L. Levine (*pro hac vice*) |
| riop@hbsslaw.com | Robert B. Tannenbaum (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Luke C. Beasley (*pro hac vice*) |
| 715 Hearst Avenue, Suite 300 | mark.levine@bartlitbeck.com |
| Berkeley, CA 94710 | robert.tannenbaum@bartlitbeck.com |
| Telephone: (510) 725-3000 | luke.beasley@bartlitbeck.com |
| Facsimile: (510) 725-3001 | BARTLIT BECK LLP |
| | 54 West Hubbard Street, Suite 300 |
| *Attorneys for Plaintiffs* | Chicago, IL 60654 |
| | Telephone: (312) 494-4400 |
| | Facsimile: (312) 494-4440 |
| | |
| Additional Counsel on Signature Page | *Attorneys for Defendant Align Technology, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>    Defendant. | CASE NO. 3:21-CV-03269-VC<br><br>**[PUBLIC REDACTED VERSION]** |

# JOINT CASE MANAGEMENT STATEMENT

Misty Snow ("Snow," and collectively, "Plaintiffs"), and Defendant Align Technology, Inc. ("Align") (Plaintiffs and Align are collectively "the Parties") jointly submit this Joint Case Management Statement pursuant to the Court's Order on June 6, 2024. (Dkt. No. 596.)



The Parties will be prepared to update the Court at the Case Management Conference and to discuss the schedule moving forward.

DATED: June 14, 2024

**BARTLIT BECK LLP**

By: */s/ Joseph W. Doman*

Karma M. Giulianelli (SB# 184175)
John M. Hughes (*pro hac vice*)
Joseph W. Doman (*pro hac vice*)
karma.giulianelli@bartlitbeck.com
john.hughes@bartlitbeck.com

joe.doman@bartlitbeck.com
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Mark L. Levine (*pro hac vice*)
Robert B. Tannenbaum (*pro hac vice*)
Luke C. Beasley (*pro hac vice*)
mark.levine@bartlitbeck.com
robert.tannenbaum@bartlitbeck.com
luke.beasley@bartlitbeck.com
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

**PAUL HASTINGS LLP**
James M. Pearl (SB# 198481)
jamespearl@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

Thomas A. Counts (SB# 148051)
Abigail H. Wald (SB# 309110)
tomcounts@paulhastings.com
abigailwald@paulhastings.com
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Adam M. Reich (SB# 274235)
Michael C. Whalen (*pro hac vice*)
adamreich@paulhastings.com
michaelcwhalen@paulhastings.com
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Michael F. Murray (*pro hac vice*)
michaelmurray@paulhastings.com
2050 M Street, N.W.

Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

Noah Pinegar (*pro hac vice*)
noahpinegar@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendant Align Technology, Inc.*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Rio S. Pierce*
Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
Joseph M. Kingerski (*pro hac vice*)
steve@hbsslaw.com
tedw@hbsslaw.com
joeyk@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Rio S. Pierce (SBN 298297)
riop@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

*Attorneys for Plaintiffs*

**FILER'S ATTESTATION**

I, Joseph W. Doman, am the ECF user whose identification and password are being used to file this Joint Case Management Conference Statement. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Joint Case Management Statement has been obtained from each of the other signatories.

DATED: June 14, 2024                    <u>/s/ Joseph W. Doman</u>