Steve W. Berman (*pro hac vice)*
Theodore Wojcik (*pro hac vice*)
Joseph M. Kingerski (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com

Rio S. Pierce (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>        Defendant. | No. 3:21-cv-03269-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF DEADLINE FOR PLAINTIFFS TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

## JOINT STIPULATION

Pursuant to Northern District of California Civil Local Rule 7-12, Plaintiffs in the above-captioned action and Defendant Align Technology, Inc. ("Align") (collectively, the "Parties"), by and through their respective undersigned counsel of record, submit the following Stipulation:

WHEREAS, the Court set the Motion for Preliminary Approval Hearing for September 19, 2024, ECF No. 600;

WHEREAS, Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Defendant Align Technology Inc. is due August 15, 2024 because the Northern District of California Civil L.R. 7-2(a) requires that "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion";

WHEREAS, the Parties ultimately reached an agreement on the Long Form Settlement on August 8, 2024;

WHEREAS, SmileDirectClub LLC ("SDC") has filed for Chapter 7 bankruptcy and the bankruptcy Trustee does not currently have access to SDC's customer contact information;

WHEREAS, the Plaintiffs are actively working with Salesforce, Inc., a third party who maintained SDC data, in order to obtain SDC customer contact information in order to distribute the best notice practicable under the circumstances and want to present a fulsome update to the Court on that issue in their motion for Preliminary Approval of Settlement;

WHEREAS, the Parties have met and conferred concerning the Motion for Preliminary Approval of Settlement and the schedule proposed below;

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their respective undersigned counsel of record, and pursuant to Civil Local Rule 7-12, that:

1. Plaintiffs will file their Unopposed Motion for Preliminary Approval of Class Action Settlement on or before August 29, 2024; and

2. Responses to the Motion for Preliminary Approval of Class Action Settlement must be filed on or before September 12, 2024.

3. The Hearing on the Motion for Preliminary Approval will be on September 19, 2024.

DATED: August 12, 2024								Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By */s/ Rio S. Pierce*
Rio S. Pierce
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email: riop@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
Joseph M. Kingerski (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: joeyk@hbsslaw.com

*Counsel for Plaintiffs*

DATED: August 12, 2024								**BARTLIT BECK LLP**

By: */s/ Karma M. Giulianelli*
Karma M. Giulianelli (SB# 184175)
John M. Hughes (pro hac vice)
Joseph W. Doman (pro hac vice)
john.hughes@bartlitbeck.com
karma.giulianelli@bartlitbeck.com
joe.doman@bartlitbeck.com
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Mark L. Levine (pro hac vice)
Robert B. Tannenbaum (pro hac vice)
Luke C. Beasley (pro hac vice)
mark.levine@bartlitbeck.com
robert.tannenbaum@bartlitbeck.com
luke.beasley@bartlitbeck.com
54 West Hubbard Street, Suite 300

Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

*Counsel for Defendant, Align Technology, Inc.*

\*\*\*
PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2024

_____
HON. VINCE CHHABRIA
DISTRICT COURT JUDGE

**ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule 5-1(j)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

*/s/ Rio S. Pierce*
RIO S. PIERCE
