Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
Joseph M. Kingerski (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: joeyk@hbsslaw.com

Rio Pierce (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>  v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>                        Defendant. | Case No. 3:21-cv-03269-VC<br><br>**DECLARATION OF NAMED REPRESENTATIVE DANA BOZIAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

1. I, Dana Bozian, am a named class representative in the above-captioned matter (the "Class Action").

2. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of the proposed Class Action Settlement with Defendant Align Technology, Inc. ("Align").

3. This declaration is based on my personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

4. As a named class representative, I have actively participated in this case by reviewing the draft complaint and amended complaints; keeping apprised of the proceedings; preserving, collecting, and producing documents; preparing to have my deposition taken; having my deposition taken; helping to prepare responses to Align's numerous Requests for Production and Interrogatories; and reviewing and approving the terms of the proposed settlement.

5. The proposed settlement agreement between Align and the proposed Settlement Class (the "Agreement") includes monetary and non-monetary relief for the benefit of the Settlement Class as more fully set forth in the Agreement.

6. Now, through this Class Action, I am able to guarantee that all members of the Settlement Class will be able to receive monetary relief and that the non-monetary relief will provide Settlement Class members with greater access to teeth-straightening treatment.

7. I am grateful that my service as a named class representative has helped to achieve this significant result because the Agreement will provide substantial benefits to me and other members of the Settlement Class.

8. I fully support the Settlement.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 28 day of August, 2024, at Naples, Florida.

*DocuSigned by:*
*Dana Bozian*
EE4E2FF623234B1...

Dana Bozian

- 1 -

010976-11/2418757 V1