UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY SNOW, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>    Defendant. | Case No. 21-cv-03269-VC   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 611 |

Plaintiffs and non-party SDC have filed a joint discovery letter brief at ECF No. 611, in which Plaintiffs move to compel contact information to provide notice to class members. Civil Local Rule 37-3 states in relevant part: "Where the Court has set a single discovery cut-off for both fact and expert discovery, no discovery-related motions may be filed more than 7 days after the discovery cut-off. Where the Court has set separate deadlines for fact and expert discovery, no motions related to fact discovery may be filed more than 7 days after the fact discovery cut-off, and no motions related to expert discovery may be filed more than 7 days after the expert discovery cut-off."

The Court **ORDERS** Plaintiffs and SDC to file a statement no later September 9, 2024, discussing whether this motion to compel is timely under Local Rule 37-3.

**IT IS SO ORDERED.**

Dated: September 4, 2024

THOMAS S. HIXSON
United States Magistrate Judge