UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY SNOW, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>               Defendant. | Case No. 21-cv-03269-VC   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 611 |

Plaintiffs move to compel contact information necessary to provide notice to class members (who are SmileDirectClub ("SDC")) purchasers, in connection with a preliminary settlement reached between Plaintiffs and Defendant Align Technology Inc. Specifically, Plaintiffs seek the following information from SDC: For all those who purchased SDC treatment between October 22, 2017 and August 18, 2022:

- Name of purchaser
- Email address
- Mailing address
- Telephone number
- Date of purchase
- Product purchased

SDC is in bankruptcy, and a trustee has been appointed. The trustee does not possess the information requested by Plaintiffs, which is in the possession of Salesforce. Assuming that Salesforce is able to retrieve such data, the trustee does not oppose producing such information to Plaintiffs provided that (i) this Court enters an order compelling the trustee to produce the information, (ii) such information is subject to a protective order that it cannot be sold or used for

any other purpose than providing notice of the settlement in this case, (iii) the trustee cannot be in contempt of such order if the information retrieved by Salesforce is incomplete or non-responsive to the Plaintiffs' request, and (iv) the chapter 7 estate cannot be ordered to pay any amount to Salesforce for access to such information.

Accordingly, the Court **GRANTS** Plaintiffs' motion to compel and **ORDERS** SDC to produce the requested information.  The Court issues a protective order and **ORDERS** that the information cannot be sold or used for any purpose other than providing notice of the settlement in this case.  The Court **ORDERS** that the trustee cannot be in contempt of this order if the information retrieved by Salesforce is incomplete or non-responsive to the Plaintiffs' request.  Further, the chapter 7 estate cannot be ordered to pay any amount to Salesforce for access to such information.

**IT IS SO ORDERED.**

Dated: September 9, 2024

THOMAS S. HIXSON
United States Magistrate Judge

2