Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
Joseph M. Kingerski (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: joeyk@hbsslaw.com

Rio S. Pierce (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiffs,<br><br>   v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>                                        Defendant. | No. 3:21-cv-03269-VC (TSH)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO SUBMIT RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

By and through their respective undersigned counsel, the parties submit this joint request for a five day extension of time to finalize a revised written class action settlement agreement and submit it to the Court for preliminary approval.

WHEREAS, Plaintiffs filed their Unopposed Motion for Preliminary Approval of Class ACTION Settlement with Align Technology Inc. on August 29, 2024, ECF No. 612;

WHEREAS, on September 18, 2024, the Court denied the Plaintiffs' Motion for Preliminary Approval of Class Settlement but provided Plaintiffs with 35 days to file a renewed motion for preliminary approval, ECF No. 624 at 2–3;

WHEREAS, the current deadline for Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement is October 23, 2024;

WHEREAS, the parties have been working diligently and have made significant progress related to a revised settlement agreement, and have determined that they need additional time to finalize a written settlement agreement and submit it to the Court for preliminary approval, including a discussion of the particular features of the revised settlement agreement;

WHEREAS, Align intends to file a response to Plaintiffs' renewed motion for preliminary approval that addresses certain of the issues raised in the Court's prior order;

WHEREAS, the parties anticipate that a case management conference or hearing on the motion for preliminary approval would be most efficient to hold after the Court has reviewed the filings that the parties intend to submit.

NOW, THEREFORE, THE PARTIES JOINTLY REQUEST, through their respective counsel, that the stay of the Action remain in effect and that they have until Monday, October 28, 2024 to finalize a revised written settlement agreement and present it to the Court in a renewed motion for preliminary approval and that the Court vacate the case management conference currently set for November 7, 2024.

DATED: October 21, 2024 　　　　　　　Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By /s/ Rio S. Pierce
　　RIO S. PIERCE

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
Joseph M. Kingerski (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: joeyk@hbsslaw.com

*Counsel for Plaintiffs*

**BARTLIK BECK LLP**

By: /s/ Karma M. Giulianelli
Karma M. Giulianelli (SB# 184175)
John M. Hughes (pro hac vice)
Joseph W. Doman (pro hac vice)
karma.giulianelli@bartlitbeck.com
john.hughes@bartlitbeck.com
joe.doman@bartlitbeck.com
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Mark L. Levine (pro hac vice)
Robert B. Tannenbaum (pro hac vice)
Luke C. Beasley (pro hac vice)
mark.levine@bartlitbeck.com
robert.tannenbaum@bartlitbeck.com
luke.beasley@bartlitbeck.com
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

*Counsel for Defendant*
*Align Technology, Inc.*

***

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 22, 2024

_____
HON. VINCE CHHABRIA
DISTRICT JUDGE