Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
Joseph M. Kingerski (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: joeyk@hbsslaw.com

Rio S. Pierce (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>   v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>                              Defendant. | No. 3:21-cv-03269-VC (TSH)<br><br>PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED<br><br>Hon. Vince Chhabria |

010976-11 1708730v1

Plaintiffs bring this administrative motion pursuant to Civil Local Rules 7-11 and 79-5, to partially file under seal the following:

- Portions of Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement with Align Technology, Inc. ("Motion").

A public redacted version of Plaintiffs' Motion was filed as required by this Court's Civil Local Rules.

Subsection (f) of Civil Local Rule 79-5 sets forth procedures that apply when a party (the "Filing Party") seeks to file information designated as confidential by another party or non-party (the "Designating Party"). This administrative motion is based on Defendant Align Technology, Inc.'s ("Align") designation of information in the Motion as confidential or otherwise protected from public disclosure. In addition, certain of the documents for which sealing is sought contain information produced by non-parties in response to subpoenas issued by the parties. The materials produced by the non-parties are subject to the Protective Order. This information is redacted in the motion submitted herewith and highlighted in the version filed under seal.

Pursuant to subsection (f)(3) of Local Rule 79-5, Align and the non-parties have seven days to file a declaration identifying the designated material they contend is "sealable" (as defined in Local Rule 79-5(c)(1)). Plaintiffs do not take at this time any position on whether the relevant Align or non-party information meets the standard for sealing, and reserve the right to respond to Align or non-parties' declarations regarding the material that they contend is sealable.

DATED: October 28, 2024	Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Rio S. Pierce*
Rio S. Pierce (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
Joseph M. Kingerski (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: joeyk@hbsslaw.com

*Counsel for Plaintiffs*