BARTLIT BECK LLP
Karma M. Giulianelli (SB# 184175)
John M. Hughes (*pro hac vice*)
Joseph W. Doman (*pro hac vice*)
karma.giulianelli@bartlitbeck.com
john.hughes@bartlitbeck.com
joe.doman@bartlitbeck.com
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Mark L. Levine (*pro hac vice*)
Robert B. Tannenbaum (*pro hac vice*)
Luke C. Beasley (*pro hac vice*)
mark.levine@bartlitbeck.com
robert.tannenbaum@bartlitbeck.com
luke.beasley@bartlitbeck.com
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

*Attorneys for Defendant Align Technology, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | CASE NO. 3:21-cv-03269-VC<br><br>**DECLARATION OF JOSEPH W. DOMAN IN SUPPORT OF ALIGN TECHNOLOGY, INC.'S RESPONSE TO PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS ACTION SETTLEMENT WITH ALIGN TECHNOLOGY, INC.** |

I, Joseph W. Doman, declare as follows:

1. I am an attorney with the law firm of Bartlit Beck LLP, attorney of record for Defendant Align Technology, Inc. ("Align"). I am licensed to practice law in the State of Colorado. I make this declaration in support of Align's Response to Plaintiffs' Renewed Motion for Preliminary Approval of Amended Class Action Settlement with Align Technology, Inc. I

have personal knowledge of the matters discussed below, and if called upon to do so, I could and would testify to these facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Edward A. Snyder, PH.D., dated November 12, 2024, Filed Under Seal.

3. Attached hereto as Exhibit 2 is a true and correct copy of Essex Appliance Revisited, by G.J. Anbuselvan et al., NJIRM 2012, Vol. 3(1), dated January/March 2012, which is publicly available.

4. Attached hereto as Exhibit 3 is a true and correct copy of the SDC Website, Don't Forget Your Retainers!, dated November 4, 2024, which is publicly available.

5. Attached hereto as Exhibit 4 is a true and correct copy of the "Swift" Arbitration Final Award, which was produced in this matter beginning at ADC_SNOW_00009573, dated July 15, 2022, Filed Under Seal.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

Executed in Denver, Colorado on November 12, 2024.

*/s/ Joseph W. Doman*
Joseph W. Doman