# EXHIBIT 3

PageVault

| | |
|---|---|
| Document title: | Don't forget your retainers! \| The Grin Life |
| Capture URL: | https://web.archive.org/web/20230129091924/https://smiledirectclub.com/blog/dont-forget-your-retainers/ |
| Page loaded at (UTC): | Mon, 04 Nov 2024 21:48:26 GMT |
| Capture timestamp (UTC): | Mon, 04 Nov 2024 21:49:30 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | 5SQzhm33bfbwVhVrEH5fa4 |
| Display Name: | kurt.govertsen |

PDF REFERENCE #:          vjy5yEYt2AcjTjXWeV3RYW

We're continuing to fight for universal access to quality information—and you can help as we continue to make improvements. Will you chip in?



RETAINERS, YOUR SMILE JOURNEY™

# Don't forget your retainers!

Your Smile Journey is coming to a close and we bet you're ready to let those pearly whites shine. We must say, that smile looks good on you!

Your teeth have moved a lot recently and tend to want to shift back to their original position, but how can you make sure that doesn't happen?

## Retainers can keep your smile in place!

Just like with any orthodontic treatment, retainers are recommended to keep teeth from moving back to their starting point. Our clear retainers are designed to keep your smile from getting out of line.

Whereas aligners are made out of specific plastics designed to gently move teeth and are not built for long-term use, retainers are made out of thicker .76mm thermoplastic polyurethane and work to maintain your results. One set of retainers lasts up to 6 months! Replacing them keeps the plastic strong

We're continuing to fight for universal access to quality information—and you can help as we continue to make improvements. Will you chip in?

.76mm thermoplastic polyurethane and work to maintain your results. One set of retainers lasts up to 6 months! Replacing them keeps the plastic strong and your smile in place.

Lucky for you, we've made protecting your smile investment easy with a retainer subscription program. Simply purchase your first set and wear them as directed. Then, we'll ship new retainers to you every 6 months. We've removed the hassle of remembering to order your next set and risking your teeth shifting back where they came from. Our retainer subscription makes it easy!

Be sure to place your retainer order about 4-5 weeks before ending treatment, so you'll have it just in time to show off that beautiful new smile.

## Protecting your smile investment is easy with a retainer subscription!

Ready to order retainers to keep you grinning forever and ever? Call us and we'll take care of that for you.

**PREVIOUS ARTICLE**

**ORDER YOUR RETAINERS**

**NEXT ARTICLE**

## You may also like



**Don't forget your retainers!**

## You may also like



### Don't forget your retainers!



**Order Your Retainers**

Preserve the smile you love with a set of retainers.

Order Retainers

PREVIOUS ARTICLE

NEXT ARTICLE



FAQ   How It Works   Results   Locations   Am I A Candidate?



© 2023 SmileDirectClub. All Rights Reserved True smiledirectclub.com /blog /dont-forget-your-retainers/.

Privacy & Terms

---

Document title: Don&#39;t forget your retainers! | The Grin Life
Capture URL: https://web.archive.org/web/20230129091924/https://smiledirectclub.com/blog/dont-forget-your-retainers/
Capture timestamp (UTC): Mon, 04 Nov 2024 21:49:30 GMT

Page 3 of 3