# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMON AND SIMON, PC d/b/a CITY SMILES and VIP DENTAL SPAS, individually and on behalf of all others similarly situated,<br><br>                                      *Plaintiffs*<br><br>                    v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>                                      *Defendant.* | Case No. 3:20-CV-03754-VC<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATED REQUEST PURSUANT TO CIVIL LOCAL RULES 6-1(B), 6-2, AND 7-12 FOR EXTENSION OF TIME TO FILE RENEWED SEALING MOTIONS**<br><br>[*Stipulated Request filed concurrently herewith*] |
| MISTY SNOW et al., individually and on behalf of others similarly situated,<br><br>                                      *Plaintiffs*,<br><br>                    v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>                                      *Defendant.* | Case No. 3:21-CV-03269-VC |

## [PROPOSED] ORDER

The Joint Stipulated Request Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12 For Extension of Time to File Renewed Sealing Motions, agreed to by Plaintiffs Simon and Simon, PC, *et. al.* and Plaintiffs Misty Snow, *et. al.* (collectively, "Plaintiffs"), together with Defendant Align Technology, Inc. ("Align," and together with Plaintiffs, the "Parties"), was submitted for Court approval on January 23, 2025. Having considered this Joint Stipulated Request, and all other pleadings and papers on file in this Action, the Court rules as follows:

WHEREAS, on December 13, 2024, the Court issued an *Order On All Outstanding Sealing Motions* in the above-captioned matters (*Simon* ECF No. 468; *Snow* ECF No. 636) (collectively, the "Sealing Orders"), directing Align to refile renewed sealing motions related to (1) the Section 2 Class Certification and Summary Judgment motions in *Simon* and (2) the Section 1 Class Certification motion and Section 2 Class Certification and Summary Judgment motions in *Snow* by January 24, 2025 (the "Filing Deadline");

WHEREAS, the Sealing Orders pertinent to the relevant Section 1 and Section 2 motions implicate 21 briefs and over 425 exhibits filed under seal by either Align or Plaintiffs in *Simon* and *Snow*;

WHEREAS, Align has been working diligently to narrow as far as possible its proposed redactions in light of the Court's guidance in the Sealing Orders;

WHEREAS, Align requires additional time to review these voluminous filings and make a good faith determination regarding redactions in due consideration of the Court's direction;

WHEREAS, the Parties mutually agree that Align may have an additional fourteen (14) days to file the renewed sealing motions, extending the Filing Deadline to February 7, 2025;

WHEREAS, the Court also ordered in *Snow* (ECF No. 636) that it "will not issue its

order regarding the Renewed Motion for Preliminary Approval until all sealing matters related to the Section 1 claims are resolved";

WHEREAS, Align and the *Snow* Plaintiffs have been engaged in additional Section 1 settlement negotiations based on the Court's feedback during the Preliminary Approval hearing (*Snow* ECF No. 635), and the Parties need additional time for further negotiations;

WHEREAS the requested extension for the renewed sealing motions will also provide additional time for Align and the pending *Snow* Plaintiffs to explore a potential amendment to the Section 1 settlement agreement, which, if reached, would lead to the withdrawal of the *Snow* Plaintiffs' Renewed Motion for Preliminary Approval and the preservation of judicial resources;

WHEREAS, the limited stipulated extension is requested in advance of the expiration of any related deadline;

WHEREAS, no previous extensions related to the Sealing Orders have been requested;

WHEREAS, the stipulated extension does not affect any other date set by the Court;

WHEREAS, the time modifications sought herein does not prejudice the parties or the Court; Good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      The proposed amended deadline for filing the renewed sealing motions related to (1) the Section 2 Class Certification and Summary Judgment motions in *Simon* and (2) the Section 1 Class Certification motion and Section 2 Class Certification and Summary Judgment motions in *Snow* is hereby approved.

2.      The filing deadline to file the renewed sealing motions is now February 7, 2025.

3.      No other deadlines set forth in the Current Case Schedule are otherwise modified.

//          *No further extensions will be granted.

//

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE TO FILE
RENEWED SEALING MOTIONS

SO ORDERED this ___24___ day of ___January___, 2025

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE