|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| Misty Snow, et al., | | Case No. 3:21-cv-03269-VC-TSH |
| Plaintiff, | | |
| v. | | **MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** |
| Align Technology, Inc., | | |
| Defendant. | | |

On behalf of (party name) Third Party Defendant 3Shape A/S, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Elizabeth Holt Andrews
Troutman Pepper Locke LLP
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057
Telephone: 415.477.5700
Facsimile: 415.477.5710
Email: elizabeth.andrews@troutman.com

Name(s) of counsel withdrawing from representation and firm name:

Gregory S. Bishop
Troutman Pepper Hamilton Sanders LLP
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057
Telephone: 415.477.5700
Facsimile: 415.477.5710
Email: gregory.bishop@troutman.com

Date: January 31, 2025

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE
The Honorable Vince Chhabria