UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | CASE NO. 3:21-CV-03269-VC<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT ALIGN TECHNOLOGY, INC.'S OMNIBUS ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL ADDRESSING ALL OUTSTANDING SEALING ISSUES IN THE SECTION 1 CASE** |

**ORDER**

WHEREAS, on February 7, 2025, Defendant Align Technology, Inc. ("Align") filed its Omnibus Administrative Motion for Leave to File Documents Under Seal Addressing All Outstanding Sealing Issues in the Section 1 Case ("Sealing Motion");

WHEREAS, the Court has reviewed and considered the Sealing Motion and the papers submitted by Align in support thereof;

1. With respect to Align's requests to seal Align confidential information, IT IS HEREBY ORDERED:

| Portion of Opposition or Exhibit Sought to be Sealed | Designating Party | Level of Sealing Requested | Ruling |
| --- | --- | --- | --- |
| Exhibit 25 (expert report) | Align | Limited Redactions (The parties propose filing redacted version after entry of sealing order) | Granted |
| Exhibit 28 (expert report) | Align | Limited Redactions (The parties propose filing redacted version after entry of sealing order) | Granted |
| Exhibit 29 (expert report) | Align | Limited Redactions (The parties propose filing redacted version after entry of sealing order) | Granted |
| Exhibit 35 (expert report) | Align | Limited Redactions (The parties propose filing redacted version after entry of sealing order) | Granted |

2. With respect to Align's provisional sealing of other parties' confidential information, IT IS HEREBY ORDERED:

| Portion of Opposition or Exhibit Sought to be Sealed | Designating Party | Level of Sealing Requested | Ruling |
|---|---|---|---|
| Exhibit 25 (expert report) | Candid Byte AlignerCo | Limited Redactions (The parties propose filing redacted version after entry of sealing order) | Granted |
| Exhibit 28 (expert report) | Byte AlignerCo Straumann | Limited Redactions (The parties propose filing redacted version after entry of sealing order) | Granted |
| Exhibit 35 (expert report) | Various Third Parties | Limited Redactions (The parties propose filing redacted version after entry of sealing order) | Granted |
| Exhibit 33 (sales data) | Candid | Entirely Under Seal | Granted |
| Exhibit 41 (SDC customer records) | Class Plaintiffs | Entirely Under Seal | Granted |
| Exhibit 43 (SDC customer records) | Class Plaintiffs | Entirely Under Seal | Granted |
| Exhibit 45 (SDC customer records) | Class Plaintiffs | Entirely Under Seal | Granted |

2. Consistent with the Court's above order, the information filed entirely under seal shall remain sealed and is hereby deemed filed with the Clerk of the Court. The Clerk is instructed to maintain these documents in a sealed envelope bearing the notation "Filed Under Seal" or other similar designation, and to keep the contents of these documents sealed from public viewing as part of the record in this case.

3. Align is ordered to file redacted versions of the remaining exhibits identified above on the public docket within 10 days. IT IS SO ORDERED.

DATED: February 21, 2025

_____
HONORABLE VINCE CHHABRIA