UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | CASE NO. 3:21-CV-03269-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT ALIGN TECHNOLOGY, INC.'S THIRD AMENDED ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL CONFIDENTIAL MATERIAL IN SUPPORT OF THE PARTIES' CLASS CERTIFICATION AND SUMMARY JUDGMENT BRIEFING** |

# ORDER

WHEREAS, on February 7, 2025, Defendant Align Technology, Inc. ("Align") filed a Third Amended Administrative Motion for Leave to File Under Seal ("Third Amended Sealing Motion") seeking to seal portions of the parties' Class Certification and Summary Judgment Briefing;

WHEREAS, on February 7, 2025, Align identified and lodged with the Court the further narrowed portions of the parties' Class Certification and Summary Judgment Briefing that Align believes should be maintained under seal (the "Confidential Material");

WHEREAS, the Court has reviewed and considered the Third Amended Sealing Motion and the papers submitted by Align in support thereof;

WHEREAS, with respect to the Confidential Material that Align requests to be sealed, as identified in its Third Amended Sealing Motion, the Court has made sealing determinations reflected below:

1. Plaintiffs' Notice of Motion and Motion for Class Certification and Memorandum of Points and Authorities in Support Thereof ("Class Mot."), originally filed under seal at ECF No. 390-2, and certain exhibits attached to the declaration of Steve W. Berman in support thereof:

| Doc. or Ex. | ECF No. of Redacted Version | ECF No. of Unredacted Versions[1] | Designating Party | Level of Sealing | Description of Confidential Content | Order |
|---|---|---|---|---|---|---|
| Class Mot. | 389 | 390-2 577-01 | Align | Partial – Proposed | Confidential non-public pricing terms and non-public percentages of | Granted |

---

[1] The ECF Numbers listed in this column reflect where the specific document was filed on the docket with the original Administrative Motions for Leave to File Under Seal or Administrative Motion to Consider Another Party's Material Under Seal, filed by the parties along with their respective briefs, Align's Amended Administrative Motion for Leave to File Under Seal Confidential Material in Support of the Parties' Class Certification and Summary Judgment Briefing, filed on April 16, 2024, and Align's Second Amended Administrative Motion for Leave to File Under Seal Confidential Material in Support of the Parties' Class Certification and Summary Judgment Briefing, filed on August 23, 2024.

| Doc. or Ex. | ECF No. of Redacted Version | ECF No. of Unredacted Versions[1] | Designating Party | Level of Sealing | Description of Confidential Content | Order |
|---|---|---|---|---|---|---|
| | | 608-1 | | Redactions | Invisalign sales from dental service organizations. | Granted |
| 6 | 389-1 | 390-3<br>577-07<br>608-5 | Align | Partial – Proposed Redactions | Terms and conditions of confidential agreements between Align and a third parties and non-public data on third party Invisalign case submissions. | Granted |
| 9 | 389-1 | 390-3<br>577-10<br>608-7 | Align | Partial – Proposed Redactions | Confidential nonpublic pricing and financial data. | Granted |
| 12 | 389-1 | 390-3<br>577-13<br>608-9 | Align | Partial – Proposed Redactions | Identifying information of individual doctors; unit sales numbers and third-party data related to Align's third-party DSO agreement; ongoing business strategy related to DSOs. | Granted |
| 13 | 389-1 | 390-3<br>577-14<br>608-10 | Align | Partial – Proposed Redactions | Confidential non-public pricing information and financial data; ongoing business strategy initiatives and program details. | Granted |
| 14 | 389-1 | 390-3<br>577-15<br>608-11 | Align | Partial – Proposed Redactions | Confidential nonpublic pricing and financial data. | Granted |
| 15 | 389-1 | 390-3<br>577-16<br>608-12 | Align | Partial – Proposed Redactions | Identifying information of dental practice; third-party information owned by the dental organization pursuant to promotional program; discount rates pursuant to program. | Granted |
| 20 | 389-1 | 390-3<br>577-19<br>608-16 | Align | Partial – Proposed Redactions | Non-public third party volume data; identifying information of individual doctor; terms and conditions of confidential agreements between Align and a third parties | Granted |
| Vogt Report | 389-2 | 390-4<br>577-21<br>608-17 | Align | Partial – Proposed Redactions | Terms and conditions of the confidential scanner agreement between Align and 3Shape A/S, dated December 31, 2015, which is subject to non-disclosure agreement and contains confidential business terms relating to the technical requirements of interoperability as well as confidential business terms ("3Shape Scanner Agreement"); quotes from document designated confidential produced by third party and reproduced by Align; confidential non-public terms and conditions of agreements between | Granted |

| Doc. or Ex. | ECF No. of Redacted Version | ECF No. of Unredacted Versions[1] | Designating Party | Level of Sealing | Description of Confidential Content | Order |
|---|---|---|---|---|---|---|
| | | | | | Align and third parties; identifying information of individual doctors and customers; pricing terms. | Granted |
| Vogt Rebuttal | 389-4 | 390-6 577-22 608-18 | Align | Partial – Proposed Redactions | Confidential non-public pricing terms with and data of third-parties. | Granted |

2. Align's Opposition to Motion for Class Certification and *Daubert* Motion to Preclude Expert Testimony ("Class Opp."), originally filed under seal at ECF No. 425-3, and certain exhibits attached to the declaration of James M. Pearl in support thereof:

| Doc. or Ex. | ECF No. of Redacted Version | ECF No. of Unredacted Versions | Designating Party | Level of Sealing | Description of Confidential Content | Order |
|---|---|---|---|---|---|---|
| Class Opp. | 424 | 425-3 577-24 608-20 | Align | Partial – Proposed Redactions | Confidential settlement agreement between Align and 3Shape ("3Shape Settlement Agreement"). | Granted |
| 3 | 424-2 | 425-4 577-25 608-21 | Align | Partial – Proposed Redactions | Trade secrets related to technical components of interoperability; identifying information of individual patients; non-public pricing information and percentages of Invisalign sales from specific dental service organizations. | Granted |
| 4 | 424-3 | 425-5 577-26 608-22 | Align | Partial – Proposed Redactions | Confidential non-public pricing information and terms and conditions of third-party agreements. | Granted |
| 15 | 424-14 | 425-11 577-31 608-26 | Align | Partial – Proposed Redactions | Descriptions of non-public documents filed in the confidential ITC proceeding and non-public findings of the ITC; terms of 3Shape Settlement Agreement. | Granted |
| 17 | 424-16 | 425-12 577-32 608-27 | Align | Entirely Under Seal | Terms and conditions of 3Shape Settlement Agreement. | Granted |
| 19 | 424-18 | 425-14 577-34 608-29 | Align | Partial – Proposed Redactions | Identifying information of individual doctors. | Granted |
| 28 | 424-27 | 425-22 577-40 608-34 | Align | Partial – Proposed Redactions | Identifying information of individual doctors. | Granted |
| 69 | 424-68 | 425-29 577-47 | Align | Partial – Proposed | Identifying information of dental service organization and specific | Granted |

| Doc. or Ex. | ECF No. of Redacted Version | ECF No. of Unredacted Versions | Designating Party | Level of Sealing | Description of Confidential Content | Order |
|---|---|---|---|---|---|---|
| | | 608-39 | | Redactions | pricing terms. | Granted |

3. Plaintiffs' Reply in Support of their Motion for Class Certification ("Class Reply"), originally filed under seal at ECF No. 449-2:

| Doc. or Ex. | ECF No. of Redacted Version | ECF No. of Unredacted Versions | Designating Party | Level of Sealing | Description of Confidential Content | Order |
|---|---|---|---|---|---|---|
| Class Reply | 448 | 449-2 577-48 608-40 | Align | Partial – Proposed Redactions | Confidential non-public pricing terms. | Granted |
| Vogt Sur-Rebuttal Report | 448-5 | 449-3 577-49 608-41 | Align | Partial – Proposed Redactions | Identifying information of individual doctors and patients; non-public data of third-parties. | Granted |

4. Align's Motion for Summary Judgment and *Daubert* Motion to Preclude Expert Testimony ("MSJ Mot."), originally filed under seal at ECF No. 471-3, and certain exhibits attached to the declaration of James M. Pearl in support thereof:

| Doc. or Ex. | ECF No. of Redacted Version | ECF No. of Unredacted Versions | Designating Party | Level of Sealing | Description of Confidential Content | Order |
|---|---|---|---|---|---|---|
| MSJ Mot. | 470 | 471-3 578-01 609-1 | Align | Partial – Proposed Redactions | Terms and conditions of 3Shape Settlement Agreement; terms and conditions of 3Shape Scanner Agreement; and identification of non-party dental service organizations. | Granted |
| 4 | 470-5 | 471-6 578-02 609-2 | Align | Entirely Sealed | 3Shape Settlement Agreement | Granted |
| 6 | 470-7 | 471-8 578-04 609-4 | Align | Partial – Proposed Redactions | Testimony of Align employee discussing 3Shape Settlement Agreement. | Granted |
| 11 | 470-12 | 471-13 578-08 609-8 | Align | Partial – Proposed Redactions | Confidential non-public pricing information and terms and conditions of third party agreements. | Granted |

- 4 -     CASE NO. 3:21-CV-03269-VC
[~~PROPOSED~~] ORDER GRANTING ALIGN'S THIRD AMENDED ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL

| Doc. or Ex. | ECF No. of Redacted Version | ECF No. of Unredacted Versions | Designating Party | Level of Sealing | Description of Confidential Content | Order |
|---|---|---|---|---|---|---|
| 14 | 470-15 | 471-16 578-11 609-11 | Align | Partial – Proposed Redactions | Testimony of Align employee discussing 3Shape Scanner Agreement. | Granted |
| 21 | 470-22 | 471-23 578-15 609-15 | Align | Partial – Proposed Redactions | Identifying information of dental service organization and specific pricing terms. | Granted |
| 22 | 470-23 | 471-24 578-16 609-16 | Align | Partial – Proposed Redactions | Identifying information of individual doctor and terms and conditions of a contract between Align and a third party. | Granted |
| 28 | 470-29 | 471-30 578-22 609-18 | Align | Partial – Proposed Redaction | Identifying information of dental service organization and specific pricing terms. | Granted |
| 32 | 470-33 | 471-34 578-26 609-22 | Align | Partial – Proposed Redaction | Identifying information of dental service organization and specific pricing terms. | Granted |
| 35 | 470-36 | 471-36 578-28 609-23 | Align | Entirely Under Seal | Deposition testimony noticed and taken in confidential ITC proceeding. | Granted |
| 36 | 470-37 | 471-37 578-29 609-24 | Align | Entirely Under Seal | Witness statement filed in confidential ITC proceeding. | Granted |
| 44 | 470-45 | 471-44 578-32 609-25 | Align | Entirely Under Seal | 3Shape Scanner Agreement | Granted |
| 45 | 470-46 | 471-45 578-33 609-26 | Align | Entirely Under Seal | Confidential term sheet between Align and 3Shape A/S, dated September 20, 2016. | Granted |
| 47 | 470-48 | 471-47 578-34 609-27 | Align | Partial – Proposed Redaction | Terms and conditions of 3Shape Scanner Agreement trade secrets related to technical components of interoperability. | Granted |
| 48 | 470-49 | 471-48 578-35 609-28 | Align | Partial – Proposed Redaction | Trade secrets related to technical components of interoperability. | Granted |
| 53 | 470-54 | 471-53 578-37 609-29 | Align | Entirely Under Seal | Non-Party document used as a deposition exhibit in ITC proceeding that is subject to ITC sealing requirements and ITC protective order. | Granted |
| 55 | 470-56 | 471-55 578-39 609-30 | Align | Partial – Proposed Redaction | Descriptions of non-public documents filed in the confidential ITC proceeding and non-public findings of the ITC; terms of 3Shape Settlement Agreement. | Granted |
| 60 | 470-61 | 471-60 578-43 609-33 | Align | Entirely Under Seal | Confidential ITC Initial Determination. | Granted |

| Doc. or Ex. | ECF No. of Redacted Version | ECF No. of Unredacted Versions | Designating Party | Level of Sealing | Description of Confidential Content | Order |
|---|---|---|---|---|---|---|
| 63 | 470-64 | 471-61<br>578-44<br>609-34 | Align | Partial – Proposed Redaction | Descriptions of non-public documents filed in the confidential ITC proceeding and non-public findings of the ITC; terms of 3Shape Settlement Agreement. | Granted |
| 68 | 470-69 | 471-65<br>578-48<br>609-37 | Align | Partial – Proposed Redactions | Identifying information of dental service organization and specific pricing terms. | Granted |
| 69 | 470-70 | 471-66<br>578-49<br>609-38 | Align | Partial – Proposed Redactions | Identifying information of dental service organization and specific pricing terms. | Granted |
| 77 | 470-78 | 471-73<br>578-50<br>609-39 | Align | Partial – Proposed Redactions | Identifying information of dental service organization and specific pricing terms. | Granted |
| 78 | 470-79 | 471-74<br>578-51<br>609-40 | Align | Partial – Proposed Redactions | Identifying information of dental service organization and specific pricing terms. | Granted |
| 79 | 470-80 | 471-75<br>578-52<br>609-41 | Align | Partial – Proposed Redactions | Identifying information of dental service organization and specific pricing terms. | Granted |
| 80 | 470-81 | 471-76<br>578-53<br>609-42 | Align | Partial – Proposed Redactions | Identifying information of dental service organization and specific pricing terms. | Granted |
| 81 | 470-82 | 471-77<br>578-54<br>609-43 | Align | Partial – Proposed Redactions | Identifying information of dental service organization and specific pricing terms. | Granted |
| 82 | 470-83 | 471-78<br>578-55<br>609-44 | Align | Partial – Proposed Redactions | Identifying information of dental service organization and specific pricing terms. | Granted |
| 83 | 470-84 | 471-79<br>578-56<br>609-45 | Align | Partial – Proposed Redactions | Specific pricing terms for dental service organization. | Granted |
| 85 | 470-86 | 471-80<br>578-57<br>609-46 | Align | Partial – Proposed Redactions | Descriptions of non-public documents filed in the confidential ITC proceeding and non-public findings of the ITC; terms of 3Shape Settlement Agreement. | Granted |

5. Plaintiffs' Opposition to Align's Motion for Summary Judgment and *Daubert* Motion to Preclude Expert Testimony ("MSJ Opp."), originally filed under seal at ECF No. 507-2, and certain exhibits attached to the declaration of Steve W. Berman in support thereof:

| Doc. or Ex. | ECF No. of Redacted Version | ECF No. of Unredacted Versions | Designating Party | Level of Sealing | Description of Confidential Content | |
|---|---|---|---|---|---|---|
| MSJ Opp. | 506 | 507-2 579-1 609-47 | Align | Partial – Proposed Redactions | Terms and conditions of 3Shape Settlement Agreement, confidential term sheet with 3Shape, and agreement with third-party dental service organization; identification and data of third-party dental service organizations. | Granted |
| 11 | 506-7 | 524-7 579-7 609-51 | Align | Entirely Under Seal | Deposition testimony noticed and taken in confidential ITC proceeding. | Granted |
| 16 | 506-7 | 524-12 579-12 609-53 | Align | Partial – Proposed Redactions | Confidential term sheet of 3Shape Scanner Agreement which contains confidential information and technical details. | Granted |
| 17 | 506-7 | 524-13 579-13 609-54 | Align | Partial – Proposed Redactions | Descriptions of confidential term sheet of 3Shape Scanner Agreement which contains confidential information and technical details | Granted |
| 18 | 506-7 | 524-14 579-14 609-55 | Align | Partial – Proposed Redactions | Confidential term sheet of 3Shape Scanner Agreement which contains information and technical details. | Granted |
| 19 | 506-7 | 524-15 579-15 609-56 | Align | Partial – Proposed Redactions | Trade secrets related to technical components of interoperability. | Granted |
| 20 | 506-7 | 524-16 579-16 609-57 | Align | Partial – Proposed Redactions | Confidential term sheet of 3Shape Scanner Agreement which contains confidential information and technical details. | Granted |
| 21 | 506-7 | 524-17 579-17 609-58 | Align | Entirely Under Seal | Non-Party document used as a deposition exhibit in ITC proceeding that is subject to ITC sealing requirements and ITC protective order. | Granted |
| 24 | 506-7 | 524-20 579-20 609-53 | Align | Partial – Proposed Redactions | Terms and conditions of confidential agreements with third parties; confidential third-party data. | Granted |
| 35 | 506-7 | 524-31 579-31 609-70 | Align | Partial – Proposed Redactions | Confidential non-public contract terms and negotiations; descriptions of Align partnerships with third-parties; non-public third party data; ongoing business strategy and current business targets; non-public data utilized for current business initiatives. | Granted |
| 37 | 506-7 | 524-33 579-33 609-71 | Align | Partial – Proposed Redactions | Confidential non-public ongoing business strategy relating to settlement analysis. | Granted |

- 7 -   CASE NO. 3:21-CV-03269-VC
[~~PROPOSED~~] ORDER GRANTING ALIGN'S THIRD AMENDED ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL

| Doc. or Ex. | ECF No. of Redacted Version | ECF No. of Unredacted Versions | Designating Party | Level of Sealing | Description of Confidential Content | |
|---|---|---|---|---|---|---|
| 39 | 506-7 | 524-35 579-35 609-73 | Align | Partial – Proposed Redactions | Identifying information of dental service organization and specific pricing terms. | Granted |
| 42 | 506-7 | 524-38 579-38 609-76 | Align | Partial – Proposed Redactions | Confidential nonpublic pricing and financial data. | Granted |
| 45 | 506-7 | 524-41 579-40 609-78 | Align | Partial – Proposed Redactions | Confidential nonpublic sales data of third parties and identification of third-party employees and business representatives to Align. | Granted |
| 50 | 506-7 | 524-46 579-45 609-80 | Align | Entirely Under Seal | Confidential nonpublic sales data of third parties and Align confidential analysis thereof. | Granted |
| 51 | 506-7 | 524-47 579-46 609-81 | Align | Partial – Proposed Redactions | Identifying information of individual doctors; unit sales numbers and third-party data related to Align's third-party DSO agreement; ongoing business strategy related to DSOs. | Granted |
| 54 | 506-7 | 524-50 579-49 609-83 | Align | Partial – Proposed Redactions | Confidential non-public pricing information and financial data; ongoing business strategy initiatives and program details. | Granted |
| 56 | 506-7 | 524-52 579-51 609-85 | Align | Partial – Proposed Redactions | Confidential nonpublic pricing and financial data. | Granted |
| 58 | 506-7 | 524-54 579-52 609-86 | Align | Partial – Proposed Redactions | Confidential nonpublic price data and analysis; ongoing and future business strategy and initiatives; trade secrets related to technical components of Align products and interoperability. | Granted |
| 61 | 506-7 | 524-57 579-55 609-87 | Align | Partial – Proposed Redactions | Identifying information of individual doctors and dental practices. | Granted |
| 67 | 506-7 | 524-63 579-61 609-93 | Align | Entirely Under Seal | Trade secrets related to technical components of interoperability. | Granted |
| 70 | 506-7 | 524-66 579-63 609-94 | Align | Partial – Proposed Redactions | Confidential proposed terms and conditions of an agreement between Align and a third party. | Granted |
| 71 | 506-7 | 524-67 579-64 609-95 | Align | Partial – Proposed Redactions | Identifying information of individual doctors and dental practices. | Granted |
| 72 | 506-7 | 524-68 579-65 609-96 | Align | Partial – Proposed Redactions | Confidential third party data. | Granted |
| 74 | 506-7 | 524-70 579-67 609-97 | Align | Partial – Proposed Redactions | Identifying information of dental practice; third-party information owned by the dental organization | Granted |

| Doc. or Ex. | ECF No. of Redacted Version | ECF No. of Unredacted Versions | Designating Party | Level of Sealing | Description of Confidential Content | |
|---|---|---|---|---|---|---|
| | | | | | pursuant to promotional program; discount rates pursuant to program. | Granted |
| 75 | 506-7 | 524-71 579-68 609-98 | Align | Partial – Proposed Redactions | Confidential terms and conditions of Align's agreements with third parties. | Granted |
| 77 | 506-7 | 524-73 579-70 609-100 | Align | Partial – Proposed Redactions | Confidential terms and conditions of Align agreement with a third party. | Granted |
| 84 | 506-11 | 524-77 579-74 609-104 | Align | Partial – Proposed Redactions | Confidential proposed terms and conditions of an agreement between Align and a third party. | Granted |
| 88 | 506-11 | 524-81 579-78 609-107 | Align | Partial – Proposed Redactions | Identifying information of individual doctors and dental practices. | Granted |
| 89 | 506-11 | 524-82 579-79 609-108 | Align | Partial – Proposed Redactions | Identifying information of individual doctors and dental practices. | Granted |
| 90 | 506-11 | 524-83 579-80 609-109 | Align | Partial – Proposed Redactions | Identifying information of individual doctors and dental practices. | Granted |
| 91 | 506-11 | 524-84 579-81 609-110 | Align | Partial – Proposed Redactions | Identifying information of individual doctors and dental practices. | Granted |
| 92 | 506-11 | 524-85 579-82 609-111 | Align | Partial – Proposed Redactions | Identifying information of individual doctors and dental practices. | Granted |
| 95 | 506-11 | 524-88 579-85 609-112 | Align | Partial – Proposed Redaction | Identifying information of individual doctors and dental practices. | Granted |
| 97 | 506-11 | 524-90 579-87 609-114 | Align | Entirely Under Seal | Non-public data detailing third party participation in promotions and programs | Granted |

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The limited portions of the Confidential Material identified in the Third Amended Sealing Motion shall be sealed as set forth in this Order.

2. Within ten (10) days of this ruling, Align will compile master public versions of all filings, reflecting approved redactions for such filings, and file those master versions on the public docket. The unredacted version of the Confidential Material filed under seal shall remain sealed and is hereby deemed filed with the Clerk of the Court. The Clerk is instructed to maintain these

documents in a sealed envelope bearing the notation "Filed Under Seal" or other similar designation, and to keep the contents of these documents sealed from public viewing as part of the record in this case.

IT IS SO ORDERED.

DATED: February 21, 2025

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE