UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY SNOW, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-03269-VC<br><br>**ORDER DENYING RENEWED MOTION FOR PRELIMINARY APPROVAL**<br><br>Re: Dkt. No. 628 |

　　　　The renewed motion for preliminary approval is denied. The defendant in this antitrust case is a monopolist. The proposed settlement includes a coupon program that will direct still more customers to the monopolist. It's not clear that such a settlement would ever be appropriate in an antitrust class action against a monopolist. But regardless, the parties have not convinced the Court that it would be fair, reasonable, and adequate on these facts.

　　　　The parties informed the Court that they would work to achieve an alternative settlement structure if this one were rejected. Accordingly, rather than resuming the litigation immediately, the Court will set a case management conference for April 18, 2025, to give the parties an opportunity to submit a new settlement for approval. In the event none is offered, the Court will issue a more detailed ruling explaining the denial of this motion, and a new litigation schedule will be set at the case management conference.

　　　　**IT IS SO ORDERED.**

Dated: February 27, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge