UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY SNOW, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>    Defendant. | Case No. 21-cv-03269-VC<br><br>**ORDER RE PRELIMINARY APPROVAL HEARING**<br><br>Re: Dkt. No. 668 |

The Court proposes to change the Release Language in the Settlement Agreement Paragraph 8 from the following:

> 8. "Released Claims" means any and all manner of federal and state claims regardless of the cause of action arising from or relating to conduct that was alleged or could have been alleged in the Action based on any or all of the same factual predicates for the claims alleged in the Action, including, but not limited to, any claims arising from any agreement between Align and SDC.

to the following:

> "Released Claims" means any and all manner of federal and state claims regardless of the cause of action arising from or relating to conduct that was alleged or could have been alleged in the Action based on the identical factual predicates for the claims alleged in the Action. The Released Claims include any claims arising from any agreement between Align and SDC that was a factual predicate in this Action. However, the Released Claims only include claims against Align Technology, and do not include any claims against any other third-party, including SmileDirectClub.

The Court has also attached proposed redlines for the notice forms.

**IT IS SO ORDERED.**

Dated: May 20, 2025

VINCE CHHABRIA
United States District Judge