# EXHIBIT 1

**EXHIBIT 1**

**Snow v. Align Technology, Inc.**
**Hagens Berman Sobol Shapiro LLP**
**LODESTAR REPORT**
**Inception to July 31, 2025**

| NAME | TOTAL HOURS | CURRENT HOURLY RATE | LODESTAR AT CURRENT RATES |
|---|---|---|---|
| **Steve Berman (P)** | **32.80** | **$1,425.00** | **$46,740.00** |
| L120 - Analysis/Strategy | 0.50 | | $712.50 |
| L160 - Settlement | 18.80 | | $26,790.00 |
| L210 - Pleadings | 3.50 | | $4,987.50 |
| L230 - Court Appearance/Prep | 4.00 | | $5,700.00 |
| L240 - Dispositive Motions | 3.00 | | $4,275.00 |
| L250 - Other Written Motions/Submissions | 1.00 | | $1,425.00 |
| L260 - Class Certification | 2.00 | | $2,850.00 |
| **Rio Pierce (P)** | **1506.70** | **$1,000.00** | **$1,506,700.00** |
| L110 - Fact Investigation/Development | 76.70 | | $76,700.00 |
| L120 - Analysis/Strategy | 28.90 | | $28,900.00 |
| L130 - Experts/Consultants | 146.50 | | $146,500.00 |
| L140 - Document Review (Tier 2) | 11.10 | | $11,100.00 |
| L160 - Settlement | 118.90 | | $118,900.00 |
| L210 - Pleadings | 77.20 | | $77,200.00 |
| L230 - Court Appearance/Prep | 104.70 | | $104,700.00 |
| L240 - Dispositive Motions | 85.70 | | $85,700.00 |
| L250 - Other Written Motions/Submissions | 159.80 | | $159,800.00 |
| L260 - Class Certification | 79.10 | | $79,100.00 |
| L310 - Written Discovery | 7.50 | | $7,500.00 |
| L330 - Depositions | 487.90 | | $487,900.00 |
| L350 - Discovery Motions | 67.50 | | $67,500.00 |
| L390 - Other Discovery | 55.20 | | $55,200.00 |
| **Chris O'Hara (P)** | **70.70** | **$900.00** | **$63,630.00** |
| L160 - Settlement Administration | 70.70 | | $63,630.00 |
| **Jerrod Patterson (P)** | **17.70** | **$900.00** | **$15,930.00** |
| L390 - Other Discovery | 17.70 | | $15,930.00 |
| **Shelby Smith (P)** | **65.50** | **$850.00** | **$55,675.00** |
| L110 - Fact Investigation/Development | 27.50 | | $23,375.00 |
| L160 - Settlement | 3.00 | | $2,550.00 |
| L310 - Written Discovery | 14.50 | | $12,325.00 |
| L330 - Depositions | 17.50 | | $14,875.00 |

1

| NAME | TOTAL HOURS | CURRENT HOURLY RATE | LODESTAR AT CURRENT RATES |
|---|---|---|---|
| L390 - Other Discovery | 3.00 | | $2,550.00 |
| **Ted Wojcik (P)** | **1713.30** | **$825.00** | **$1,413,472.50** |
| L115 - Research | 28.20 | | $23,265.00 |
| L120 - Analysis/Strategy | 2.90 | | $2,392.50 |
| L130 - Experts/Consultants | 297.90 | | $245,767.50 |
| L140 - Document Review (Tier 2) | 170.00 | | $140,250.00 |
| L160 - Settlement | 63.40 | | $52,305.00 |
| L210 - Pleadings | 230.50 | | $190,162.50 |
| L230 - Court Appearance/Prep | 16.20 | | $13,365.00 |
| L240 - Dispositive Motions | 85.40 | | $70,455.00 |
| L250 - Other Written Motions/Submissions | 29.10 | | $24,007.50 |
| L260 - Class Certification | 333.20 | | $274,890.00 |
| L310 - Written Discovery | 20.90 | | $17,242.50 |
| L330 - Depositions | 204.10 | | $168,382.50 |
| L350 - Discovery Motions | 190.40 | | $157,080.00 |
| L390 - Other Discovery | 41.10 | | $33,907.50 |
| **Jonah Pedersen (A)** | **230.80** | **$675.00** | **$155,790.00** |
| L110 - Fact Investigation/Development | 4.80 | | $3,240.00 |
| L120 - Analysis/Strategy | 19.70 | | $13,297.50 |
| L140 - Document Review (Tier 2) | 124.50 | | $84,037.50 |
| L210 - Pleadings | 14.60 | | $9,855.00 |
| L230 - Court Appearance/Prep | 2.10 | | $1,417.50 |
| L250 - Other Written Motions/Submissions | 25.40 | | $17,145.00 |
| L310 - Written Discovery | 19.70 | | $13,297.50 |
| L330 - Depositions | 0.80 | | $540.00 |
| L350 - Discovery Motions | 1.00 | | $675.00 |
| L390 - Other Discovery | 18.20 | | $12,285.00 |
| **Hannah Song (A)** | **72.20** | **$475.00** | **$34,295.00** |
| L210 - Pleadings | 65.00 | | $30,875.00 |
| L240 - Dispositive Motions | 7.20 | | $3,420.00 |
| **Joey Kingerski (A)** | **1060.40** | **$400.00** | **$424,160.00** |
| L110 - Fact Investigation/Development | 21.80 | | $8,720.00 |
| L115 - Research | 99.00 | | $39,600.00 |
| L120 - Analysis/Strategy | 5.00 | | $2,000.00 |
| L130 - Experts/Consultants | 63.30 | | $25,320.00 |
| L160 - Settlement | 261.60 | | $104,640.00 |
| L210 - Pleadings | 36.80 | | $14,720.00 |

| NAME | TOTAL HOURS | CURRENT HOURLY RATE | LODESTAR AT CURRENT RATES |
|---|---|---|---|
| L230 - Court Appearance/Prep | 0.20 | | $80.00 |
| L250 - Other Written Motions/Submissions | 1.50 | | $600.00 |
| L260 - Class Certification | 48.70 | | $19,480.00 |
| L310 - Written Discovery | 74.40 | | $29,760.00 |
| L330 - Depositions | 356.20 | | $142,480.00 |
| L340 - Expert Discovery | 88.30 | | $35,320.00 |
| L350 - Discovery Motions | 1.60 | | $640.00 |
| L390 - Other Discovery | 2.00 | | $800.00 |
| **Lyes Mauni Jalali-Yazdi (A)** | **4.20** | **$350.00** | **$1,470.00** |
| L320 - Document Review (Tier 1) | 2.70 | | $945.00 |
| L340 - Expert Discovery | 1.50 | | $525.00 |
| **Jongguk Choi (SA)** | **416.50** | **$525.00** | **$218,662.50** |
| L320 - Document Review (Tier 1) | 416.50 | | $218,662.50 |
| **Jay Mitchell (SA)** | **1063.80** | **$525.00** | **$558,495.00** |
| L320 - Document Review (Tier 1) | 1063.80 | | $558,495.00 |
| **Crystal Collier (CA)** | **532.00** | **$400.00** | **$212,800.00** |
| L320 - Document Review (Tier 1) | 532.00 | | $212,800.00 |
| **Timothy Farrell (CA)** | **1001.80** | **$400.00** | **$400,720.00** |
| L320 - Document Review (Tier 1) | 1001.80 | | $400,720.00 |
| **Fred Miller (CA)** | **1446.70** | **$400.00** | **$578,680.00** |
| L320 - Document Review (Tier 1) | 1446.70 | | $578,680.00 |
| **Alexandra Berkland (CA)** | **681.00** | **$375.00** | **$255,375.00** |
| L320 - Document Review (Tier 1) | 681.00 | | $255,375.00 |
| **Patrick Kim (CA)** | **1082.00** | **$375.00** | **$405,750.00** |
| L320 - Document Review (Tier 1) | 1082.00 | | $405,750.00 |
| **Ronald Perkowski (CA)** | **20.30** | **$375.00** | **$7,612.50** |
| L320 - Document Review (Tier 1) | 20.30 | | $7,612.50 |
| **Gina Kim (CA)** | **396.00** | **$375.00** | **$148,500.00** |
| L320 - Document Review (Tier 1) | 396.00 | | $148,500.00 |
| **Bill Stevens (PL)** | **59.30** | **$425.00** | **$25,202.50** |
| L140 - Document Review (Tier 2) | 4.70 | | $1,997.50 |
| L190 - Case Management | 1.50 | | $637.50 |
| L210 - Pleadings | 24.90 | | $10,582.50 |
| L250 - Other Written Motions / Submissions | 10.80 | | $4,590.00 |
| L330 - Depositions | 2.30 | | $977.50 |
| L350 - Discovery Motions | 11.60 | | $4,930.00 |
| L390 - Other Discovery | 3.50 | | $1,487.50 |

| NAME | TOTAL HOURS | CURRENT HOURLY RATE | LODESTAR AT CURRENT RATES |
|---|---|---|---|
| **Megan Meyers (PL)** | **36.10** | **$425.00** | **$15,342.50** |
| L190 - Case Management | 0.10 | | $42.50 |
| L330 - Depositions | 9.90 | | $4,207.50 |
| L340 - Expert Discovery | 5.90 | | $2,507.50 |
| L350 - Discovery Motions | 8.60 | | $3,655.00 |
| L390 - Other Discovery | 11.60 | | $4,930.00 |
| **Radha Kerzan (PL)** | **21.60** | **$375.00** | **$8,100.00** |
| L320 - Document Review (Tier 1) | 21.60 | | $8,100.00 |
| **Shelby Taylor (PL)** | **6.00** | **$375.00** | **$2,250.00** |
| L115 - Research | 3.00 | | $1,125.00 |
| L190 - Case Management | 1.50 | | $562.50 |
| L340 - Expert Discovery | 1.50 | | $562.50 |
| **Brian Miller (PL)** | **198.00** | **$425.00** | **$84,150.00** |
| L160 - Settlement | 7.20 | | $3,060.00 |
| L190 - Case Management | 14.80 | | $6,290.00 |
| L210 - Pleadings | 31.70 | | $13,472.50 |
| L230 - Court Appearance/Prep | 1.40 | | $595.00 |
| L240 - Dispositive Motions | 10.50 | | $4,462.50 |
| L250 - Other Written Motions / Submissions | 9.10 | | $3,867.50 |
| L260 - Class Certification | 40.90 | | $17,382.50 |
| L310 - Written Discovery | 1.80 | | $765.00 |
| L320 - Document Review (Tier 1) | 4.90 | | $2,082.50 |
| L330 - Depositions | 62.30 | | $26,477.50 |
| L340 - Expert Discovery | 1.30 | | $552.50 |
| L350 - Discovery Motions | 12.10 | | $5,142.50 |
| **Noah Hoffman (LC)** | **12.10** | **$300.00** | **$3,630.00** |
| L300 - Discovery | 12.10 | | $3,630.00 |
| | | | |
| **TOTAL:** | **11,747.50** | | **$6,643,132.50** |

(P): Partner
(OC): Of Counsel
(A): Associate
(SA): Staff Attorney
(CA): Contract Attorney
(PL): Paralegal
(LC): Law Clerk/Intern

4