# EXHIBIT 3

**EXHIBIT 3**

**Snow v. Align Technology, Inc.**
**Hagens Berman Sobol Shapiro LLP**
**REPORTED EXPENSES**
**Inception to July 31, 2025**

| CATEGORY | AMOUNT INCURRED |
|---|---|
| Travel (Airfare, Ground Travel, Meals, Lodging) | $3,017.79 |
| Photocopies - In House | $4,631.25 |
| Court Fees (Filing, etc.) | $1,585.00 |
| Lexis/Westlaw/DISCO/PACER | $82,219.56 |
| Postage/Overnight Shipping | $97.20 |
| Transcripts and Deposition Reporting | $47,613.11 |
| Messenger/Service of Process | $3,139.50 |
| Expert Fees | $2,613,920.51 |
| Mediation Fees | $49,023.75 |
| **Expense Total** | **$2,805,247.67** |