# EXHIBIT 4

# INVOICE

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2021-08

29th July 2021

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work – economic consulting services in relation to antitrust claim against Align Technology Inc. | N/A | USD 50,000.00 |
| − Data Licencing | N/A | USD 250.00 |
| | Sub-Total | USD 50,250.00 |
| | VAT | N/A |
| | Total | USD 50,250.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | **Fideres 25427** |

**Please Note: We do NOT accept cheques**
**All payments must be made in US Dollars and free of all bank and other charges.**

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

1

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2022-05

31st March 2022

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work – economic consulting services in relation to antitrust claim against Align Technology Inc. – See Detailed Breakdown | N/A | USD 179,968.00 |
| – Professor William B Vogt (Jan'22 – Mar'22) | N/A | USD 22,400.00 |
| | Sub-Total | USD 202,368.00 |
| | VAT | N/A |
| | Total | USD 202,368.00 |

## Payment Terms:

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:      Royal Bank of Scotland
Sort Code:          16-00-32
Swift Code:         RBOSGB2L
Account name:    Caxton FX Limited
Account number: GB08 RBOS 1663 0000 4555 83
Reference:          Fideres 25427

Please Note: We do NOT accept cheques
All payments must be made in US Dollars and free of all bank and other charges.

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

2

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2022-06

31st March 2022

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work – economic consulting services in relation to antitrust claim against Align Technology Inc. | N/A | USD 18,623.00 |
| | Sub-Total | USD 18,623.00 |
| | VAT | N/A |
| | Total | USD 18,623.00 |

<u>Payment Terms:</u>

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:         Royal Bank of Scotland
Sort Code:             16-00-32
Swift Code:            RBOSGB2L
Account name:         Caxton FX Limited
Account number:       GB08 RBOS 1663 0000 4555 83
Reference:             **Fideres 25427**

<span style="color:red">Please Note: We do NOT accept cheques
All payments must be made in US Dollars and free of all bank and other charges.</span>

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

3

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2022-08

29th April 2022

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work – economic consulting services in relation to antitrust claim against Align Technology Inc. – See Detailed Breakdown | N/A | USD 78,356.00 |
| -   Professor William B Vogt fees | N/A | USD 8,400.00 |
| | Sub-Total | USD 86,756.00 |
| | VAT | N/A |
| | Total | USD 86,756.00 |

<u>Payment Terms:</u>

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | **Fideres 25427** |

<span style="color:red">Please Note: We do NOT accept cheques</span>
<span style="color:red">All payments must be made in US Dollars and free of all bank and other charges.</span>

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

4

# INVOICE

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2022-10

31st May 2022

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work – economic consulting services in relation to antitrust claim against Align Technology Inc. – See Detailed Breakdown | N/A | USD 116,674.00 |
| -    Professor William B Vogt fees | N/A | USD 7,700.00 |
| Sub-Total | | USD 124,374.00 |
| VAT | | N/A |
| Total | | USD 124,374.00 |

## Payment Terms:

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:        Royal Bank of Scotland
Sort Code:            16-00-32
Swift Code:           RBOSGB2L
Account name:        Caxton FX Limited
Account number:      GB08 RBOS 1663 0000 4555 83
Reference:            Fideres 25427

Please Note: We do NOT accept cheques
All payments must be made in US Dollars and free of all bank and other charges.

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2022-14

30th June 2022

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work – economic consulting services in relation to antitrust claim against Align Technology Inc. – See Detailed Breakdown | N/A | USD 122,533.00 |
| -    Professor William B Vogt fees | N/A | USD 8,750.00 |
| Sub-Total | | USD 131,283.00 |
| VAT | | N/A |
| Total | | USD 131,283.00 |

<u>Payment Terms:</u>

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | **Fideres 254278** |

<span style="color:red">Please Note: We do NOT accept cheques
All payments must be made in US Dollars and free of all bank and other charges.</span>

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE

**F FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2022-16

29th July 2022

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work – economic consulting services in relation to antitrust claim against Align Technology Inc. – See Detailed Breakdown | N/A | USD 62,479.00 |
| -    Professor William B Vogt fees | N/A | USD 9,800.00 |
| Sub-Total | | USD 72,279.00 |
| VAT | | N/A |
| Total | | USD 72,279.00 |

<u>Payment Terms:</u>

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:         Royal Bank of Scotland
Sort Code:              16-00-32
Swift Code:             RBOSGB2L
Account name:        Caxton FX Limited
Account number:     GB08 RBOS 1663 0000 4555 83
Reference:              **Fideres 254278**

<span style="color:red">Please Note: We do NOT accept cheques</span>
<span style="color:red">All payments must be made in US Dollars and free of all bank and other charges.</span>

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

7

# INVOICE

**F FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

**Bill to:**

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2022-17

31st August 2022

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work – economic consulting services in relation to antitrust claim against Align Technology Inc. – See Detailed Breakdown | N/A | USD 112,721.00 |
| -    Professor William B Vogt fees | N/A | USD 3,500.00 |
| Sub-Total | | USD 116,221.00 |
| VAT | | N/A |
| Total | | USD 116,221.00 |

## Payment Terms:

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:        Royal Bank of Scotland
Sort Code:           16-00-32
Swift Code:          RBOSGB2L
Account name:        Caxton FX Limited
Account number:      GB08 RBOS 1663 0000 4555 83
Reference:           **Fideres 254278**

<span style="color:red">Please Note: We do NOT accept cheques</span>
<span style="color:red">All payments must be made in US Dollars and free of all bank and other charges.</span>

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

8

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2022-18

30th September 2022

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work – economic consulting services in relation to antitrust claim against Align Technology Inc. – See Detailed Breakdown | N/A | USD 143,548.00 |
| - Professor William B Vogt fees | N/A | USD 9,100.00 |
| - Data recharges | N/A | USD 5,000.00 |
| Sub-Total | | USD 157,648.00 |
| VAT | | N/A |
| Total | | USD 157,648.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | **Fideres 254278** |

**Please Note: We do NOT accept cheques**
**All payments must be made in US Dollars and free of all bank and other charges.**

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

9

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

**Bill to:**
Hagens Berman Sobol Shapiro LLP
Att.: Steve Berman
1918 8th Avenue
Suite 3300
Seattle
WA 98101

Invoice no.: HBSS/2022-22

31st October 2022

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work – economic consulting services in relation to antitrust claim against Align Technology Inc. – See Detailed Breakdown | N/A | USD 153,035.00 |
| | Sub-Total | USD 153,035.00 |
| | VAT | N/A |
| | Total | USD 153,035.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | Fideres 254278 |

<span style="color:red">**Please Note: We do NOT accept cheques**
All payments must be made in US Dollars and free of all bank and other charges.</span>

**Beneficiary Address:**
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

**Bank Address:**
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:
Hagens Berman Sobol Shapiro LLP
Att.: Steve Berman
1918 8th Avenue
Suite 3300
Seattle
WA 98101

Invoice no.: HBSS/2022-23

1st November 2022

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – economic consulting services in relation to antitrust claim against Align Technology Inc. | N/A | USD 18,200.00 |
| | Sub-Total | USD 18,200.00 |
| | VAT | N/A |
| | Total | USD 18,200.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:       Royal Bank of Scotland
Sort Code:          16-00-32
Swift Code:         RBOSGB2L
Account name:       Caxton FX Limited
Account number:     GB08 RBOS 1663 0000 4555 83
Reference:          Fideres 254278

<span style="color:red">Please Note: We do NOT accept cheques
All payments must be made in US Dollars and free of all bank and other charges.</span>

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE

**FIDERES** 
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2023-02

31st January 2023

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – economic consulting services in relation to antitrust claim against Align Technology Inc. | N/A | USD 56,700.00 |
| | Sub-Total | USD 56,700.00 |
| | VAT | N/A |
| | Total | USD 56,700.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | Fideres 254278 |

Please Note: We do NOT accept cheques.
All payments must be made in US Dollars and free of all bank and other charges.

**Beneficiary Address:**
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

**Bank Address:**
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE

**FIDERES** USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2023-04

28th February 2023

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – economic consulting services in relation to antitrust claim against Align Technology Inc. | N/A | USD 65,100.00 |
| | Sub-Total | USD 65,100.00 |
| | VAT | N/A |
| | Total | USD 65,100.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | Fideres 254278 |

**Please Note: We do NOT accept cheques.**
**All payments must be made in US Dollars and free of all bank and other charges.**

**Beneficiary Address:**
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

**Bank Address:**
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

13

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

**Bill to:**

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1301 Second Avenue

Suite 2000

Seattle

WA 98101

Invoice no.: HBSS/2023-07

31st March 2023

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – economic consulting services in relation to antitrust claim against Align Technology Inc. | N/A | USD 45,850.00 |
| | Sub-Total | USD 45,850.00 |
| | VAT | N/A |
| | Total | USD 45,850.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:        Royal Bank of Scotland
Sort Code:           16-00-32
Swift Code:          RBOSGB2L
Account name:        Caxton FX Limited
Account number:      GB08 RBOS 1663 0000 4555 83
Reference:           Fideres 254278

<span style="color:red">Please Note: We do NOT accept cheques.</span>
<span style="color:red">All payments must be made in US Dollars and free of all bank and other charges.</span>

**Beneficiary Address:**
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

**Bank Address:**
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE



Fideres USA Inc
405 Lexington Ave
FI 26 Suite 2624
New York
NY 10174
United States

<div style="background-color:#E8722B; color:white; text-align:center; padding:8px;">INVOICE DETAILS</div>

**Bill to:**

Hagens Berman Sobol Shapiro LLP

Attn: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2023-08

31st March 2023

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work - economic consulting services in relation to Align Class Certification and Merits Report | N/A | USD 921,504.00 |
| | Total | USD 921,504.00 |

**<u>Payment Terms:</u>**

Payable by electronic wire transfer within payment date set force in letter of engagement.

Payment instructions will be communicated closer to invoice due date.

15

# INVOICE

**FIDERES** USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
10 Marshalsea Road
London
SE1 1HL
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1301 Second Avenue

Suite 2000

Seattle

WA 98101

Invoice no.: HBSS/2023-13

30th April 2023

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – economic consulting services in relation to antitrust claim against Align Technology Inc. | N/A | USD 9,100.00 |
| | Sub-Total | USD 9,100.00 |
| | VAT | N/A |
| | Total | USD 9,100.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | Fideres 254278 |

<span style="color:red">Please Note: We do NOT accept cheques.
All payments must be made in US Dollars and free of all bank and other charges.</span>

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

16

# INVOICE



Fideres USA Inc
405 Lexington Ave
FI 26 Suite 2624
New York
NY 10174
United States

<div align="center" style="background-color:#E0733A;color:white;">INVOICE DETAILS</div>

**Bill to:**

Hagens Berman Sobol Shapiro LLP

Attn: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2023-14

12th May 2023

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work - economic consulting services in relation to Align Class Certification and Merits Report | N/A | USD 858,478.00 |
| | Total | USD 858,478.00 |

**Payment Terms:**

Payable by electronic wire transfer within payment date set force in letter of engagement.

Payment instructions will be communicated closer to invoice due date.

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1301 Second Avenue

Suite 2000

Seattle

WA 98101

Invoice no.: HBSS/2023-18

30th June 2023

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – economic consulting services in relation to antitrust claim against Align Technology Inc. | N/A | USD 39,200.00 |
| | Sub-Total | USD 39,200.00 |
| | VAT | N/A |
| | Total | USD 39,200.00 |

## Payment Terms:

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | Fideres 254278 |

<span style="color:red">Please Note: We do NOT accept cheques.
All payments must be made in US Dollars and free of all bank and other charges.</span>

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

18

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

**Bill to:**
Hagens Berman Sobol Shapiro LLP
Att.: Steve Berman
1301 Second Avenue
Suite 2000
Seattle
WA 98101

Invoice no.: HBSS/2023-24

31st July 2023

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – economic consulting services in relation to antitrust claim against Align Technology Inc. | N/A | USD 4,900.00 |
| | Sub-Total | USD 4,900.00 |
| | VAT | N/A |
| | Total | USD 4,900.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | Fideres 254278 |

**Please Note: We do NOT accept cheques.**
**All payments must be made in US Dollars and free of all bank and other charges.**

**Beneficiary Address:**
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

**Bank Address:**
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

**Bill to:**
Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1301 Second Avenue

Suite 2000

Seattle

WA 98101

Invoice no.: HBSS/2023-25

31st August 2023

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – economic consulting services in relation to antitrust claim against Align Technology Inc. | N/A | USD 32,300.00 |
| | Sub-Total | USD 32,300.00 |
| | VAT | N/A |
| | Total | USD 32,300.00 |

Payment Terms:

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:      Royal Bank of Scotland
Sort Code:           16-00-32
Swift Code:          RBOSGB2L
Account name:    Caxton FX Limited
Account number:  GB08 RBOS 1663 0000 4555 83
Reference:           Fideres 254278

Please Note: We do NOT accept cheques.
All payments must be made in US Dollars and free of all bank and other charges.

Beneficiary Address:            Bank Address:
Caxton FX                             Royal Bank of Scotland
Portland House                     9-13 Paternoster Row
Bressenden Place                 London
London                                 EC4M 7EJ
SW1E 5BH

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:
Hagens Berman Sobol Shapiro LLP
Att.: Steve Berman
1301 Second Avenue
Suite 2000
Seattle
WA 98101

Invoice no.: HBSS/2023-30

30th September 2023

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – economic consulting services in relation to antitrust claim against Align Technology Inc. | N/A | USD 23,800.00 |
| | Sub-Total | USD 23,800.00 |
| | VAT | N/A |
| | Total | USD 23,800.00 |

Payment Terms:

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | Fideres 254278 |

Please Note: We do NOT accept cheques.
All payments must be made in US Dollars and free of all bank and other charges.

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE

**FIDERES** USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:                                              Invoice no.: HBSS/2023-37
Hagens Berman Sobol Shapiro LLP
Att.: Steve Berman                                   30th November 2023
1301 Second Avenue
Suite 2000
Seattle
WA 98101

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – economic consulting services in relation to antitrust claim against Align Technology Inc. | N/A | USD 40,346.06 |
| | Sub-Total | USD 40,346.06 |
| | VAT | N/A |
| | Total | USD 40,346.06 |

Payment Terms:

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:        Royal Bank of Scotland
Sort Code:           16-00-32
Swift Code:          RBOSGB2L
Account name:        Caxton FX Limited
Account number:      GB08 RBOS 1663 0000 4555 83
Reference:           Fideres 254278

**Please Note: We do NOT accept cheques.**
**All payments must be made in US Dollars and free of all bank and other charges.**

Beneficiary Address:        Bank Address:
Caxton FX                   Royal Bank of Scotland
Portland House              9-13 Paternoster Row
Bressenden Place            London
London                      EC4M 7EJ
SW1E 5BH

22

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

**Bill to:**

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1301 Second Avenue

Suite 2000

Seattle

WA 98101

Invoice no.: HBSS/2023-44

15th December 2023

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Max Holmes – consulting services in relation to market allocation claim against Align Technology Inc. | N/A | USD 14,812.50 |
| | Sub-Total | USD 14,812.50 |
| | VAT | N/A |
| | Total | USD 14,812.50 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | Fideres 254278 |

<span style="color:red">Please Note: We do NOT accept cheques.
All payments must be made in US Dollars and free of all bank and other charges.</span>

**Beneficiary Address:**
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

**Bank Address:**
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE

**FIDE**R**ES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1301 Second Avenue

Suite 2000

Seattle

WA 98101

Invoice no.: HBSS/2023-49

31st December 2023

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Max Holmes – consulting services in relation to market allocation claim against Align Technology Inc. | N/A | USD 84,187.50 |
| | Sub-Total | USD 84,187.50 |
| | VAT | N/A |
| | Total | USD 84,187.50 |

Payment Terms:

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:        Royal Bank of Scotland
Sort Code:            16-00-32
Swift Code:           RBOSGB2L
Account name:         Caxton FX Limited
Account number:       GB08 RBOS 1663 0000 4555 83
Reference:            Fideres 254278

Please Note: We do NOT accept cheques.
All payments must be made in US Dollars and free of all bank and other charges.

Beneficiary Address:          Bank Address:
Caxton FX                     Royal Bank of Scotland
Portland House                9-13 Paternoster Row
Bressenden Place              London
London                        EC4M 7EJ
SW1E 5BH

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

**Bill to:**
Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1301 Second Avenue

Suite 2000

Seattle

WA 98101

Invoice no.: HBSS/2023-50

31st December 2023

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – consulting services in relation to market allocation claim against Align Technology Inc. | N/A | USD 8,400.00 |
| | Sub-Total | USD 8,400.00 |
| | VAT | N/A |
| | Total | USD 8,400.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:      Royal Bank of Scotland
Sort Code:          16-00-32
Swift Code:         RBOSGB2L
Account name:      Caxton FX Limited
Account number:   GB08 RBOS 1663 0000 4555 83
Reference:          Fideres 254278

<span style="color:red">Please Note: We do NOT accept cheques.
All payments must be made in US Dollars and free of all bank and other charges.</span>

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

25

# INVOICE

**FIDERES** USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

**Bill to:**

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1301 Second Avenue

Suite 2000

Seattle

WA 98101

Invoice no.: HBSS/2024-01

31st January 2024

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – consulting services in relation to market allocation claim against Align Technology Inc. | N/A | USD 17,500.00 |
| | Sub-Total | USD 17,500.00 |
| | VAT | N/A |
| | Total | USD 17,500.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:        Royal Bank of Scotland
Sort Code:             16-00-32
Swift Code:            RBOSGB2L
Account name:       Caxton FX Limited
Account number:    GB08 RBOS 1663 0000 4555 83
Reference:             Fideres 254278

<span style="color:red">Please Note: We do NOT accept cheques.</span>
<span style="color:red">All payments must be made in US Dollars and free of all bank and other charges.</span>

**Beneficiary Address:**
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

**Bank Address:**
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE



FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

<div style="background-color:orange; color:white; text-align:center;">INVOICE DETAILS</div>

Bill to:

Hagens Berman Sobol Shapiro LLP

Att.: Steve Berman

1301 Second Avenue

Suite 2000

Seattle

WA 98101

Invoice no.: HBSS/2024-02

31st January 2024

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Max Holmes – consulting services in relation to market allocation claim against Align Technology Inc. | N/A | USD 38,250.00 |
| | Sub-Total | USD 38,250.00 |
| | VAT | N/A |
| | Total | USD 38,250.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | Fideres 254278 |

<div style="color:red; text-align:center;">Please Note: We do NOT accept cheques.<br>All payments must be made in US Dollars and free of all bank and other charges.</div>

**Beneficiary Address:**
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

**Bank Address:**
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

**Bill to:**
Hagens Berman Sobol Shapiro LLP
Att.: Steve Berman
1301 Second Avenue
Suite 2000
Seattle
WA 98101

Invoice no.: HBSS/2024-16

29th February 2024

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Max Holmes – consulting services in relation to market allocation claim against Align Technology Inc. | N/A | USD 24,375.00 |
| | Sub-Total | USD 24,375.00 |
| | VAT | N/A |
| | Total | USD 24,375.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:     Royal Bank of Scotland
Sort Code:        16-00-32
Swift Code:       RBOSGB2L
Account name:     Caxton FX Limited
Account number:   GB08 RBOS 1663 0000 4555 83
Reference:        Fideres 254278

**Please Note: We do NOT accept cheques.**
**All payments must be made in US Dollars and free of all bank and other charges.**

**Beneficiary Address:**
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

**Bank Address:**
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:
Hagens Berman Sobol Shapiro LLP
Att.: Steve Berman
1301 Second Avenue
Suite 2000
Seattle
WA 98101

Invoice no.: HBSS/2024-17

12th March 2024

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – consulting services in relation to market allocation claim against Align Technology Inc. | N/A | USD 24,600.00 |
| | Sub-Total | USD 24,600.00 |
| | VAT | N/A |
| | Total | USD 24,600.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:        Royal Bank of Scotland
Sort Code:           16-00-32
Swift Code:          RBOSGB2L
Account name:        Caxton FX Limited
Account number:      GB08 RBOS 1663 0000 4555 83
Reference:           Fideres 254278

<span style="color:red">Please Note: We do NOT accept cheques.
All payments must be made in US Dollars and free of all bank and other charges.</span>

Beneficiary Address:          Bank Address:
Caxton FX                     Royal Bank of Scotland
Portland House                9-13 Paternoster Row
Bressenden Place              London
London                        EC4M 7EJ
SW1E 5BH

29

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP                                    VAT Registration Number: GB 974 3693 74
106 Weston Street
London
SE1 3QB
United Kingdom

## INVOICE DETAILS

Bill to:                                                Invoice no.: HBSS/2024-19
Hagens Berman Sobol Shapiro LLP
Att.: Steve Berman                                      31st March 2024
1301 Second Avenue
Suite 2000
Seattle
WA 98101

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Max Holmes – consulting services in relation to market allocation claim against Align Technology Inc. | N/A | USD 30,750.00 |
| | Sub-Total | USD 30,750.00 |
| | VAT | N/A |
| | Total | USD 30,750.00 |

## Payment Terms:

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

Account bank:        Royal Bank of Scotland
Sort Code:           16-00-32
Swift Code:          RBOSGB2L
Account name:        Caxton FX Limited
Account number:      GB08 RBOS 1663 0000 4555 83
Reference:           Fideres 254278

<span style="color:red">Please Note: We do NOT accept cheques.
All payments must be made in US Dollars and free of all bank and other charges.</span>

Beneficiary Address:          Bank Address:
Caxton FX                     Royal Bank of Scotland
Portland House                9-13 Paternoster Row
Bressenden Place              London
London                        EC4M 7EJ
SW1E 5BH

30

# INVOICE

**FIDERES**
USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:
Hagens Berman Sobol Shapiro LLP
Att.: Steve Berman
1301 Second Avenue
Suite 2000
Seattle
WA 98101

Invoice no.: HBSS/2024-35

31st May 2024

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – consulting services in relation to market allocation claim against Align Technology Inc. | N/A | USD 5,950.00 |
| | Sub-Total | USD 5,950.00 |
| | VAT | N/A |
| | Total | USD 5,950.00 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | Fideres 254278 |

**Please Note: We do NOT accept cheques.**
**All payments must be made in US Dollars and free of all bank and other charges.**

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE

**FIDERES** USE KNOWLEDGE. TAKE ACTION.

FIDERES Partners LLP
106 Weston Street
London
SE1 3QB
United Kingdom

VAT Registration Number: GB 974 3693 74

## INVOICE DETAILS

Bill to:
Hagens Berman Sobol Shapiro LLP
Att.: Steve Berman
1301 Second Avenue
Suite 2000
Seattle
WA 98101

Invoice no.: HBSS/2024-41

25th June 2024

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| William B Vogt – consulting services in relation to market allocation claim against Align Technology Inc. | N/A | USD 8,791.26 |
| | Sub-Total | USD 8,791.26 |
| | VAT | N/A |
| | Total | USD 8,791.26 |

**Payment Terms:**

Payable by electronic wire transfer within 14 days from receipt according to the following payment instructions:

| | |
|---|---|
| Account bank: | Royal Bank of Scotland |
| Sort Code: | 16-00-32 |
| Swift Code: | RBOSGB2L |
| Account name: | Caxton FX Limited |
| Account number: | GB08 RBOS 1663 0000 4555 83 |
| Reference: | Fideres 254278 |

Please Note: We do NOT accept cheques.
All payments must be made in US Dollars and free of all bank and other charges.

Beneficiary Address:
Caxton FX
Portland House
Bressenden Place
London
SW1E 5BH

Bank Address:
Royal Bank of Scotland
9-13 Paternoster Row
London
EC4M 7EJ

# INVOICE

Fideres USA Inc
405 Lexington Ave
Fl 26 Suite 2624
New York
NY 10174
United States

<div style="background-color:#E8703A; color:white; text-align:center">INVOICE DETAILS</div>

**Bill to:**

Hagens Berman Sobol Shapiro LLP

Attn: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

Invoice no.: HBSS/2024-46

12th July 2024

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work - economic consulting services in relation to Align Class Certification and Merits Report | | |
| - Smile Direct Club | N/A | USD 1,494,328.00 |
| | Total | USD 1,494,328.00 |

<u>Payment Terms:</u>

Payable by electronic wire transfer within payment date set force in letter of engagement.

Payment instructions will be communicated closer to invoice due date.

33

# INVOICE



Fideres USA Inc
405 Lexington Ave
FI 26 Suite 2624
New York
NY 10174
United States

<div style="background-color:orange;color:white;text-align:center;">INVOICE DETAILS</div>

**Bill to:**                                          Invoice no.: HBSS/2024-93

Hagens Berman Sobol Shapiro LLP                       31st October 2024

Attn: Steve Berman

1918 8th Avenue

Suite 3300

Seattle

WA 98101

| DESCRIPTION | VAT RATE | AMOUNT |
|---|---|---|
| Expert work - economic consulting services in relation to Align Class Certification and Merits Report | | |
| - Section 1 Sur-Reply | N/A | USD 8,723.00 |
| - Section 2 Sur-Reply | N/A | USD 2,332.00 |
| | Total | USD 11,055.00 |

<u>Payment Terms:</u>

Payable by electronic wire transfer within payment date set force in letter of engagement.

Payment instructions will be communicated closer to invoice due date.

# INVOICE

**Narasimha Mummalaneni**
**130 Harvard Ave E, apt 603**
**Seattle, WA 98102**

**INVOICE DATE:** April 19, 2024

**FOR:** *Snow, et al. v. Align Technology, Inc.,* Case No. 3:21-cv-03269-VC

**FEES**

| WEEK START | WORK DESCRIPTION (FOR EACH TIME ENTRY) | HOURS/WEEK |
|---|---|---|
| 12/3/23 | Research and reading documents | 5.00 |
| 12/10/23 | Research and writing expert report | 7.00 |
| 12/17/23 | Writing expert report | 10.00 |
| 12/24/23 | Updating and editing expert report | 10.00 |
| 12/31/23 | Editing expert report | 3.00 |
| 2/25/24 | Deposition prep | 5.00 |
| 3/3/24 | Deposition prep and deposition | 10.00 |
| | | |
| | | |
| | TOTAL HOURS | 50.00 |
| | HOURLY RATE | $800.00 |
| | **TOTAL FEES** | **$40,000.00** |

**EXPENSES BY CATEGORIES**

| | |
|---|---|
| Airfare | n/a |
| Hotel | n/a |
| Meals | n/a |
| Transportation (e.g. taxi, public transportation, car service) | |
| *Please attach receipts for all listed expenses.*     TOTAL EXPENSES | **$0.00** |

|  |  |
|---|---|
| **TOTAL FEES AND EXPENSES** | **$40,000.00** |

35