Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: joeyk@hbsslaw.com

Rio Pierce (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email: riop@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>                              Defendant. | Case No. 3:21-cv-03269-VC<br><br>**PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING CLAIMS NOTICE PROGRAM**<br><br>Date:     November 20, 2025<br>Time:     2:00 PM<br>Judge:    Hon. Vince Chhabria<br>Location: Videoconference |

Plaintiffs filed their Motion for Final Approval of Settlement on October 16, 2025. ECF No. 679. However, at the time that motion was filed, the deadline for objections and exclusion (October 27 and 30, 2025, respectively) had yet to pass. Plaintiffs therefore committed to filing (1) a supplemental declaration from Epiq specifying the final number of claims, objections, and opt-outs; and (2) an amended proposed order clearly specifying all Settlement Class members who have opted out of the settlement. *Id.* at 9 n.11.[1]

The deadline for objections and exclusions has now passed. Therefore, Plaintiffs now submit:

- The supplemental declaration of Cameron R. Azari, Esq. (**Exhibit A**) ("Supplemental Azari Declaration"). In his declaration, Mr. Azari sets forth the final number of claims, objections, and opt-outs. *See* ¶¶ 32-36. Since Plaintiffs filed their final approval motion on October 16, 2025, Epiq has received approximately 11,293 additional claims (bringing the total from 289,966 to 301,259 claim forms received) and 376 additional requests for exclusion (bringing the total to from 2,000 to 2,376). *Compare* Supplemental Azari Decl. ¶¶ 32-36 *with* ECF No. 679-1 ¶¶ 35-38. Since the final approval motion was filed, Plaintiffs have not received any more objections. Further, as set forth in the Supplemental Azari Declaration, Epiq's detailed fraud analysis of claims forms is ongoing and is expected to be complete on or before November 19, 2025; after Epiq's fraud scoring is complete, Epiq will work with Class Counsel to review the results and assess whether categories of Claim Forms should be denied as fraudulent. Supplemental Azari Decl. ¶ 36. Epiq anticipates that some portion of the total number of Claim Forms submitted will be deemed fraudulent. *Id.*

---

[1] Plaintiffs originally anticipated filing this submission on November 10, 2025. *Id.* However, the filing was delayed in order to incorporate information regarding certain opt outs that were processed recently.

- An amended proposed order (**Exhibit B**) that includes as an appendix a complete list of all Settlement Class members who have opted out of the settlement.[2]

DATED: November 12, 2025

Respectfully Submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By   */s/ Steve W. Berman*
    Steve W. Berman (*pro hac vice)*
Theodore Wojcik (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: joeyk@hbsslaw.com

Rio Pierce (SBN 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email: riop@hbsslaw.com

---

[2] To the extent Plaintiffs receive any additional valid mailed opt-outs or objections from USPS, they will file a further amended proposed order in advance of the November 20, 2025 final approval hearing.