**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISON**

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>     v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>       Defendant. | Case No. 3:21-cv-03269-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS**<br><br>Hon. Vince Chhabria |

The Court, having considered Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards, and all papers filed in support thereof and opposition thereto, and the argument of counsel, and good cause appearing, hereby GRANTS the motion and **ORDERS** that:

1.      Class Counsel Hagens Berman Sobol Shapiro LLP is awarded attorneys' fees of $7,937,500.00 together with a proportional share of interest earned on the Settlement Fund for the same time period until dispersed to Class Counsel.

2.      Class Counsel is awarded reimbursement of their litigation costs and expenses in the amount of $2,805,247.67.

3.      Class Representatives (a) Dana Bozian, (b) Mike Casad, and (c) James Eaton shall each receive a service award of $7,500.00.

4.      The attorneys' fees awarded, reimbursement of litigation costs and expenses, and the service awards shall be paid from the Settlement Fund and the interest earned thereon.

IT IS SO ORDERED.

DATED:  November 21, 2025

By: _____
The Honorable Vince Chhabria
United States District Court Judge