**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISON**

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>            Defendant. | Case No. 3:21-cv-03269-VC<br><br>**[PROPOSED] FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ALIGN TECHNOLOGY, INC.**<br><br>Hon. Vince Chhabria |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment is **ENTERED** in accordance with the terms of the March 27, 2025 Settlement Agreement (ECF No. 668-3) (the "Settlement Agreement") and the Order Granting Plaintiffs' Motion for Final Approval of Settlement. Terms and phrases in this Judgment will have the same meaning as in the Settlement Agreement.

The Court has personal jurisdiction over Plaintiffs and the Settlement Class and subject matter jurisdiction to approve the Settlement Agreement. Final approval of the Settlement Agreement was granted.

The Court dismisses on the merits and with prejudice this Action against Defendant Align Technology, Inc. ("Defendant"), including the claims of Plaintiffs and the claims of the Settlement Class, with each party to bear its own costs and attorneys' fees, except as provided in the Settlement Agreement.

Upon the Effective Date, the Releasees shall be discharged and released from the Released Claims pursuant to the terms of the Settlement Agreement. The Settlement Agreement is binding on, and will have res judicata and preclusive effect in all pending and future lawsuits or other proceedings maintained by or on behalf of Plaintiffs and the Releasors with respect to the claims released by the Settlement Agreement. As of the Effective Date, Plaintiffs and Members of the Settlement Class shall be permanently barred and enjoined from instituting, commencing, prosecuting, or asserting any claim released pursuant to the terms of the Settlement Agreement.

This document will constitute a final judgment (and a separate document constituting the judgment) for purposes of Rule 58 of the Federal Rules of Civil Procedure. Without affecting the finality of the Judgment in any way, this Court hereby retains continuing, exclusive jurisdiction on all matters relating to administration, consummation, implementation, enforcement, and interpretation of the Settlement Agreement and this Judgment, and for any other necessary purpose.

SO ORDERED this <u> 21 </u> day of <u>     November         </u>, 2025

By: _____
The Honorable Vince Chhabria
United States District Court Judge

- 2 -