Steve W. Berman (*pro hac vice)*
Theodore Wojcik (*pro hac vice*)
steve@hbsslaw.com
tedw@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Rio S. Pierce (SBN 298297)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

*Attorneys for Plaintiffs*

Adam M. Reich (SBN 274235)
adamreich@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Michael F. Murray (*pro hac vice*)
michaelmurray@paulhastings.com
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

*Attorneys for Defendant Align Technology, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MISTY SNOW, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ALIGN TECHNOLOGY, INC.,

Defendant.

Case No. 3:21-CV-03269-VC

**JOINT CASE MANAGEMENT STATEMENT**

Hon. Vince Chhabria

Plaintiff Misty Snow ("Snow," and collectively, "Plaintiffs"), and Defendant Align Technology, Inc. ("Align") (Plaintiffs and Align are collectively "the Parties") jointly submit this Joint Case Management Statement pursuant to the Court's Order on September 16, 2026 (ECF No. 691) regarding the forthcoming September 25, 2025 case management conference.

Since the Court approved the settlement, the Settlement Administrator has distributed payments to class members. As of September 10, 2026, a total of 242,862 payments have been issued to class members in the amount of $20,363,978.70. As of September 10, 2026, 151,745 class members (or 62.48%) have cashed their payments, totaling $12,723,818.25. An additional 1,672 reissued payments totaling $140,784.15 were sent the week of September 14, 2026.

There are approximately $7,500,550.20 in stale, unclaimed payments that are available for redistribution. Class Counsel and the Settlement Administrator intend to submit a proposed order for a redistribution of the unclaimed settlement funds by September 23rd. Plaintiffs will also include a supplemental post-distribution accounting that updates the figures previously provided to the Court in the post-distribution accounting filed on March 27, 2026. (ECF No. 690). Class Counsel will be prepared to address the redistribution at the Case Management Conference on September 25.

Separately, the Parties have reached a proposed settlement of Plaintiffs' claims under Section 2 of the Sherman Act (and related state laws), which were dismissed by the Court on February 21, 2024 (ECF No. 548).[1] The parties are currently finalizing the long form settlement agreement. Once the settlement agreement is finalized, the Parties will move for a limited remand of the pending appeal and then move for preliminary approval of the Settlement.

[1] Plaintiffs' appeal remains pending before the Ninth Circuit.

DATED: September 18, 2026

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Steve W. Berman*

Steve W. Berman (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
steve@hbsslaw.com
tedw@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Rio S. Pierce (SBN 298297)
riop@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

*Attorneys for Plaintiffs*

**PAUL HASTINGS LLP**

By: */s/ Adam M. Reich*

Adam M. Reich (SB# 274235)
adamreich@paulhastings.com
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Michael F. Murray (*pro hac vice*)
michaelmurray@paulhastings.com
2050 M Street, N.W.
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

*Attorneys for Defendant Align Technology, Inc.*

**FILER'S ATTESTATION**

I, Steve W. Berman, am the ECF user whose identification and password are being used to file this Joint Case Management Conference Statement. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this Joint Case Management Statement has been obtained from each of the other signatories.

DATED: September 18, 2026

/s/ *Steve W. Berman*
Steve W. Berman