UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISTY SNOW, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 3:21-cv-03269-VC<br><br>**AMENDED ~~[PROPOSED]~~ ORDER GRANTING PLAN FOR SUPPLEMENTAL DISTRIBUTION**<br><br>Judge: Hon. Vince Chhabria |

This matter has come before the Court to determine whether the Court should approve Plaintiffs' proposed second distribution of the settlement funds from their settlement with Align Technology, Inc. The Court, having reviewed Plaintiffs' Notice, Dkt. No. 695, the accompanying Declaration of Scott M. DiCarlo, the Settlement Agreement, and the other papers on file in this action, hereby finds that the proposed second distribution should be approved. Accordingly, the Court ORDERS as follows:

1. The proposed second distribution is APPROVED. Epiq Class Action & Claims Solutions, Inc. ("Epiq") shall void all outstanding settlement payments from the initial distribution that are past their stale date. Epiq shall then redistribute the available balance of the Settlement Fund among class members who (a) have claimed their initial settlement payment, (b) are awaiting a reissued settlement payment, or (c) hold an initial settlement payment that has not yet gone stale.
2. Epiq shall issue each second-distribution payment by the same method, paper check or digital payment, through which the class member claimed or is claiming the initial payment.
3. Epiq shall issue the second-distribution payments by November 1, 2026, or 35 days after the date of this Order, whichever is later.
4. Within 28 days after Epiq issues the second-distribution payments, Plaintiffs shall file a supplemental Post-Distribution Accounting reporting the results of the second distribution.
5. At the time that Plaintiffs file a supplemental Post-Distribution Accounting, they shall submit a Proposed Order authorizing the release of the remaining 20% of the attorneys' fees awarded in the Court's Amended Order Granting Plaintiffs' Motion for Final Approval of Settlement, together with its proportional share of accrued interest.

**IT IS SO ORDERED.**

DATED: September 28, 2026

Hon. Vince Chhabria
United States District Judge